# EXHIBIT "A"

## Claims Filed in the Wrong Case

NY2:\1946977\04\15Q@P04!.DOC\57713.0020
RLF1-3361713-1

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**
**NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE**

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Correct Debtor | Reason for Modification/Disallowance |
|---|---|---|---|---|---|
| A Plus Tree Service | 41 | $9,187.00 | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| Altfillisch Contractors Inc | 202 | $1,439,864.40 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Appliances Unlimited | 212 | $1,461.38 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Association of Water Agencies Awa | 507 | $300.00 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Baefsky & Associates | 228 | $2,401.75 | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| Berco Oil Company | 678 | $800,000.00 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Brothers Nursery Inc | 5 | $3,042.92 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Brothers Nursery Inc | 6 | $1,646.92 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| C F ENGINEERING | 359 | $332,256.95 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Camarillo Engineering Inc | 78 | $115,247.93 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Carlin Environmental Consulting | 838 | $16,260.02 | LandSource Communities Development LLC | LNR-Lennar Washington Square, LLC | Claim filed in wrong case |
| Carlton Fields PA | 942 | $118,940.80 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Central Coast Farm & Ranch | 832 | $875.00 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Christensen Glaser Fink Jaco | 350 | $41,442.74 | LandSource Communities Development LLC | LNR-Lennar Washington Square, LLC | Claim filed in wrong case |
| City of Vallejo | 999 | $39,301.32 | Lennar Land Partners II | Lennar Mare Island, LLC | Claim filed in wrong case |
| Clean Touch Janitorial Inc | 58 | $6,450.72 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Clear Creek Independent School District | 987 | $424.41 | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Clear Lake City of Water Authority | 989 | $134.64 | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| CNH Capital America LLC | 127 | UNLIQUIDATED | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Corporate Carrots Inc | 106 | $3,307.07 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Custom Application Services Inc | 545 | $4,500.00 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Cypress Fairbanks ISD | 84 | UNLIQUIDATED | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Davis Wholesale Electric Inc | 76 | $9,991.09 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| De Lage Landen Financial Services Inc | 559 | $131,357.54 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Dexter Wilson Engineering Inc | 131 | $71,967.05 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Distinctive Signs | 23 | $319.31 | LandSource Holding Company, LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Dunbar Armored | 67 | $84.87 | LandSource Communities Development LLC | Tournament Players Club at Valencia, LLC | Claim filed in wrong case |
| Edwards General Engineering Inc | 32 | $53,618.32 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Embarq Florida Inc | 99 | $504.83 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Engeo Incorporated | 36 | $79,507.90 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Engeo Incorporated | 86 | $6,222.69 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |

\* Debtors' grounds for objection to claims filed in the wrong case are described in detail on page 5 of the First Omnibus Objection.

Exhibit A
*CLAIMS FILED IN THE WRONG CASE**

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Correct Debtor | Reason for Modification/Disallowance |
|---|---|---|---|---|---|
| Evenflow Services LLC | 914 | $64,816.00 | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| GENERAL PETROLEUM | 114 | $4,692.73 | The Newhall Land and Farming Company (A California Limited Partnership) | Tournament Players Club at Valencia, LLC | Claim filed in wrong case |
| Golden Eagle Construction Corporation | 849 | $196,834.35 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Golden State Gateway Coalition | 525 | $17,818.56 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Granite Construction | 897 | $435,983.66 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Hall & Foreman Inc | 118 | $323,057.12 | LandSource Communities Development LLC | LNR-Lennar Washington Square, LLC | Claim filed in wrong case |
| Harris County et al | 82 | UNLIQUIDATED | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Harris County Municipal Utility District No 151 | 986 | $220.11 | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Harris County Municipal Utility District No 151 | 988 | $7.16 | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Helix Electric Inc | 992 | $106,920.83 | LandSource Communities Development LLC | LNR-Lennar Washington Square, LLC | Claim filed in wrong case |
| HPS Mechanical Inc | 146 | $73,650.95 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| HRP Studio | 364 | $307,146.87 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Humble Independent School District | 990 | $22,190.91 | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Icon Constructors Inc | 856 | $832,087.00 | LandSource Communities Development Sub LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Icon Constructors Inc | 859 | $34,420.00 | LandSource Communities Development Sub LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Iron Mountain Information Management Inc | 87 | $1,374.23 | LandSource Communities Development LLC | Stevenson Ranch Venture LLC | Claim filed in wrong case |
| Janet Szarkowski Veloz | 44 | $34,500.00 | LandSource Communities Development LLC | Tournament Players Club at Valencia, LLC | Claim filed in wrong case |
| Jasper Companies Inc., The | 137 | $242,046.68 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Jeffrey E Reynolds | 199 | BLANK | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| John Burgeson Contractors Inc | 877 | $1,844,905.53 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Katy ISD | 83 | UNLIQUIDATED | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| Magnolia Hospitality Group Inc dba A Plus Events | 70 | $3,000.00 | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| Match Play | 71 | $507.14 | LandSource Communities Development LLC | Tournament Players Club at Valencia, LLC | Claim filed in wrong case |
| Matteri Electric | 97 | $4,959.26 | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| Miami Dade County Tax Collector | 59 | UNLIQUIDATED | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Mitsubishi Electric & Electronics USA Inc | 132 | $427.99 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Montgomery County | 85 | UNLIQUIDATED | LandSource Communities Development LLC | Friendswood Development Company, LLC | Claim filed in wrong case |
| North Bay Construction Inc | 47 | $217,513.37 | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| Nucoast Graphic Services Inc | 220 | $2,801.23 | LandSource Communities Development LLC | LNR-Lennar Washington Square, LLC | Claim filed in wrong case |
| OConnor Electric | 4 | $810.00 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Office Depot | 18 | $4,738.42 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Orrick Herrington & Sutcliffe LLP | 347 | $30,145.87 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |

* Debtors' grounds for objection to claims filed in the wrong case are described in detail on page 5 of the First Omnibus Objection.

**Exhibit A**
*CLAIMS FILED IN THE WRONG CASE\**

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Correct Debtor | Reason for Modification/Disallowance |
|---|---|---|---|---|---|
| Pacific Coast Civil Inc | 39 | $48,303.38 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Paul Revere Insurance Company | 353 | $4,913.79 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Performance Contracting Inc | 107 | $12,386.00 | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| PINNACLE LAND SURVEYING | 245 | $24,385.00 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Pitney Bowes Credit Corporation | 155 | $1,595.23 | LandSource Communities Development LLC | Tournament Players Club at Valencia, LLC | Claim filed in wrong case |
| Pre Con Products | 211 | $14,185.31 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Protection One | 103 | $58.00 | California Land Company | Lennar Mare Island, LLC | Claim filed in wrong case |
| Q&D Construction Inc | 887 | $278,267.24 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Quinn Company | 93 | $4,991.83 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Qwest Communications Corporation | 187 | $58.67 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| R C Becker & Son Inc | 1001 | UNLIQUIDATED | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Riverside County Treasurer Tax Collector | 154 | $1,174,184.59 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Rivervillage Neighborhood Association | 822 | $1,890,952.80 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Robert Kehn | 167 | UNLIQUIDATED | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| RT Frankian & Associates | 748 | $16,351.08 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Rural Community Insurance Service | 134 | $4,670.00 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Sacramento County Tax Collector | 80 | $296,007.43 | LandSource Communities Development LLC | LandSource Holding Company, LLC | Claim filed in wrong case |
| Schwartz Oil Co | 113 | $10,720.44 | LandSource Communities Development Sub LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Seacon Construction | 207 | $8,753.76 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Sikand Engineering Associates a California Corporation | 88 | $266,454.59 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Sonnie Lowden | 185 | $4,250.00 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| Steadfast Insurance Company | 890 | UNLIQUIDATED | LandSource Communities Development LLC | Lennar Mare Island, LLC | Claim filed in wrong case |
| Sterndahl Enterprises Inc | 81 | $15,227.90 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| TOM HOCH INTERIOR DESIGNS INC | 520 | $17,816.50 | Tournament Players Club at Valencia, LLC | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| TOTAL SITE MAINTENANCE | 946 | $39,956.44 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |
| TY Lin International | 239 | $34,131.03 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | Claim filed in wrong case |

\* Debtors' grounds for objection to claims filed in the wrong case are described in detail on page 5 of the First Omnibus Objection.