## EXHIBIT "A"

### Claims Filed in the Wrong Case

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**
**NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE**

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 / Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 / Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 / Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1482 Inc | 30 | $1,510.87 | LandSource Communities | 08-11127 | Tournament Players Club at Valencia, LLC | 08-11127 $1,510.87 | | | | | Claim filed in wrong case |
| ALLIANCE LAND PLANNING & ENGINEERING INC | 217 | $94,531.59 | The Newhall Land and Farming Company | 08-11121 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $94,531.59 | | | | | Claim filed in wrong case |
| Alliance Wasatch I LLC | 60 | $4,533.28 | The Newhall Land and Farming Company (A California Limited Partnership) | 06-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $4,533.28 | | | | | Claim filed in wrong case |
| American Jetting Services Inc | 564 | $300.00 | None | None | Tournament Players Club at Valencia, LLC | 08-11127 $300.00 | | | | | Claim filed in wrong case |
| American Reprographics Co dba Reliable Graphics | 672 | $1,597.18 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | Stevenson Ranch Venture LLC | 08-11130 $1,597.18 | | | | | Claim filed in wrong case |
| AT&T Corp | 95 | $81.94 | LandSource Communities Development LLC | 08-11111 | LandSource Holding Company LLC | 08-11122 $7.23 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $74.71 | | | Upon request, claimant provided supporting documentation indicating that the claim is based to two account numbers. One of the two accounts relates to LandSource Holding Company, while the other account relates to Newhall Land and Farming Company (A California Limited Partnership). |
| Bedfree Contractors Inc | 61 | $1,410.00 | Newhall Land & Farming Co. | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $1,410.00 | | | | | Claim filed in wrong case |
| Blackwell Construction Inc | 230 | $33,752.58 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $33,752.58 | | | | | Claim filed in wrong case |
| BLOOM BIOLOGICAL INC | 504 | $21,188.25 | The Newhall Land and Farming Company; The Newhall Land and Farming Company (A California Limited Partnership) | 11111-08-11121;08-11125 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $21,188.25 | | | | | Claim filed in wrong case |
| Breedlove Dennis & Associates Inc | 223 | $1,850.50 | None | None | LandSource Holding Company LLC | 08-11122 $1,850.50 | | | | | Claim filed in wrong case |
| City of Santa Clarita | 1000 | $5,355.19 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $5,355.19 | | | | | Claim filed in wrong case |
| Cole Supply Inc | 96 | $1,036.53 | Cole Supply Co, Inc | None | Lennar Mare Island, LLC | 08-11117 $1,036.53 | | | | | Claim filed in wrong case |
| CVI GVF Lux Master Sarl | 343 | $951,165.00 | Newhall Land & Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $951,165.00 | | | | | Claim filed in wrong case |
| Dncesource | 53 | $11,655.33 | Newhall Land & Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $11,655.33 | | | | | Claim filed in wrong case |
| Dudek | 46 | $476,233.66 | Newhall Land & Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $476,233.66 | | | | | Claim filed in wrong case |
| Eagles Incorporated | 35 | $147,016.91 | Eagles Incorporated | 08-11117 | Lennar Mare Island, LLC | 08-11117 $147,016.91 | | | | | Claim filed in wrong case |
| Eschrich General Engineering Inc | 54 | $11,600.10 | Newhall Land and Farming | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $11,600.10 | | | | | Claim filed in wrong case |
| FLSmidth PAHCO Inc | 1 | $29,500.00 | The Newhall Land and Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $29,500.00 | | | | | Claim filed in wrong case |
| Gaztke Dillon & Ballance LLP | 851 | $266,809.65 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 $264,789.65 | Stevenson Ranch Venture LLC | 08-11130 $2,020.00 | | | Supporting documentation indicates that $2,020.00 of the claim is for fees related to Legacy Village, a project of Stevenson Ranch Venture LLC. The remaining $264,789.65 is asserted against The Newhall Land and Farming Company (A California Limited Partnership). |
| Hasley Canyon Business Center LLC | 909 | UNLIQUIDATED | The Newhall Land and Farming Company | 08-11125 | D | 08-11125 UNLIQUIDATED D | | | | | Claim filed in wrong case |

*"Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

1 of 4

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION—CLAIMS FILED IN THE WRONG CASE

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 | Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Homebuyers Guide Real Estate Inc | 205 | $21,705.00 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $21,705.00 | | | | | | | Claim filed in wrong case |
| Hunsaker & Associates Los Angeles Inc | 750 | $968,048.50 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $942,035.58 | Stevenson Ranch Venture LLC | 08-11130 | $26,012.92 | | | | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership) and Stevenson ranch Venture LLC in the amounts specified herein. Only the unsecured portion of the claim is asserted against these two Debtors; the secured portion of the claim is asserted only against The Newhall Land and Farming Company (A California Limited Partnership) |
| Jack Mueller & Assoc Inc | 192 | $4,547.50 | None | None | LandSource Holding Company LLC | 08-11122 | $4,547.50 | | | | | | | Claim filed in wrong case |
| James Gardner & Associates Architects Inc | 43 | $4,834.04 | The Newhall Land and Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $4,834.04 | | | | | | | Claim filed in wrong case |
| Jeff Kretzman | 51 | $25,000.00 | TPC Valencia | 08-11115/08-11127 | Tournament Players Club at Valencia, LLC | 08-11127 | $25,000.00 | | | | | | | Claim filed in wrong case |
| JV Lucas Paving Inc | 94 | $13,270.00 | Lennar Mare Island, LLC | 08-11111 | Lennar Mare Island, LLC | 08-11117 | $13,270.00 | | | | | | | Claim filed in wrong case |
| Kimball Midwest | 242 | $816.61 | None | None | Tournament Players Club at Valencia, LLC | 08-11127 | $816.61 | | | | | | | Claim filed in wrong case |
| Land Design Consultants Inc | 679 | $5,748.80 | None | None | Stevenson Ranch Venture LLC | 08-11130 | $5,748.80 | | | | | | | Claim filed in wrong case |
| Layne Christensen Company | 34 | $3,502.65 | Newhall Land and Farming Co. | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $3,502.65 | | | | | | | Claim filed in wrong case |
| Los Angeles County Treasurer and Tax Collector | 79 | $4,832.35 | LandSource Communities Development LLC | 08-11111 | Stevenson Ranch Venture LLC | 08-11130 | $227.55 | Tournament Players Club at Valencia, LLC | 08-11127 | $4,604.80 | | | | Supporting documentation indicates that claim is asserted against Stevenson Ranch Venture LLC and Tournament Players Club at Valencia, LLC in the amounts specified herein. |
| Los Angeles County Treasurer and Tax Collector | 150 | $30,397.51 | LandSource Communities Development LLC | 08-11111 | Tournament Players Club at Valencia, LLC | 08-11127 | $30,164.51 | Stevenson Ranch Venture LLC | 08-11130 | $233.00 | | | | Supporting documentation indicates that claim is asserted against Tournament Players Club at Valencia, LLC and Stevenson Ranch Venture LLC in the amounts specified herein. |
| Maintenance Supply Specialist Inc | 231 | $131.33 | None | None | LandSource Holding Company, LLC | 08-11122 | $131.33 | | | | | | | Claim filed in wrong case |
| Maxi Co Mail Service | 13 | $669.25 | Maxi-Co Mail Service | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $669.25 | | | | | | | Claim filed in wrong case |
| McCoovys | 241 | $5,000.00 | None | None | Lennar Mare Island, LLC | 08-11117 | $5,000.00 | | | | | | | Claim filed in wrong case |
| Miami Dade Water & Sewer | 558 | $2,386.79 | Lennar Land Partners | None | LandSource Holding Company, LLC | 08-11122 | $2,386.79 | | | | | | | Claim filed in wrong case |
| Mikes Tire Man Inc | 24 | $2,140.00 | LandSource Communities Development LLC; Newhall Land and Farm. | 08-11111; 08-11125 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,140.00 | | | | | | | Claim filed in wrong case |
| National Plant Svcs Inc | 3 | $10,350.21 | Newhall Land & Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $10,350.21 | | | | | | | Claim filed in wrong case |
| North Bay Janitorial Services Inc | 40 | $9,772.40 | Kennedy Wilson Properties, Ltd.; Lennar Mare Island, LLC; LandSource | 08-11111; 08-11117 | Lennar Mare Island, LLC | 08-11117 | $9,772.40 | | | | | | | Claim filed in wrong case |
| Novacel Graphic Services Inc | 218 | $227.32 | None | None | LKR-Lennar Washington Square, LLC | 08-11123 | $227.32 | | | | | | | Claim filed in wrong case |
| Otto & Sons Inc | 183 | $2,147.65 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,147.65 | | | | | | | Claim filed in wrong case |

* Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

2 of 4

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**
**NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE**

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 | Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paul Hastings Janofsky & Walker LLP | 358 | $218,127.59 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $32,409.83 | LandSource Communities Development LLC | 08-11111 | $32,360.74 | Lennar Mare Island, LLC | 08-11117 | $133,358.00 | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership), LandSource Communities Development LLC and Lennar Mare Island, LLC in the amounts specified herein. |
| Philip Williams & Associates Ltd | 2 | $115,553.40 | The Newhall Land and Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $115,553.40 | | | | | | | Claim filed in wrong case |
| R&R Palacios Construction | 49 | $31,231.62 | Newhall Land & Farming | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $31,231.62 | | | | | | | Claim filed in wrong case |
| RT Franklin & Associates | 747 | $720,623.30 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $710,045.80 | LNR-Lennar Washington Square, LLC | 08-11123 | $10,577.50 | | | | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership) for $710,045.50 and LNR-Lennar Washington Square, LLC for $10,577.50. |
| Safeco Insurance Company | 272 | UNLIQUIDATED | UNLIQUIDATED Newhall Land and Farming Company of California (A Limited Partnership) | | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | UNLIQUIDATED | | | | | | | Claim filed in wrong case |
| SBC Long Distance LLC | 1008 | $9.84 | LandSource Communities Development LLC | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $9.84 | | | | | | | Claim filed in wrong case |
| Sign Image Inc | 31 | $3,611.97 | Lennar Urban-LNR-Lennar Washington Square | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $3,611.97 | | | | | | | Claim filed in wrong case |
| Simi Decision Construction Company | 9 | $123,330.49 | LandSource Communities Development LLC, et al. | 08-11111 | Lennar Mare Island, LLC | 08-11117 | $123,330.49 | | | | | | | Claim filed in wrong case |
| Southern California Gas Company | 135 | $4,813.80 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,953.86 | Tournament Players Club at Valencia, LLC | 08-11127 | $1,859.94 | | | | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership) for $2,953.86 and Tournament Players Club at Valencia, LLC for $1,859.94. |
| Sprint Nextel | 354 | $8,500.00 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $3,000.00 | Lennar Mare Island, LLC | 08-11117 | $5,500.00 | | | | Upon request, claimant provided supporting documentation indicating that the claim is based to two security deposits held by The Newhall Land and Farming Company (A California Limited Partnership) and Lennar Mare Island LLC in the amounts specified herein. |
| Universal Protection Services | 91 | $37,562.65 | Kennedy-Wilson Lennar Mare Island | 08-11117 001 | Lennar Mare Island, LLC | 08-11117 | $37,562.65 | | | | | | | Claim filed in wrong case |
| Van Tilburg Banvard & Soderbergh Architects AIA Inc | 56 | $89,775.86 | Landsource Communities' (LNR-Lennar Washington Square, LLC) | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $89,775.86 | | | | | | | Claim filed in wrong case |
| Van Tilburg Banvard & Soderbergh Architects AIA Inc | 162 | $11,874.91 | Landsource Communities' (LNR-Lennar Washington Square, LLC) | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $11,874.91 | | | | | | | Claim filed in wrong case |
| West Corporation | 104 | $191,215.16 | LandSource Communities Development LLC | 08-11125 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $191,215.16 | | | | | | | Claim filed in wrong case |
| Waste Management | 72 | $1,170.11 | LandSource Communities Development LLC | 08-11111 11125/86 11127 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $32.97 | Tournament Players Club at Valencia, LLC | 08-11127 | $979.13 | LandSource Holding Company, LLC | 08-11122 | $158.01 | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership), Tournament Players Club at Valencia, LLC and LandSource Holding Company, LLC in the amounts specified herein. |
| Wayne Mang | 68 | $25,000.00 | TPC Valencia | 08-11127 | Tournament Players Club at Valencia, LLC | 08-11127 | $25,000.00 | | | | | | | Claim filed in wrong case |
| Weston Mason Apprentice | 165 | $2,975.00 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,975.00 | | | | | | | Claim filed in wrong case |

* Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 | Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTON MASON MARKETING | 210 | $29,634.60 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $29,634.60 | | | | | | | Claim filed in wrong case |

* Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

# EXHIBIT "B"

## Duplicative Claims

# Exhibit B
## *DUPLICATIVE CLAIMS\**

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**

**NON-SUBSTANTIVE OBJECTION - DUPLICATIVE CLAIMS**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Expunged | Claim Amount | Asserted Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Poe Investment Company LLC | 885 | 933 | UNLIQUIDATED | Stevenson Ranch Venture LLC | Duplicative claim |
| Poe Investment Company LLC | 892 | 937 | UNLIQUIDATED | Lennar Stevenson Holdings, LLC | Duplicative claim |
| Poe Investment Company LLC | 815 | 950 | UNLIQUIDATED | Lennar Land Partners II | Duplicative claim |
| Southern Sun Construction Co Inc | 538 | 893 | $1,511,794.73 | LNR-Lennar Washington Square, LLC | Duplicative claim |
| Trademark Concrete Systems Inc | 180 | 181 | $35,990.37 | The Newhall Land and Farming Company (A California Limited Partnership) | Duplicative claim |
| W Jackson & Sons Construction | 865 | 941 | $491,880.01 | LandSource Holding Company, LLC | Duplicative claim |
| Wright Sawing & Breaking | 165 | 191 | $28,225.98 | The Newhall Land and Farming Company (A California Limited Partnership) | Duplicative claim |
| Wright Sawing & Breaking | 165 | 216 | $28,225.98 | The Newhall Land and Farming Company (A California Limited Partnership) | Duplicative claim |

\* Debtors' grounds for objection to duplicative claims are described in detail on pages 6-7 of the Third Omnibus Objection.

# EXHIBIT "C"

**Late Filed Claims**

Exhibit C
*LATE FILED CLAIMS**

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**
**NON-SUBSTANTIVE OBJECTION - LATE FILED CLAIMS**

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| American Hotel Register | 11/18/2008 | 991 | $659.61 | Claim filed late |
| American Hotel Register | 12/1/2008 | 1004 | $659.61 | Claim filed late |
| Armsco Inc Agent for Hasler | 11/17/2008 | 931 | $194.85 | Claim filed late |
| Armsco Inc Agent for Hasler | 11/17/2008 | 930 | $3,353.03 | Claim filed late |
| Carlton Fields PA | 12/1/2008 | 942 | $118,949.80 | Claim filed late |
| CenterPoint Energy | 11/18/2008 | 940 | $8,957.99 | Claim filed late |
| CenterPoint Energy | 11/17/2008 | 943 | $9,402.53 | Claim filed late |
| Intelinet Communications | 12/8/2008 | 984 | $23,851.51 | Claim filed late |
| Isles at Bayshore Master Association Inc | 11/17/2008 | 935 | $536,636.64 | Claim filed late |
| Shining Star Children s House Inc | 11/24/2008 | 994 | $175,000.00 | Claim filed late |
| Tamaron Homeowners Association | 3/11/2009 | 1010 | $4,467.90 | Claim filed late |
| Terravista Buckeye Homeowners Association | 3/11/2009 | 1009 | $3,916.00 | Claim filed late |
| TOTAL SITE MAINTENANCE | 12/4/2008 | 946 | $39,956.44 | Claim filed late |

* Debtors' grounds for objection to Late Filed Claims are described in detail on page 7 of the Third Omnibus Objection.

# EXHIBIT "D"

**Books and Records Claims**

**Exhibit D**
**BOOKS AND RECORDS***

| IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111 NON-SUBSTANTIVE OBJECTION - BOOKS AND RECORDS OBJECTIONS | | | | |
|---|---|---|---|---|
| Name of Claimant | Claim No. | Claim Amount | Debtor Name as Appears on Claim | Reason for Disallowance |
| AECO Inc | 219 | $1,418.90 | LandSource Communities Development LLC | No record of obligation in Debtors' books and records. On February 11, 2009, claimant stated that claim was filed in error and agreed to withdrawal. No formal withdrawal has been filed to date. |
| Central Telephone Company of Texas | 100 | $64.99 | LandSource Communities Development LLC | No record of obligation in Debtors' books and records. Claimant has confirmed that a non-debtor Lennar entity was liable for account and has brought the account current since the claim was filed. |
| City of Pembroke Pines | 1002 | $999,999.00 | Lennar Homes | No record of obligation in Debtors' books and records. Entity listed on claim is not a debtor entity. |
| D & D Wholesale Dist Inc | 123 | $5,397.33 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entity. Debtors have no record of pre-petition amounts owed to this claimant. |
| Industrial Metal Supply Co | 174 | $944.48 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entity. Claimant was a vendor for Tournament Players Club at Valencia, LLC, but has confirmed that the last transaction took place in February 2008 and no amounts are outstanding. |
| Kathryn Abild | 200 | UNLIQUIDATED | Tournament Players Club at Valencia, LLC | No record of obligation in Debtors' books and records. Claimant is an employee of non-debtor entity and is not employed by Tournament Players Club at Valencia, LLC. Debtors have no record of prepetition amounts owed to this claimant. |
| Safeco Insurance Company | 274 | UNLIQUIDATED | Lennar Land Partners Sub II, Inc. | No record of obligation in Debtors' books and records. Entity listed on claim is not a debtor entity. |
| Serena Marble & Granite Inc | 362 | N/A | None | No record of obligation in Debtors' books and records. |
| Super Seal & Stripe | 857 | $530.00 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entities. Debtors have worked with this claimant previously, but have no record of pre-petition amounts owed to this claimant. |
| The Bus Bank | 151 | $5,160.16 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entity. Debtors have worked with this claimant previously, but have no record of pre-petition amounts owed to this claimant. |
| Turf Star Inc | 163 | $5,459.91 | LandSource Communities Development LLC | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entities. Debtors have no record of pre-petition amounts owed to this claimant. |

* Debtors' grounds for objection to books and records claims are described in detail on pages 7-8 of the Third Omnibus Objection.

# EXHIBIT "E"

**Declaration of Donald L. Kimball**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11
                                             :
LANDSOURCE COMMUNITIES                       :
DEVELOPMENT LLC, et al.,                      :    Case No. 08-11111 (KJC)
                                             :
                                             :    (Jointly Administered)
                    Debtors.                 :
                                             :
-------------------------------------------------------------x
```

**DECLARATION OF DONALD L. KIMBALL
IN SUPPORT OF THE DEBTORS' THIRD OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO (I) CLAIMS FILED IN THE WRONG CASE,
(II) DUPLICATIVE CLAIMS, (III) LATE FILED CLAIMS, AND
(IV) CLAIMS LACKING A BASIS IN THE DEBTORS' BOOKS AND RECORDS**

I, Donald L. Kimball, hereby declare that the following is true to the best of my

knowledge, information and belief.

        1.     I am Senior Vice President and Chief Financial Officer of NWHL GP,

LLC, the general partner of The Newhall Land and Farming Company, (A California Limited

Partnership), a limited partnership ("*Newhall*").[1]  Although I hold no formal title at Newhall, I

currently function as its Chief Financial Officer.  Newhall is an indirect subsidiary of

LandSource Communities Development LLC ("***LandSource Communities***"), a Delaware limited

liability company.  LandSource Communities is the direct or indirect parent company of each of

the debtors and debtors in possession in these chapter 11 cases (collectively, "***LandSource***" or

the "***Debtors***").

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third
Omnibus Objection.

2. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of employees assembled from people specifically familiar with the operations and liabilities of Newhall and its subsidiaries (three specific employees), LandSource Communities (two specific "LandSource dedicated" employees of an affiliate of Lennar Corporation), and Lennar Mare Island, LLC (one specific "Mare Island dedicated" employee of an affiliate of Lennar Corporation). This team works together and in conjunction with Debtors' counsel, Weil, Gotshal & Manges LLP, and the Debtors' claims agent, Kurtzman Carson Consultants LLC, to review proofs of claim filed against the Debtors (the "*Claims*"). In preparation of the Debtors' Third Omnibus Objection (Non-substantive) to (I) Claims Filed in the Wrong Case, (II) Duplicative Claims, (III) Late Filed Claims, and (IV) Claims Lacking a Basis in the Debtors' Books and Records (the "*Third Omnibus Objection*"), and under my direction and supervision, at least one employee on each of these teams reviewed (i) the Claims at issue in the Third Omnibus Objection, as described in Exhibits "A," "B," "C," and "D" attached thereto, (ii) the Debtors' books and records, and (iii) the claims register. I have also personally reviewed the Third Omnibus Objection and the Exhibits attached thereto. Accordingly, I am familiar with the information contained therein.

## A.   Claims Filed in the Wrong Case

3. To the best of my knowledge, information and belief, the Claims included in Exhibit "A" of the Third Omnibus Objection are Claims that (i) identify as the obligor one or more Debtors when such Claims are properly asserted, if at all, against another Debtor, (ii) identify as the obligor only one Debtor when such Claims are properly asserted, if at all, against multiple Debtors, (iii) provide case numbers inconsistent with the identified Debtor or Debtors, (iv) fail to identify any Debtor, or (v) identify a non-Debtor as the obligor (collectively, the

"*Misidentifying Claims*"). In each instance involving the Misidentifying Claims, the claimant has no valid legal justification (for example, the existence of a guaranty) for asserting a claim against the given Debtor.

4.     By the Third Omnibus Objection, the Debtors object to the allowance of each of the Misidentifying Claims described in Exhibit "A" of the Third Omnibus Objection and seek entry of an order recategorizing those claims as against the correct Debtor or Debtors and disallowing in their entirety and expunging the Misidentifying Claim with respect to the incorrectly asserted Debtor.

**B.     Duplicative Claims**

5.     To the best of my knowledge, information and belief, the Claims included in Exhibit "B" of the Third Omnibus Objection are those Claims that are duplicative of other Claims filed by or on behalf of the same claimant (collectively, the "*Duplicative Claims*"). The Duplicative Claims objected to in the Third Omnibus Objection are those in which the claimant incorrectly either (i) filed the same Claim against the same Debtor more than once or (ii) filed the same claim against two or more Debtors when such Claim was properly asserted, if at all, against only one of the given Debtors. With respect to the second category of duplicative claims, the claimant has no valid justification (for example, the existence of a guaranty) for asserting its claims against multiple Debtors

6.     By the Third Omnibus Objection, the Debtors object to the allowance of each of the Duplicative Claims described in Exhibit "B" of the Third Omnibus Objection and request that such Duplicative Claims be disallowed in their entirety and expunged.

## C. Late Filed Claims

7.   To the best of my knowledge, information and belief, the Claims included in Exhibit "C" of the Third Omnibus Objection are those Claims that were not filed on, or before, the Bar Date or other deadline to file claims as authorized by the Bankruptcy Code or Bar Date Order (collectively, the "*Late Filed Claims*").

8.   By the Third Omnibus Objection, the Debtors object to the allowance of each of the Late Filed Claims described in Exhibit "C" of the Third Omnibus Objection and request that such Late Filed Claims be disallowed in their entirety and expunged.

## D. Books and Records Claims

9.   To the best of my knowledge, information and belief, the Claims included in Exhibit "D" are those Claims (i) for which the Debtors' books and records reflect no liability or (ii) that do not appear at all on the Debtors' books and records, and for which the respective claimant failed to provide sufficient documentary support for the Debtors to determine whether the claim should be reflected on their books and records (collectively, the "*Books and Records Claims*").

10.   Under my direction and supervision, at least one employee on each of the teams described above reviewed (i) each Books and Records Claim and all supporting information and documentation provided therewith, (ii) made reasonable efforts to research the claim on the Debtors' books and records, and (iii) believes that such documentation does not provide prima facie evidence of the validity of the claim.

11.   By the Third Omnibus Objection, the Debtors object to the allowance of each of the Books and Records Claims described in Exhibit "D" of the Third Omnibus Objection and request that such Books and Records Claims be disallowed in their entirety and expunged.

## Conclusion

12.     Based upon the review by employees under my direction and supervision of the Claims described in Exhibits "A," "B," "C," and "D" of the Third Omnibus Objection, the Debtors' books and records and the claims register, and my own personal review of the Third Omnibus Objection and the Exhibits attached thereto, I believe that granting the relief requested in the Third Omnibus Objection is in the best interests of the Debtors, their estates and their creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2009.

The Newhall Land and Farming Company
(A California Limited Partnership), a limited partnership

By:  NWHL GP LLC, a Delaware limited liability company,
       its general partner

By:  _____
       Donald L. Kimball
       Senior Vice President and Chief Financial Officer

**EXHIBIT "F"**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
```
|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| LANDSOURCE COMMUNITIES | : |  |
| DEVELOPMENT LLC, *et al.*, | : | Case No. 08-11111 (KJC) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

```
-------------------------------------------------------------x
```

### ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO (I) CLAIMS FILED IN THE WRONG CASE (II) DUPLICATIVE CLAIMS, (III) LATE FILED CLAIMS, AND (IV) CLAIMS LACKING A BASIS IN THE DEBTORS' BOOKS AND RECORDS

Upon consideration of the omnibus objection to proofs of claim, dated March 13, 2009 (D.I. _____ ) (the "***Third Omnibus Objection***"),[1] of LandSource Communities Development LLC and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***"),[2] pursuant to section 502 of the Bankruptcy Code, Rule 3007 of the Bankruptcy Rules, and Rule 3007-1 of the Local Rules, requesting that the Court recategorize and/or disallow and expunge certain Misidentifying

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third Omnibus Objection.

[2] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

Claims, Duplicative Claims, Late Filed Claims, and Books and Records Claims; and the Court

having jurisdiction to consider the Third Omnibus Objection and the relief requested therein

pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Third Omnibus Objection and

the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having

reviewed the Third Omnibus Objection; and the Court hereby finding and determining that,

pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has

been provided to each holder of a claim listed on the attached exhibits and all other parties

entitled to notice and no other or further notice is necessary; and the relief requested in the Third

Omnibus Objection being in the best interests of the Debtors and their estates; and the legal and

factual bases set forth in the Third Omnibus Objection establishing just cause for the relief

granted herein, it is therefore

ORDERED that each Misidentifying Claim listed in Exhibit "1" attached hereto is

hereby recategorized as a Claim asserted against the correct Debtor or Debtors as noted in the

columns marked "Correct Debtor" in Exhibit "1" attached hereto; and it is further

ORDERED that, as to each Debtor noted in the column marked "Asserted

Debtor" in Exhibit "1" attached hereto, each Misidentifying Claim listed in Exhibit "1" attached

hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that each Duplicative Claim described in Exhibit "2" attached hereto

is hereby disallowed and expunged in its entirety; and it is further

ORDERED that each Late Filed Claim described in Exhibit "3" attached hereto is

hereby disallowed and expunged in its entirety; and it is further

2

ORDERED that each Books and Records Claim described in Exhibit "4" attached hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that KCC is authorized and directed to enter the Recategorized Claims into, and delete the Misidentifying Claims, Duplicative Claims, Late Filed Claims, and Books and Records Claims from the official claims registry; and it is further

ORDERED that the Third Omnibus Objection does not constitute an objection to any recategorized or surviving claims, and accordingly, the Third Omnibus Objection does not prejudice the rights of the Debtors, or any other party in interest, to object to any such claims on any other grounds whatsoever; and it is further

ORDERED that the Debtors retain all further substantive and/or procedural objections they may have with respect to any recategorized or surviving claims; and it is further

ORDERED that this Court shall reserve jurisdiction to interpret and enforce this Order.

Dated: _____, 2009
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT "1"

## Claims Filed in the Wrong Case

Exhibit A
CLAIMS FILED IN THE WRONG CASE*

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL. CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Correct Debtor 1 | Case No. | Correct Claim Amount 1 | Correct Debtor 2 | Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1492 Inc | 30 | $1,510.87 | LandSource Communities | Tournament Players Club at Valencia, LLC | 08-11127 | $1,510.87 | | | | | | | Claim filed in wrong case |
| ALLIANCE LAND PLANNING & ENGINEERING/INC | 217 | $94,531.59 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $94,531.59 | | | | | | | Claim filed in wrong case |
| Alliance Wasatch I LLC | 60 | $4,533.28 | The Newhall Land and Farming Company (A California Limited Partnership) | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $4,533.28 | | | | | | | Claim filed in wrong case |
| American Jetting Services Inc | 564 | $300.00 | None | Tournament Players Club at Valencia, LLC | 08-11127 | $300.00 | | | | | | | Claim filed in wrong case |
| American Reprographics Co dba Reliable Graphics | 672 | $1,587.18 | The Newhall Land and Farming Company (A California Limited Partnership) | Stevenson Ranch Venture LLC | 08-11129 | $1,587.18 | | | | | | | Upon request, claimant provided supporting documentation indicating that the claim is based to two account numbers. One of the two accounts relate to LandSource Holding Company, while the other account relates to Newhall Land and Farming Company (A California Limited Partnership). |
| AT&T Corp | 95 | $81.94 | LandSource Communities Development LLC | LandSource Holding Company, LLC | 08-11122 | $7.23 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $74.71 | | | | Claim filed in wrong case |
| Bellfree Contractors Inc | 61 | $1,410.00 | Newhall Land & Farming Co. | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $1,410.00 | | | | | | | Claim filed in wrong case |
| Blackwell Construction Inc | 230 | $33,752.55 | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $33,752.55 | | | | | | | Claim filed in wrong case |
| BLOOM BIOLOGICAL INC | 504 | $21,188.25 | The Newhall Land and Farming Company, The Newhall Land and Farming Company (A California Limited Partnership) | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $21,188.25 | | | | | | | Claim filed in wrong case |
| Breedlove Dennis & Associates Inc | 223 | $1,850.50 | None | LandSource Holding Company, LLC | 08-11122 | $1,850.50 | | | | | | | Claim filed in wrong case |
| City of Santa Clarita | 1000 | $5,355.19 | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $5,355.19 | | | | | | | Claim filed in wrong case |
| Cole Supply Inc | 96 | $1,036.53 | Cole Supply Co. Inc | Lennar Mare Island, LLC | 08-11117 | $1,036.53 | | | | | | | Claim filed in wrong case |
| CVI GVF Lux Master Sarl | 343 | $951,165.00 | Newhall Land & Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $951,165.00 | | | | | | | Claim filed in wrong case |
| Decoscene | 53 | $11,665.33 | Newhall Land & Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $11,665.33 | | | | | | | Claim filed in wrong case |
| Dudek | 46 | $478,233.66 | Newhall Land & Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $478,233.66 | | | | | | | Claim filed in wrong case |
| Engeo Incorporated | 35 | $147,016.91 | Engeo Incorporated | Lennar Mare Island, LLC | 08-11117 | $147,016.91 | | | | | | | Claim filed in wrong case |
| Eladrich General Engineering Inc | 54 | $11,690.10 | Newhall Land and Farming | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $11,690.10 | | | | | | | Claim filed in wrong case |
| FLSmidth RAHCO Inc | 1 | $29,500.00 | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $29,500.00 | | | | | | | Claim filed in wrong case |
| Gatzke Dillon & Ballance LLP | 851 | $268,809.65 | LandSource Communities Development LLC | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $264,789.65 | Stevenson Ranch Venture LLC | 08-11130 | $2,020.00 | | | | Supporting documentation indicates that $2,020.00 of the claim is for fees related to Legacy Village, a project of Stevenson Ranch Venture LLC. The remaining $264,789.65 is asserted against The Newhall Land and Farming Company (A California Limited Partnership). |
| Harley Canyon Business Center LLC | 909 | UNLIQUIDATE D | The Newhall Land and Farming Company | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | UNLIQUIDATE D | | | | | | | Claim filed in wrong case |

\* 'Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

**Exhibit A**
**CLAIMS FILED IN THE WRONG CASE***

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 | Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Homebuyers Guide Real Estate Inc | 205 | $21,705.00 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $21,705.00 | | | | | | | Claim filed in wrong case |
| Hunsaker & Associates Los Angeles Inc | 750 | $968,048.50 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $942,035.58 | Stevenson Ranch Venture LLC | 08-11130 | $26,012.92 | | | | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership) and Stevenson ranch Venture LLC in the amounts specified herein. Only the unsecured portion of the claim is asserted against these two Debtors; the secured portion of the claim is asserted only against The Newhall Land and Farming Company (A California Limited Partnership) |
| Jack Mueller & Assoc Inc | 192 | $4,547.50 | None | None | LandSource Holding Company LLC | 08-11122 | $4,547.50 | | | | | | | Claim filed in wrong case |
| James Gardner & Associates Architects Inc | 43 | $4,834.04 | The Newhall Land and Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $4,834.04 | | | | | | | Claim filed in wrong case |
| Jeff Kretzmann | 51 | $25,000.00 | TPC Valencia | 08-11111; 11127 | Tournament Players Club at Valencia, LLC | 08-11127 | $25,000.00 | | | | | | | Claim filed in wrong case |
| JV Lucas Paving Inc | 94 | $13,270.00 | None | 08-11111 | Lennar Mare Island, LLC | 08-11117 | $13,270.00 | | | | | | | Claim filed in wrong case |
| Kimball Midwest | 242 | $816.61 | None | None | Tournament Players Club at Valencia, LLC | 08-11127 | $816.61 | | | | | | | Claim filed in wrong case |
| Land Design Consultants Inc | 679 | $5,748.80 | None | None | Stevenson Ranch Venture LLC | 08-11130 | $5,748.80 | | | | | | | Claim filed in wrong case |
| Layne Christensen Company | 34 | $3,592.65 | Newhall Land and Farming Co. | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $3,592.65 | | | | | | | Claim filed in wrong case |
| Los Angeles County Treasurer and Tax Collector | 79 | $4,832.35 | LandSource Communities Development LLC | 08-11111 | Stevenson Ranch Venture LLC | 08-11130 | $227.55 | Tournament Players Club at Valencia, LLC | 08-11127 | $4,604.80 | | | | Supporting documentation indicates that claim is asserted against Stevenson Ranch Venture LLC and Tournament Players Club at Valencia, LLC in the amounts specified herein. |
| Los Angeles County Treasurer and Tax Collector | 150 | $30,397.51 | LandSource Communities Development LLC | 08-11111 | Tournament Players Club at Valencia, LLC | 08-11127 | $30,164.51 | Stevenson Ranch Venture LLC | 08-11130 | $233.00 | | | | Supporting documentation indicates that claim is asserted against Tournament Players Club at Valencia, LLC and Stevenson Ranch Venture LLC in the amounts specified herein. |
| Maintenance Supply Specialists Inc | 231 | $131.33 | None | None | LandSource Holding Company LLC | 08-11122 | $131.33 | | | | | | | Claim filed in wrong case |
| Mari Co Mail Service | 13 | $659.25 | Mari-Co Mail Service | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $659.25 | | | | | | | Claim filed in wrong case |
| McCoveys | 241 | $5,000.00 | None | None | Lennar Mare Island, LLC | 08-11117 | $5,000.00 | | | | | | | Claim filed in wrong case |
| Miami Dade Water & Sewer | 558 | $2,386.79 | Lennar Land Partners | 08-11111 | LandSource Holding Company, LLC | 08-11122 | $2,386.79 | | | | | | | Claim filed in wrong case |
| Mikes Tire Main Inc | 24 | $2,140.00 | LandSource Communities Development LLC; Newhall Land and Farm. | 08-11111; 08-11125 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,140.00 | | | | | | | Claim filed in wrong case |
| National Plant Svcs Inc | 3 | $10,350.21 | Newhall Land & Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $10,350.21 | | | | | | | Claim filed in wrong case |
| North Bay Janitorial Services Inc | 40 | $9,772.40 | Kennedy Wilson Properties, Ltd.; Lennar Mare Island, LLC; LandSource | 08-11111; 08-11117 | Lennar Mare Island, LLC | 08-11117 | $9,772.40 | | | | | | | Claim filed in wrong case |
| Nuconcept Graphic Services Inc | 218 | $227.32 | None | None | LVR-Lennar Washington Square, LLC | 08-11123 | $227.32 | | | | | | | Claim filed in wrong case |
| Otis & Sons Inc | 183 | $2,147.65 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,147.65 | | | | | | | Claim filed in wrong case |

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL, CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION - CLAIMS FILED IN THE WRONG CASE

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 | Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paul Hastings Janofsky & Walker LLP | 358 | $216,127.59 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $52,409.83 | LandSource Communities Development LLC | 08-11111 | $32,900.74 | Lennar Mare Island, LLC | 08-11117 | $133,358.02 | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership), LandSource Communities Development LLC and Lennar Mare Island, LLC in the amounts specified herein. |
| Philip Williams & Associates Ltd | 2 | $115,553.40 | The Newhall Land and Farming Company | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $115,553.40 | | | | | | | Claim filed in wrong case |
| R&R Palacios Construction | 49 | $31,231.62 | The Newhall Land & Farming | | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $31,231.62 | | | | | | | Claim filed in wrong case |
| RT Franklin & Associates | 747 | $720,623.30 | LandSource Communities Development LLC | | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $710,045.80 | LNR-Lennar Washington Square, LLC | 08-11123 | $10,577.50 | | | | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership) for $710,045.50 and LNR-Lennar Washington Square, LLC for $10,577.50. |
| Safeco Insurance Company | 272 | UNLIQUIDATED | Newhall Land and Farming Company (a California Limited Partnership) | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | UNLIQUIDATED | | | | | | | Claim filed in wrong case |
| SBC Long Distance LLC | 1008 | $9.84 | LandSource Communities Development, LLC | 08-11111 / 08-11121 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $9.84 | | | | | | | Claim filed in wrong case |
| Sign Image Inc | 31 | $3,611.97 | Lennar Urban-LNR-Lennar Washington Square | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $3,611.97 | | | | | | | Claim filed in wrong case |
| Smith Denison Construction Company | 9 | $123,330.49 | LandSource Communities Development LLC, et al. | | Lennar Mare Island, LLC | 08-11117 | $123,330.49 | | | | | | | Claim filed in wrong case |
| Southern California Gas Company | 135 | $4,613.80 | LandSource Communities Development LLC | | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,953.86 | Tournament Players Club at Valencia, LLC | 08-11127 | $1,659.94 | | | | Supporting documentation indicates that claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership) for $2,953.86 and Tournament Players Club at Valencia, LLC for $1,659.94. |
| Spirit Nextel | 354 | $8,500.00 | LandSource Communities Development LLC | | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $3,000.00 | Lennar Mare Island, LLC | 08-11117 | $5,500.00 | | | | Upon request, claimant provided supporting documentation indicating that the claim is based to two security deposits held by The Newhall Land and Farming Company (A California Limited Partnership) and Lennar Mare Island LLC in the amounts specified herein. |
| Universal Protection Services | 91 | $37,562.65 | Kennedy-Wilson Lennar Mare Island | 08-11117 001 | Lennar Mare Island, LLC | 08-11117 | $37,562.65 | | | | | | | Claim filed in wrong case |
| Van Tilburg Banvard & Soderbergh Architects AIA Inc | 56 | $89,775.66 | Landsource Communities* (LNR-Lennar Washington Square, LLC) | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $89,775.66 | | | | | | | Claim filed in wrong case |
| Van Tilburg Banvard & Soderbergh Architects AIA Inc | 102 | $11,874.91 | Landsource Communities* (LNR-Lennar Washington Square, LLC) | 08-11111 | LNR-Lennar Washington Square, LLC | 08-11123 | $11,874.91 | | | | | | | Claim filed in wrong case |
| Ward Corporation | 104 | $191,215.16 | LandSource Communities Development LLC | | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $191,215.16 | | | | | | | Claim filed in wrong case |
| Waste Management | 72 | $1,170.11 | LandSource Communities Development LLC | 08-11111 | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $32.97 | Tournament Players Club at Valencia, LLC | 08-11127 | $979.13 | LandSource Holding Company, LLC | 08-11122 | $158.01 | Supporting documentation indicates claim is asserted against The Newhall Land and Farming Company (A California Limited Partnership), Tournament Players Club at Valencia, LLC and LandSource Holding Company, LLC in the amounts specified herein. |
| Wayne Hung | 66 | $25,000.00 | TPC Valencia | 08-11111 / 08-11127 | Tournament Players Club at Valencia, LLC | 08-11127 | $25,000.00 | | | | | | | Claim filed in wrong case |
| Weston Mason Hyperactive | 195 | $2,975.00 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $2,975.00 | | | | | | | Claim filed in wrong case |

* "Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION – CLAIMS FILED IN THE WRONG CASE:

| Name of Claimant | Claim No. | Claim Amount | Asserted Debtor | Case No. | Correct Debtor 1 | Correct Case No. 1 | Claim Amount 1 | Correct Debtor 2 | Correct Case No. 2 | Claim Amount 2 | Correct Debtor 3 | Correct Case No. 3 | Claim Amount 3 | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTON MASON MARKETING | 210 | $29,634.80 | None | None | The Newhall Land and Farming Company (A California Limited Partnership) | 08-11125 | $29,634.80 | | | | | | | Claim filed in wrong case |

* 'Debtors' grounds for objection to claims filed in the wrong case are described in detail on pages 5-6 of the Third Omnibus Objection.

# EXHIBIT "2"

**Duplicative Claims**

Exhibit B
*DUPLICATIVE CLAIMS*\*

IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
NON-SUBSTANTIVE OBJECTION - DUPLICATIVE CLAIMS

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Expunged | Claim Amount | Asserted Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Poe Investment Company LLC | 895 | 933 | UNLIQUIDATED | Stevenson Ranch Venture LLC | Duplicative claim |
| Poe Investment Company LLC | 892 | 937 | UNLIQUIDATED | Lennar Stevenson Holdings, LLC | Duplicative claim |
| Poe Investment Company LLC | 815 | 950 | UNLIQUIDATED | Lennar Land Partners II | Duplicative claim |
| Poe Investment Company LLC | 538 | 883 | $1,511,794.73 | LNR-Lennar Washington Square, LLC | Duplicative claim |
| Southern Sun Construction Co Inc | | | | The Newhall Land and Farming Company (A California Limited Partnership) | |
| Trademark Concrete Systems Inc | 180 | 181 | $35,990.37 | The Newhall Land and Farming Company (A California Limited Partnership) | Duplicative claim |
| W Jackson & Sons Construction | 865 | 941 | $491,880.01 | LandSource Holding Company, LLC | Duplicative claim |
| Wright Sawing & Breaking | 165 | 191 | $28,225.98 | The Newhall Land and Farming Company (A California Limited Partnership) | Duplicative claim |
| Wright Sawing & Breaking | 165 | 216 | $28,225.98 | The Newhall Land and Farming Company (A California Limited Partnership) | Duplicative claim |

\* Debtors' grounds for objection to duplicative claims are described in detail on pages 6-7 of the Third Omnibus Objection.

# EXHIBIT "3"

**Late Filed Claims**

## Exhibit C
## *LATE FILED CLAIMS**

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**

**NON-SUBSTANTIVE OBJECTION - LATE FILED CLAIMS**

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| American Hotel Register | 11/18/2008 | 991 | $659.61 | Claim filed late |
| American Hotel Register | 12/1/2008 | 1004 | $659.61 | Claim filed late |
| Amsco Inc Agent for Hasler | 11/17/2008 | 931 | $194.85 | Claim filed late |
| Amsco Inc Agent for Hasler | 11/17/2008 | 930 | $3,353.03 | Claim filed late |
| Carlton Fields PA | 12/1/2008 | 942 | $118,540.83 | Claim filed late |
| CenterPoint Energy | 11/18/2008 | 940 | $8,957.99 | Claim filed late |
| CenterPoint Energy | 11/17/2008 | 943 | $9,402.53 | Claim filed late |
| Intenet Communications | 12/8/2008 | 984 | $23,851.51 | Claim filed late |
| Isles at Bayshore Master Association Inc | 11/17/2008 | 935 | $536,636.64 | Claim filed late |
| Shining Star Children s House Inc | 11/24/2008 | 994 | $175,000.00 | Claim filed late |
| Tamaron Homeowners Association | 3/11/2009 | 1010 | $4,467.90 | Claim filed late |
| Terravista Buckeye Homeowners Association | 3/11/2009 | 1009 | $3,916.00 | Claim filed late |
| TOTAL SITE MAINTENANCE | 12/4/2008 | 946 | $39,956.44 | Claim filed late |

\* Debtors' grounds for objection to Late Filed Claims are described in detail on page 7 of the Third Omnibus Objection.

# EXHIBIT "4"

**Books and Records Claims**

Exhibit D
**BOOKS AND RECORDS***

## IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
### NON-SUBSTANTIVE OBJECTION - BOOKS AND RECORDS OBJECTIONS

| Name of Claimant | Claim No. | Claim Amount | Debtor Name as Appears on Claim | Reason for Disallowance |
|---|---|---|---|---|
| ACCO Inc | 219 | $1,418.90 | LandSource Communities Development LLC | No record of obligation in Debtors' books and records. On February 11, 2009, claimant stated that claim was filed in error and agreed to withdrawal. No formal withdrawal has been filed to date. |
| Central Telephone Company of Texas | 100 | $64.99 | LandSource Communities Development LLC | No record of obligation in Debtors' books and records. Claimant has confirmed that a non-debtor Lennar entity was liable for account and has brought the account current since the claim was filed. |
| City of Pembrooke Pines | 1002 | $999,999.00 | Lennar Homes | No record of obligation in Debtors' books and records. Entity listed on claim is not a debtor entity. |
| D & D Wholesale Dist Inc | 123 | $5,397.33 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entity. Debtors have no record of pre-petition amounts owed to this claimant. |
| Industrial Metal Supply Co | 174 | $944.48 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entity. Claimant was a vendor for Tournament Players Club at Valencia, LLC, but has confirmed that the last transaction took place in February 2008 and no amounts are outstanding. |
| Kathryn Abild | 200 | UNLIQUIDATED | Tournament Players Club at Valencia, LLC | No record of obligation in Debtors' books and records. Claimant is an employee of non-debtor entity and is not employed by Tournament Players Club at Valencia, LLC. Debtors have no record of prepetition amounts owed to this claimant. |
| Safeco Insurance Company | 274 | UNLIQUIDATED | Lennar Land Partners Sub II, Inc. | No record of obligation in Debtors' books and records. Entity listed on claim is not a debtor entity. |
| Serena Marble & Granite Inc | 362 | N/A | None | No record of obligation in Debtors' books and records. |
| Super Seal & Stripe | 857 | $530.00 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entities. Debtors have worked with this claimant previously, but have no record of pre-petition amounts owed to this claimant. |
| The Bus Bank | 151 | $5,160.10 | None | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entity. Debtors have worked with this claimant previously, but have no record of pre-petition amounts owed to this claimant. |
| Turf Star Inc | 163 | $5,459.93 | LandSource Communities Development LLC | No record of obligation in Debtors' books and records. All supporting documentation names non-debtor entities. Debtors have no record of pre-petition amounts owed to this claimant. |

*Debtors' grounds for objection to books and records claims are described in detail on pages 7-8 of the Third Omnibus Objection.