# EXHIBIT "B"

## Disputed Amount Claims

# EXHIBIT B
# *DISPUTED AMOUNT CLAIMS**

## IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
## SUBSTANTIVE OBJECTION – DISPUTED AMOUNT CLAIMS

| Name of Claimant | Claim No. | Name of Debtor | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| 1492 Inc | 30 | Tournament Players Club at Valencia, LLC | $1,510.87 | $844.54 | Claim includes a revised invoice #6011745 that fails to account for preferred vendor discounts. The original invoice #6011745 included the preferred vendor discounts and was for a total amount of $502.09 (instead of $1,168.42). Accordingly, the correct claim amount should be $844.54. |
| A Plus Tree Service | 190 | Lennar Mare Island, LLC | $1,149.00 | $0.00 | Claim includes two invoices (#1746 and #1763) for $1,149.00 that are also contained in claimant's earlier proof of claim #41. Accordingly, the Debtor objects to the allowance of this claim in its entirety. |
| Acushner Company | 915 | Tournament Players Club at Valencia, LLC | $14,030.11 | $9,379.41 | Debtor believes that the claim amount should be $9,379.41, consisting of the following: (A) $4,107.44 for a returned unpaid check (claimant's supporting documentation agrees); (B) $4,234.68 for goods delivered before the petition date (claimant's supporting documentation agrees); and (C) $1,037.09, for shoes that the claimant was meant to deliver prior to a golf event. The shoes were delivered after the event and consequently were returned by the Debtor. Claimant subsequently re-sent the shoes and was paid for them postpetition, thereby reducing the amount of its claim accordingly. Thus, the correct amount should be $9,379.41. |
| ANDY GUMP INC | 172 | The Newhall Land and Farming Company (A California Limited Partnership) | $13,634.16 | $9,891.31 | Claim includes invoices that have been paid postpetition in the amount of $3,742.85. Accordingly, the correct claim amount should be $9,891.31. |

1

* The Debtors' grounds for objection to Disputed Amount Claims are described in detail on pages 4-5 of the Fifth Omnibus Objection.