# EXHIBIT "C"

## Claims Including Postpetition Interest

# EXHIBIT C
## POSTPETITION INTEREST[*]

### IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
### SUBSTANTIVE OBJECTION – CLAIMS INCLUDING POSTPETITION INTEREST

| Name of Claimant | Claim No. | Name of Debtor | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| CNH Capital America LLC | 127 | The Newhall Land and Farming Company (A California Limited Partnership) | UNLIQUIDATED | $298.31 | Supporting documentation includes the same invoice associated with the Debtor's Schedule F (under Pioneer Equipment) for $298.61; however the proof of claim also includes what appear to be postpetition finance and late charges totaling $31.69. Pursuant to section 506 of the Bankruptcy Code, the Debtors object to the inclusion of the finance as part of this claim because the Claimant is unsecured. |
| Engeo Incorporated | 36 | The Newhall Land and Farming Company | $79,507.90 | $77,175.26 | Claim appears to include $2,332.62 in postpetition interest. Pursuant to section 506(b) of the Bankruptcy Code, the Debtors object to the inclusion of interest as part of this claim as the claim is unsecured. |
| REH CONTRACTING COMPANY INC | 821 | The Newhall Land and Farming Company (A California Limited Partnership) | $29,330.13 | $26,663.75 | Claim includes a finance charge of $2,666.38. Pursuant to section 506 of the Bankruptcy Code, the Debtors object to the inclusion of the finance as part of this claim because the Claim is unsecured. |

---

[*] The Debtors' grounds for objection to claims including postpetition interest are described in detail on pages 5-6 of the Fifth Omnibus Objection.