# EXHIBIT "E"

## Court Order Claims

# EXHIBIT E
## COURT ORDER CLAIMS*

### IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
### SUBSTANTIVE OBJECTION – COURT ORDER CLAIMS

| Name of Claimant | Claim No. | Name of Debtor | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| Capri Construction Corporation | 996 | LandSource Holding Company, LLC | $82,450.20 | $0.00 | Pursuant to the Court's order, dated 2/4/2009 [Docket No. 1214], the Debtor paid claimant, a subcontractor, for work performed on the Isles at Bayshore. The Debtor paid claimant $79,364.00, which represented "the full amount owed to [claimant] for [its] work on the Clubhouse." Accordingly, the Debtor objects to this claim because the Court determined its proper amount to be $79,364.00, which was subsequently paid to the claimant. |
| Icon Constructors Inc | 856 | LandSource Holding Company, LLC | $832,087.00 | $0.00 | Pursuant to the Court's order, dated 2/4/2009 [Docket No. 1214], the Debtor paid claimant for work performed on the Isles at Bayshore. The Debtor paid claimant $752,723.00, which represents the amount owed to the claimant less the amount paid directly to its subcontractor, Capri Construction Corporation. Accordingly, the Debtor objects to this claim because the Court determined its proper amount to be $752,723.00, which was subsequently paid to the claimant. |

\* The Debtors' grounds for objection to Court Order Claims are described in detail on page 7 of the Fifth Omnibus Objection.