# EXHIBIT "F"

## Insufficient Documentation Claims

# EXHIBIT F
## INSUFFICIENT DOCUMENTATION CLAIMS*

### IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
### SUBSTANTIVE OBJECTION – INSUFFICIENT DOCUMENTATION CLAIMS

| Name of Claimant | Claim No. | Name of Debtor | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| AECOM/DMJM Harris Inc | 511 | The Newhall Land and Farming Company (A California Limited Partnership) | $113,443.00 | $105,882.08 | Supporting documentation is primarily a fully paid contract between Newhall Land and Farming Company (A California Partnership) and Korve Engineering Inc., and lacks sufficient evidence to support the difference between the claim amount and the amount listed on the Debtor's records ($105,882.08). The Debtor requested additional documentation on three different occassions, but received nothing further. Accordingly, Debtors object to the unsupported claim amount, and request that it be modified to the amount listed on their records: $105,882.08. |
| COLOMBO CONSTRUCTION COMPANY | 567 | The Newhall Land and Farming Company (A California Limited Partnership) | $61,221.83 | $56,083.07 | Supporting documentation lacks sufficient evidence to support the difference between the claim amount ($61,221.83) and the amount listed on the Debtor's records ($56,083.07). Accordingly, Debtor objects to the unsupported claim amount, and request that it be modified to the amount listed on their records: $56,083.07. |
| De Lage Landen Financial Services Inc | 559 | The Newhall Land and Farming Company (A California Limited Partnership) | $131,357.54 | $1,837.39 | Claim lacks sufficient documentation to support claim amount. On 3/25/2009 representatives from the Debtor spoke to claimant's representative and requested copies of the invoices supporting the claim amount. Claimant's representative asked for a copy of the proof of claim and supporting documentation, which was provided on 3/25/2009. Claimant has not responded since that date. Accordingly, Debtor objects to the unsupported claim amount, and request that it be modified to the amount listed on their records: $1,837.39. |

* The Debtors' grounds for objection to Insufficient Documentation Claims are described in detail on pages 7-8 of the Fifth Omnibus Objection.

# IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
# SUBSTANTIVE OBJECTION – INSUFFICIENT DOCUMENTATION CLAIMS

| Name of Claimant | Claim No. | Name of Debtor | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| Office Depot | 18 | The Newhall Land and Farming Company | $4,738.42 | $732.85 | Claim lacks sufficient documentation to support claim amount. Debtors contacted Claimant on 3/23/2009 for further documentation, in particular requesting copies of certain invoices; however, Claimant failed to respond. The Debtors made a second request for additional information on 4/08/2009 but Claimant again failed to respond. Accordingly, Debtors object to the unsupported claim amount, and request that it be modified to the amount listed on their records: $732.85. |
| WILLDAN | 863 | The Newhall Land and Farming Company (A California Limited Partnership) | $431,100.97 | $407,752.27 | Claim amount does not correspond to Debtors' records and attaches insufficient information to support that difference. The Debtors spoke with a representative of Willdan on two separate occasions to determine how Willdan arrived at the claim amount. Willdan's representative indicated that they did not remember how the amount was determined and requested a copy of the claim and supporting documentation, which were provided on 4/01/2009. Willdan has not responded since that date. Accordingly, Debtors object to the unsupported claim amount, and request that it be modified to the amount listed on their records: $407,752.27. |