# EXHIBIT "B"

## Duplicative Claims

# EXHIBIT B[*]
## DUPLICATIVE CLAIMS

### IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
### NON-SUBSTANTIVE OBJECTION - DUPLICATIVE CLAIMS

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Expunged | Claim Amount | Name of Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Cypress Fairbanks ISD | 1014 | 1017 | $1,787.78 | LandSource Communities Development LLC | Duplicative claim |
| Cypress Fairbanks ISD | 1014 | 1024 | $1,787.78 | LandSource Communities Development LLC | Duplicative claim |
| Cypress Fairbanks ISD | 1091 | 1094 | $1,787.78 | LandSource Communities Development LLC | Duplicative claim |
| Cypress Fairbanks ISD | 1091 | 1106 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Cypress Fairbanks ISD | 1091 | 1112 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Harris County et al | 1016 | 1019 | $55,277.63 | LandSource Communities Development LLC | Duplicative claim |
| Harris County et al | 1092 | 1093 | $68,932.79 | LandSource Communities Development LLC | Duplicative claim |
| Harris County et al | 1092 | 1111 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Harris County et al | 1092 | 1113 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Harris County et al | 1016 | 1114 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Katy ISD | 1013 | 1022 | $1,972.17 | LandSource Communities Development LLC | Duplicative claim |
| Katy ISD | 1013 | 1023 | $1,972.17 | LandSource Communities Development LLC | Duplicative claim |
| Katy ISD | 1089 | 1096 | $1,972.17 | LandSource Communities Development LLC | Duplicative claim |
| Los Angeles County Treasurer & Tax COllector | 516 | 569 | $5,866,122.68 | LandSource Communities Development LLC | Duplicative claim |

[*] The Debtors' grounds for objection to Duplicative Claims are described in detail on page 4 of the Sixth Omnibus Objection.

## IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111
## NON-SUBSTANTIVE OBJECTION - DUPLICATIVE CLAIMS

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Expunged | Claim Amount | Name of Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Los Angeles County Treasurer and Tax Collector | 568 | 515 | $33,436.40 | LandSource Communities Development LLC | Duplicative claim |
| Los Angeles County Treasurer and Tax Collector | 568 | 515 | $112,694.50 | LandSource Communities Development LLC | Duplicative claim |
| Montgomery County | 1015 | 1018 | $100.49 | LandSource Communities Development LLC | Duplicative claim |
| Montgomery County | 1015 | 1025 | $100.49 | LandSource Communities Development LLC | Duplicative claim |
| Montgomery County | 1090 | 1095 | $61,767.53 | LandSource Communities Development LLC | Duplicative claim |
| Montgomery County | 1090 | 1107 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Montgomery County | 1090 | 1109 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Riverside County Treasurer Tax Collector | 1026 | 1027 | $617,725.57 | LandSource Communities Development LLC | Duplicative claim |
| RC Becker & Sons Inc | 1001 | 37 | $1,035,459.00 | LandSource Communities Development LLC | Duplicative claim |
| RC Becker & Sons Inc | 1001 | 764 | UNLIQUIDATED | LandSource Communities Development LLC | Duplicative claim |
| Dunbar Armored | 37 | 1034 | $84.87 | Tournament Players Club at Valencia, LLC | Duplicative claim |