# EXHIBIT "C"

## Amended Claims

# EXHIBIT C*
## AMENDED CLAIMS

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**
**NON-SUBSTANTIVE OBJECTION - AMENDED CLAIMS**

| Name of Claimant | Remaining Claim No. | Amended Claim to be Expunged | Claim Amount | Name of Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Cypress Fairbanks ISD | 1014 | 84 | UNLIQUIDATED | LandSource Communities Development LLC | Claim is amended by claim #1014. |
| Hall & Foreman Inc | 1021 | 118 | $323,057.12 | LNR-Lennar Washington Square, LLC | Claim is amended by claim #1021 |
| Harris County et al | 1016 | 82 | UNLIQUIDATED | LandSource Communities Development LLC | Claim is amended by claim #1016. |
| LA County Treasurer & Tax Collector | 568 | 38 | $36,798.55 | LandSource Communities Development LLC | Claim is amended by claim #568. |
| LA County Treasurer & Tax Collector | 568 | 144 | $30,819.34 | LandSource Communities Development LLC | Claim is amended by claim #568. |
| Montgomery County | 1015 | 85 | UNLIQUIDATED | LandSource Communities Development LLC | Claim is amended by claim #1015. |
| PCL Construction Services Inc | 873 | 761 | $4,577,768.90 | LNR-Lennar Washington Square, LLC | Claim is amended by claim #873 |

* The Debtors' grounds for objection to Amended Claims are described in detail on page 5 of the Sixth Omnibus Objection.

**IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, ET AL., CASE NO. 08-11111**
**NON-SUBSTANTIVE OBJECTION - AMENDED CLAIMS**

| Name of Claimant | Remaining Claim No. | Amended Claim to be Expunged | Claim Amount | Name of Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| REH Contracting Co Inc | 821 | 16 | $26,663.75 | LandSource Communities Development LLC | Claim is amended by claim #821 |
| Riverside County Treasurer Tax Collector | 1026 | 154 | $1,174,184.59 | LandSource Holding Company, LLC | Claim is amended by claim #1026 |
| Universal Protection Services | 164 | 91 | $37,562.65 | Lennar Mare Island, LLC | Claim is amended by claim #164 |