**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re* :  Chapter 11
:
LANDSOURCE COMMUNITIES :  Case No. 08-11111 (KJC)
DEVELOPMENT LLC, *et al.*,[1] :
:  (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

## THIRD PLAN SUPPLEMENT

THIS IS THE THIRD PLAN SUPPLEMENT FILED IN SUPPORT OF THE SECOND AMENDED JOINT CHAPTER 11 PLANS OF REORGANIZATION FOR LANDSOURCE COMMUNITIES DEVELOPMENT LLC AND EACH OF ITS AFFILIATED DEBTORS PROPOSED BY BARCLAYS BANK PLC, AS ADMINISTRATIVE AGENT, UNDER THE SUPER-PRIORITY DEBTOR-IN-POSSESSION FIRST LIEN CREDIT AGREEMENT, AS MODIFIED, DATED JULY 6, 2009 [DOCKET NO. 2047] (THE "PLAN").[2]

THE PROPONENT EXPRESSLY RESERVES THE RIGHT TO ALTER, AMEND, MODIFY, REMOVE, AUGMENT OR SUPPLEMENT EACH DOCUMENT IN THIS SECOND PLAN SUPPLEMENT FROM TIME TO TIME.  THE DOCUMENTS CONTAINED IN THIS SECOND PLAN SUPPLEMENT ARE INTEGRAL TO THE PLAN AND, IF THE PLAN IS APPROVED, ARE TO BE APPROVED, SUBSTANTIALLY IN THE FORM ATTACHED HERETO, AS PART OF THE CONFIRMATION ORDER.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | GREENBERG TRAURIG, LLP |
| Edwin J. Harron (No. 3396) | Bruce R. Zirinsky (*pro hac vice*) |
| Joseph M. Barry (No. 4221) | Nathan A. Haynes (*pro hac vice*) |
| The Brandywine Building | 200 Park Avenue |
| 1000 West Street, 17th Floor | New York, New York 10166 |
| P.O. Box 391 | Telephone:  (212) 801-9200 |
| Wilmington, Delaware  19899-0391 | Facsimile:  (212) 801-6400 |
| Telephone:      (302) 571-6600 | |
| Facsimile:        (302) 571-1253 | and |
| | Nancy A. Peterman (*pro hac vice*) |
| | 77 West Wacker Drive, Suite 3100 |
| | Chicago, Illinois 60601 |
| | Telephone:  (312) 456-8400 |
| | Facsimile:  (312) 456-8435 |

Dated: July 18, 2009

---

[1] The Debtors are as follows: California Land Company; Friendswood Development Company LLC; Kings Wood Development Company, L.C.; LandSource Communities; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

# TABLE OF CONTENTS

| Document | Exhibit |
|---|---|
| Identity of Creditor Trustee….. | 21 |
| Identity of Creditor Trust Advisory Board | 22 |
| Creditor Trust Agreement (for Holders of Class 5 Claims) | 23 |
| Creditor Trust Agreement (for those Holders of Claims Entitled to Avoidance Action and Appraiser Cause of Action Recoveries) | 24 |
| Creditor Trust Agreement (for those Holders of Class 5 Claims Entitled to 50% of the Recoveries of the Holders of First Lien Claims, Subject to the Provisions of the Plan) | 25 |
| Amended Backstop Rights Purchase Agreement | 26 |
| Amended Executory Contracts Lists | 27 |