UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
In re                                              :  Chapter 11
                                                   :
LANDSOURCE COMMUNITIES                             :  Case No. 08-11111 (KJC)
DEVELOPMENT LLC, et al.,[1]                        :
                                                   :  (Jointly Administered)
                      Debtors.                     :
------------------------------------------------------------------x

## FOURTH PLAN SUPPLEMENT

THIS IS THE FOURTH PLAN SUPPLEMENT FILED IN SUPPORT OF THE SECOND AMENDED JOINT CHAPTER 11 PLANS OF REORGANIZATION FOR LANDSOURCE COMMUNITIES DEVELOPMENT LLC AND EACH OF ITS AFFILIATED DEBTORS PROPOSED BY BARCLAYS BANK PLC, AS ADMINISTRATIVE AGENT, UNDER THE SUPER-PRIORITY DEBTOR-IN-POSSESSION FIRST LIEN CREDIT AGREEMENT, AS MODIFIED, DATED JULY 6, 2009 [DOCKET NO. 2047] (THE "PLAN").[2]

THE PROPONENT EXPRESSLY RESERVES THE RIGHT TO ALTER, AMEND, MODIFY, REMOVE, AUGMENT OR SUPPLEMENT EACH DOCUMENT IN THIS FOURTH PLAN SUPPLEMENT FROM TIME TO TIME. THE DOCUMENTS CONTAINED IN THIS FOURTH PLAN SUPPLEMENT ARE INTEGRAL TO THE PLAN AND, IF THE PLAN IS APPROVED, ARE TO BE APPROVED, SUBSTANTIALLY IN THE FORM ATTACHED HERETO, AS PART OF THE CONFIRMATION ORDER.

YOUNG CONAWAY STARGATT & TAYLOR LLP  GREENBERG TRAURIG, LLP
Edwin J. Harron (No. 3396)                        Bruce R. Zirinsky (pro hac vice)
Joseph M. Barry (No. 4221)                        Nathan A. Haynes (pro hac vice)
The Brandywine Building                           200 Park Avenue
1000 West Street, 17th Floor                      New York, New York 10166
P.O. Box 391                                      Telephone: (212) 801-9200
Wilmington, Delaware 19899-0391                   Facsimile: (212) 801-6400
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253                                       and

                                                  Nancy A. Peterman (pro hac vice)
                                                  77 West Wacker Drive, Suite 3100
                                                  Chicago, Illinois 60601
                                                  Telephone: (312) 456-8400
                                                  Facsimile: (312) 456-8435

Dated: July 19, 2009

---

[1] The Debtors are as follows: California Land Company; Friendswood Development Company LLC; Kings Wood Development Company, L.C.; LandSource Communities; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

# TABLE OF CONTENTS

Please note that the documents attached hereto are continuing to be negotiated and modified by parties in interest. Accordingly, their contents are subject to further modification.

| **Document** | **Exhibit** |
|---|---|
| Amended Holdco LLC Agreement | 28 |
| Amended Newhall Intermediary LLC Agreement | 29 |
| Amended Reorganized LandSource Communities LLC Agreement | 30 |