UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------------------------x
                                                        :
In re                                                   : Chapter 11
                                                        :
LANDSOURCE COMMUNITIES                                  : Case No. 08-11111 (KJC)
DEVELOPMENT LLC, *et al.*,[1]                           :
                                                        : (Jointly Administered)
                        Debtors.                        :
------------------------------------------------------------------------------------x

## FIFTH PLAN SUPPLEMENT

THIS IS THE FIFTH PLAN SUPPLEMENT FILED IN SUPPORT OF THE SECOND AMENDED JOINT CHAPTER 11 PLANS OF REORGANIZATION FOR LANDSOURCE COMMUNITIES DEVELOPMENT LLC AND EACH OF ITS AFFILIATED DEBTORS PROPOSED BY BARCLAYS BANK PLC, AS ADMINISTRATIVE AGENT, UNDER THE SUPER-PRIORITY DEBTOR-IN-POSSESSION FIRST LIEN CREDIT AGREEMENT, AS MODIFIED, DATED JULY 6, 2009 [DOCKET NO. 2214] (THE "PLAN").[2]

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | GREENBERG TRAURIG, LLP |
| Edwin J. Harron (No. 3396) | Bruce R. Zirinsky (*pro hac vice*) |
| Joseph M. Barry (No. 4221) | Nathan A. Haynes (*pro hac vice*) |
| The Brandywine Building | 200 Park Avenue |
| 1000 West Street, 17th Floor | New York, New York 10166 |
| P.O. Box 391 | Telephone: (212) 801-9200 |
| Wilmington, Delaware 19899-0391 | Facsimile: (212) 801-6400 |
| Telephone: (302) 571-6600 | |
| Facsimile: (302) 571-1253 | and |
| | Nancy A. Peterman (*pro hac vice*) |
| | 77 West Wacker Drive, Suite 3100 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 456-8400 |
| | Facsimile: (312) 456-8435 |

Dated: July 31, 2009

---

[1] The Debtors are as follows: California Land Company; Friendswood Development Company LLC; Kings Wood Development Company, L.C.; LandSource Communities; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

# TABLE OF CONTENTS

| Document | Exhibit |
|---|---|
| Amendment to Executory Contracts List………………………………………………………31 | |