# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :   Chapter 11
In re:                                                   :
                                                         :
LANDSOURCE COMMUNITIES                                   :   Case No. 08-11111 (KJC)
DEVELOPMENT LLC, et al.,[1]                              :
                                                         :   (Jointly Administered)
                    Debtors.                             :
---------------------------------------------------------x

## FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC AS COFINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JUNE 20, 2008 THROUGH DECEMBER 8, 2008

| Name of Applicant: | XRoads Solutions Group, LLC |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 27, 2008 *nunc pro tunc* to June 20, 2008 |
| **Final Application Period** | **June 20, 2008 through December 8, 2008** |
| Amount of final compensation sought as actual, reasonable and necessary: | $ 421,855.00 |
| Amount of final expense reimbursement sought as actual, reasonable and necessary: | $ 8,846.58 |
| Total of Fees and Expenses | $ 430,701.58 |
| Total of Fees and Expenses paid to date: | ($ 346,719.61) |
| **Total Balance Due for Final Application Period:** | **$ 83,981.97** |

This is a:   __ monthly   __ interim   X final application.

---

[1] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :    Chapter 11
In re:                                                   :
                                                         :
LANDSOURCE COMMUNITIES                                   :    Case No. 08-11111 (KJC)
DEVELOPMENT LLC, et al.,[2]                              :
                                                         :    (Jointly Administered)
                                                         :
         Debtors.                                        :
---------------------------------------------------------x

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 20, 2008 THROUGH DECEMBER 8, 2008**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Monthly Compensation of Professionals," signed on June 20, 2008 (the "Administrative Order"), XRoads Solutions Group, LLC ("XRoads" or the "Applicant"), Co-Financial Advisor to the Official Committee of Unsecured Creditors, hereby submits its Final Fee Application for final approval for Compensation and for Reimbursement of expenses for the Period from June 20, 2008 through December 8, 2008 (the "Final Application Period") (the "Application").

By this Application, XRoads seeks final approval and allowance of compensation in the amount of $421,855.00 and actual and necessary expenses in the amount of $8,846.58 for the period from June 20, 2008 through December 8, 2008, and payment of the difference between what is currently owed and has been paid; $83,981.97 [$430,701.58 minus $346,719.61]. In support of this Application, XRoads respectfully represents as follows:

---

[2] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

## GENERAL BACKGROUND

1. On June 8, 2008 (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under Chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). On June 20, 2008 the Office of the United States Trustee appointed a committee of unsecured creditors.

3. By order dated August 27, 2008 (the "Retention Order"), the Court approved the employment of XRoads as Co-Financial Advisor to the Committee pursuant to 11 U.S.C. §327(a) and 11 U.S.C. §328(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. The Retention Order authorizes XRoads to be paid a monthly advisory fee of $75,000 ("Monthly Advisory Fee") and to be reimbursed for actual and necessary out-of-pocket expenses, in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines, and the Administrative Order.

4. FocalPoint Securities, LLC ("FocalPoint") has assumed XRoads' responsibilities under the LandSource engagement commencing December 9, 2008. By order dated February 3, 2009 (the "FocalPoint Retention Order"), the Court approved the employment of FocalPoint as Co-Financial Advisor to the Committee pursuant to 11 U.S.C. §327(a) and 11 U.S.C. §328(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. There were no duplicative billings to the estate as a result of this change.

## JURISDICTION

5. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## FINAL APPLICATION PERIOD FROM
## June 20, 2008 Through December 8, 2008

6. XRoads seeks final approval and allowance of compensation for professional services rendered as Co-Financial Advisor to the Official Committee of Unsecured Creditors in the

amount of $421,855.00 and expenses incurred in the amount of $8,846.58 for a total of $430,701.58 during the period from June 20, 2008 through December 8, 2008 for the Final Application Period.

7. On December 15, 2008, XRoads filed its first quarterly application for allowance and payment of its fees and for allowance of expenses incurred [Docket 1020]. XRoads requested allowance and payment of $327,500.00 for its fees and allowance of $9,235.61 for its expenses incurred during the period from June 20, 2008 through October 31, 2008.

8. On March 23, 2009, XRoads filed its second quarterly applications for allowance and payment of its fees and for allowance of expenses incurred [Docket 1366]. XRoads requested allowance and payment of $94,355.00 for its fees (no expenses) incurred during the period from November 1, 2008 through December 8, 2008.

9. In support of this Application, XRoads includes by reference herein XRoads First and Second Quarterly Applications for allowance and payment of its fees and allowance of expenses incurred, reflected on this Court's docket as items 1020 and 1366, as though set forth fully herein.

10. The table below shows the payments requested and received to date pursuant to the Monthly and Quarterly Fee Applications.

| Time Period | Fees Requested | Expenses Requested | Total Fees & Expenses | Payments | Balance Due |
|---|---|---|---|---|---|
| 06/20/08 – 07/31/08 | $ 102,500.00 | $ 3,766.87 | $ 106,266.87 | ($ 85,766.87) | $ 20,500.00 |
| 08/01/08 – 08/31/08 | $ 75,000.00 | $ 4,187.02 | $ 79,187.02 | ($ 64,187.02) | $ 15,000.00 |
| 09/01/08 – 09/30/08 | $ 75,000.00 | $ 674.64 | $ 75,674.64 | ($ 60,674.64) | $ 15,000.00 |
| 10/01/08 – 10/31/08 | $ 75,000.00 | $ 607.08 | $ 75,607.08 | ($ 60,607.08) | $ 15,000.00 |
| 11/01/08 – 11/30/08 | $ 75,000.00 | $ 0.00 | $ 75,000.00 | ($ 60,000.00) | $ 15,000.00 |
| 12/01/08 – 12/08/08 | $ 19,355.00 | $ 0.00 | $ 19,355.00 | ($ 15,484.00) | $ 3,871.00 |
| Credit per Fee Auditor | | ($ 389.03) | ($ 389.03) | | ($ 389.03) |
| Totals | $ 421,855.00 | $ 8,846.58 | $ 430,701.58 | ($ 346,719.61) | $ 83,981.97 |

## REQUESTED RELIEF

By this Application, XRoads requests that the Court grant final approval of the fees and expenses incurred by XRoads during the Final Application Period of June 20, 2008 through December 8, 2008.

11. At all relevant times, XRoads has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Committee or the Debtors.

12. All services for which compensation is requested by XRoads were performed for or on behalf of the Official Committee of Unsecured Creditors and not on behalf of the Debtors, any other committee, creditor, or other person.

13. XRoads has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application other than as previously disclosed. There is no agreement or understanding between XRoads and any other person other than the partners of XRoads for the sharing of compensation to be received for services rendered in these cases other than as previously disclosed. XRoads has received no retainer in this matter.

14. The professional services and related expenses for which XRoads requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of XRoads' professional responsibilities as Co-Financial Advisor to the Committee of Unsecured Creditors in these chapter 11 cases. XRoads' services have been necessary and beneficial to the Committee and the Debtors and their estates, creditors and other parties in interest.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by XRoads is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, XRoads has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, XRoads respectfully requests that the Court enter an order, granting final approval, allowance, payment and reimbursement of XRoads' professional fees in the amount of $421,855.00 and expenses in the amount of $8,846.58 for the period June 20, 2008 through and including December 8, 2008; authorizing the Debtors to pay XRoads the difference between what is currently owed and has been paid in the amount of $83,981.97; and granting to XRoads any other relief the Court deems necessary and appropriate.

Dated: September 2, 2009

XROADS SOLUTIONS GROUP, LLC

_____
Michael Schwarzmann, Principal
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

Co-Financial Advisor to the Official
Committee of Unsecured Creditors

# VERIFICATION

STATE OF CALIFORNIA :

COUNTY OF ORANGE :

        I, Michael Schwarzmann, verify as follows:

    a)     I am a Principal of XRoads Solutions Group, LLC ("XRoads"). XRoads provided financial advisory services in these chapter 11 cases to the Official Committee of Unsecured Creditors (the "Committee").

    b)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. LR 2016-2 and the Executive Office for the United States Trustee.

                                      Michael Schwarzmann

SWORN AND SUBSCRIBED
before me this ___ day of _____, 2009.

_____
Notary Public
My Commission Expires:

State of California, County of ORANGE
Subscribed and sworn to (or affirmed) before me
on this 2 day of SEPT, 2009,
by MichAel SchwARzmann,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: _____



D. R. HOBIN
COMM. #1827371
Notary Public - California
Orange County
My Comm. Expires Jan. 15, 2013