IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LANDSOURCE COMMUNITIES | ) | Case No. 08-11111 (KJC) |
| DEVELOPMENT LLC, *et al.*,[1] | ) | Joint Administration |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: October 15, 2009 at 4:00 p.m.**

**Hearing Date: December 23, 2009 at 10:00 a.m.**

**FINAL APPLICATION OF FOCALPOINT SECURITIES, LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM DECEMBER 9, 2008 THROUGH JULY 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | FocalPoint Securities, LLC Co-Financial Advisor |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

| Date of Retention: | December 9, 2008 |
|---|---|
| Period for which Compensation and Reimbursement is Sought: | December 9, 2008 through July 31, 2009 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $ 1,080,645.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 747.56 |

This is a:        _ monthly          __ interim          x final application.

## PRIOR APPLICATIONS FILED BY FOCALPOINT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Total Fees & Expenses | Payments[2] | Balance Due |
|---|---|---|---|---|---|---|
| 02/03/09 | 12/09/08 – 12/31/08 | $ 55,645.00 | $ 0.00 | $ 55,645.00 | ($ 44,516.00) | $ 11,129.00 |
| 02/16/09 | 01/01/09 – 01/31/09 | 75,000.00 | 0.00 | 75,000.00 | ( 60,000.00) | 15,000.00 |
| 03/24/09 | 02/01/09 – 02/28/09 | 75,000.00 | 0.00 | 75,000.00 | ( 60,000.00) | 15,000.00 |
| 05/11/09 | 03/01/09 – 03/31/09 | 75,000.00 | 0.00 | 75,000.00 | ( 60,000.00) | 15,000.00 |
| 05/18/09 | 04/01/09 – 04/30/09 | 75,000.00 | 0.00 | 75,000.00 | ( 60,000.00) | 15,000.00 |
| 07/27/09 | 05/01/08 – 05/31/09 | 75,000.00 | 378.00 | 75,378.00 | ( 60,378.00) | 15,000.00 |
| 08/12/09 | 06/01/09 – 06/30/09 | 75,000.00 | 256.71 | 75,256.71 | 0.00 | 75,256.71 |
| 08/25/09 | 07/01/09 – 07/31/09 | 575,000.00 | 112.85 | 575,112.85 | 0.00 | 575,112.85 |
| **Total** | **12/09/08 – 07/31/09** | **$1,080,645.00** | **$ 747.56** | **$ 1,081,392.56** | **($344,894.00)** | **$736,498.56** |

## FOCALPOINT PROFESSIONALS (12/08/08 – 07/31/09)

| Name | Title | Total Hours |
|---|---|---|
| Alex Stevenson | Managing Director | 397.0 |
| Brian Little | Senior Associate | 472.5 |
| Andrew Omori | Analyst | 97.0 |
| John Reid | Analyst | 20.0 |
| **TOTAL** | | **986.5** |

## FOCALPOINT EXPENSE SUMMARY

---

[2] Reflects payments received through September 25, 2009.

| Expense Category | Total Expenses |
|---|---:|
| Parking | $ 38.00 |
| Working Meals | 654.56 |
| Postage | 55.00 |
| **TOTAL** | **$ 747.56** |

```
----------------------------------------------------x
                                       :            Chapter 11
In re:                                 :
                                       :
LANDSOURCE COMMUNITIES                 :            Case No. 08-11111 (KJC)
DEVELOPMENT LLC, et al.,¹              :
                                       :            (Jointly Administered)
                                       :
            Debtors.                   :
----------------------------------------------------x
```

**FINAL APPLICATION OF FOCALPOINT SECURITIES, LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD FROM DECEMBER 9, 2008 THROUGH JULY 31, 2009</u>**

FocalPoint Securities, LLC ("FocalPoint" or "Applicant"), Co-Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), hereby seeks final approval, allowance, payment and reimbursement of (a) Monthly Advisory Fees in the amount of $580,645; (b) the Transaction Fee of $500,000, as defined in the FocalPoint Retention Application, earned on July 31, 2009 upon the effective date of the

---

¹ The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

Debtors Plan of Reorganization; (c) necessary expenses in the amount of $747.56; and, (d) the payment of the unpaid portion of such allowed compensation and expenses for the period from December 9, 2008 through July 31, 2009. In support of its application (the "Application"), FocalPoint respectfully states as follows:

## FEES AND EXPENSES FOR WHICH ALLOWANCE IS SOUGHT

1.      FocalPoint makes this Application pursuant to sections 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Order Authorizing the Employment and Retention of FocalPoint Securities, LLC as Co-Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 1210] (the "Administrative Order").

2.      FocalPoint seeks final approval, allowance, payment and reimbursement of (a) Monthly Advisory Fees in the amount of $580,645; (b) the Transaction Fee of $500,000, as defined in the FocalPoint Retention Application, earned on July 31, 2009 upon the effective date of the Debtors Plan of Reorganization; (c) necessary expenses in the amount of $747.56; and, (d) the payment of the unpaid portion of such allowed compensation and expenses for the period from December 9, 2008 through July 31, 2009.

3.      FocalPoint has attempted to include in this Application all time and expenses relating to the Compensation Period. Delays in processing time and receiving invoices for expenses, however, do occur. Accordingly, FocalPoint reserves the right to request additional compensation for reimbursement of expenses incurred during the Compensation Period in subsequent applications for reimbursement.

4.      This is FocalPoint's final application for compensation and reimbursement of expenses in these chapter 11 cases.

## GENERAL BACKGROUND

5.      On June 8, 2008 (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under Chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). On June 20, 2008 the Office of the United States Trustee appointed a committee of unsecured creditors.

7.      On January 6, 2009, the Committee filed the Application of the Official Committee of Unsecured Creditors for Authority to Retain FocalPoint Securities, LLC as Co-Financial Advisor *nunc pro tunc* to December 9, 2008 (the "FocalPoint Retention Application"). Through the FocalPoint Retention Application the Committee sought approval to employ FocalPoint to replace XRoads Solutions Group LLC ("XRoads") as its co-financial advisor in these Chapter 11 cases on the same terms as XRoads was previously employed[1].

8.      By order dated February 3, 2009 (the "Retention Order"), the Court approved the employment of FocalPoint as Co-Financial Advisor to the Committee pursuant to 11 U.S.C. §327(a) and 11 U.S.C. §328(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. The Retention Order authorizes FocalPoint to be paid a monthly advisory fee of $75,000 ("Monthly Advisory Fee"), a transaction fee of $500,000 ("Transaction Fee", as further described in paragraph 9) and to be reimbursed for actual and necessary out-of-pocket expenses, in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines, and the Administrative Order.

9.      As noted above, the Retention Order authorizes FocalPoint to be paid a Transaction Fee upon closing of a Restructuring. Specifically, Section 2(c) of the Engagement Letter (as defined in the FocalPoint Retention Application) states: "As further consideration for the services to be provided under this Agreement, FocalPoint shall be paid the Transaction Fee of $500,000 which shall be paid in cash upon closing of a Restructuring." The Debtor's Plan of Reorganization is a Restructuring as defined in the Engagement Letter and went effective July 31, 2009 resulting in FocalPoint earning the Transaction Fee on that date.

---

[1] Effective December 9, 2008, Mr. Stevenson, who was leading XRoads's representation of the Committee, left XRoads and joined FocalPoint. The Committee requested that the work being performed by XRoads be transitioned to FocalPoint as of that date under the same terms and conditions under which XRoads was previously employed. While at XRoads, Mr. Stevenson led the team that collectively spent over 1,000 hours working on behalf of the Committee. As a result of the significant investment of XRoads time in this matter, FocalPoint's fees, including the Transaction Fee, are subject to a final reconciliation of fees with XRoads as further described herein and in the FocalPoint Application.

JURISDICTION

10.    The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## FOCALPOINT AND ITS BILLING PRACTICES

11.    In respect of FocalPoint's Retention Order, FocalPoint has maintained time records in these Cases on a half-hour basis. Annexed hereto as Exhibit "A" and incorporated herein by reference, are the Monthly Fee Applications filed by FocalPoint that include a day-by-day entry of all time spent by FocalPoint's professionals in connection with advising the Committee during the Compensation Period as well as a general description of the work performed. The Time Records provide a chronological, daily explanation of the services rendered by FocalPoint.

12.    The services for which compensation is being sought by FocalPoint were rendered for and on behalf of the Committee. FocalPoint has received no other payments or promises of payment from any other source for services rendered in any capacity whatsoever in this case. FocalPoint's compensation, as described in the FocalPoint Retention Application and including both Monthly Advisory Fees and the Transaction Fee, is subject to a future reconciliation of fees with XRoads. Except as noted herein, there is no outstanding agreement or understanding between FocalPoint and any other person, other than professionals of FocalPoint, for the sharing of compensation.

13.    At all relevant times, FocalPoint has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to this estate.

## NOTICE

14.    As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; (d) the Lender; (e) the Lender's Counsel; and (f) the Committee's Counsel. Notice of this Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, FocalPoint respectfully requests that the Court enter an order, granting final approval, allowance, payment and reimbursement of (a) Monthly Advisory Fees in the amount of $580,645; (b) the Transaction Fee of $500,000, as defined in the FocalPoint Retention Application, earned on July 31, 2009 upon the effective date of the Debtors Plan of Reorganization; (c) necessary expenses in the amount of $747.56; (d) the payment of the unpaid portion of such allowed compensation and expenses; and (e) granting FocalPoint any other relief the Court deems necessary and appropriate

Dated:          September 25, 2009


FocalPoint Securities, LLC


By:     _____

        Alexander Stevenson, Managing Director

**VERIFICATION**

STATE OF CALIFORNIA          )

                                          )

COUNTY OF ORANGE          )

I, Alexander Stevenson, verify as follows:

1.        I am a Managing Director of FocalPoint Securities, LLC ("FocalPoint"). FocalPoint provided financial advisory services in these chapter 11 cases to the Official Committee of Unsecured Creditors (the "Committee").

2.        I have read the foregoing application of FocalPoint for final compensation and reimbursement of expenses (the "Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del Bankr. LR 2016-2, and the Executive Office for the United States Trustee.

Executed on:  September 25, 2009

_____

Alexander Stevenson, Managing Director

11766 Wilshire Blvd., Suite 1270

Los Angeles, CA 90025


Co-Financial Advisor to the Official

Committee of Unsecured Creditors