UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re : Chapter 11
:
LANDSOURCE COMMUNITIES :
DEVELOPMENT LLC, et al.,[1] : Case No. 08-11111 (KJC)
:
: (Jointly Administered)
Debtors. :
------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING DATE AND TIME

PLEASE TAKE NOTICE that the hearing scheduled to be held in the above-captioned chapter 11 cases on **December 16, 2009 at 2:30 p.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, 19801 (the "Bankruptcy Court") has been rescheduled by the Bankruptcy Court, and will now commence at **10:00 a.m. (Prevailing Eastern Time) on December 23, 2009.** All matters previously scheduled to be heard on December 16, 2009 at 2:30 p.m. (Prevailing Eastern Time) will now be heard by the Bankruptcy Court on December 23, 2009 at 10:00 a.m. (Prevailing Eastern Time).

---

[1] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

Dated: September 29, 2009
    Wilmington, Delaware

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION