IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LANDSOURCE COMMUNITIES DEVELOPMENT LLC, et al. | ) ) ) | Case No. 08-11111 |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | Objection Deadline: October 19, 2009 @ 4:00 p.m. Hearing Date TBD |

## FINAL FEE APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 8, 2008 THROUGH JULY 31, 2009

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **August 27, 2008** *nunc pro tunc* **June 8, 2008** |
| Application Period: | **June 8, 2009 through July 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | $6,997,948.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $202,616.52[1] |
| Less: Amounts Paid to Date: | ($1,219,497.62) |
| Net Amount of Compensation Requested: | $5,981,067.65 |

This is a: ___ monthly ___ interim _X_ final application.

---

[1] Amount reflects the Fee Auditor's recommended expense reductions for the First Interim Period totaling $10,812.42.

Summary of Fee Applications for Compensation Period:

| Fee Application Period, Filing Date & Docket No. | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Amount Paid | Holdback Amount / Balance Due |
|---|---|---|---|---|---|---|
| 1st Monthly Fee Application<br><br>06/08/08 through 07/31/08<br><br>Filed - 11/26/08 [Docket No. 905] | $260,000.00 | $1,557.95 | $260,000.00 | $1,557.95 | $216,557.95 | $45,000.00 |
| 2nd Monthly Fee Application<br><br>08/01/08 through 08/31/08<br><br>Filed - 12/08/08 [Docket No. 964] | $150,000.00 | $32,910.65 | $150,000.00 | $32,910.65 | $152,910.65 | $30,000.00 |
| 3rd Monthly Fee Application<br><br>09/01/08 through 09/30/08<br><br>Filed - 12/15/08 [Docket No. 1009] | $150,000.00 | $8,551.59 | $150,000.00 | $8,551.59 | $128,551.59 | $30,000.00 |
| 4th Monthly Fee Application<br><br>10/01/08 through 10/31/08<br><br>Filed - 12/15/08 [Docket No. 1011] | $150,000.00 | $22,015.71 | $150,000.00 | $11,203.29[2] | $142,015.71 | $19,187.58 |

---

2 Amount reflects the Fee Auditor's recommended expense reductions for the First Interim Period totaling $10,812.42.

| Fee Application Period, Filing Date & Docket No. | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Amount Paid | Holdback Amount / Balance Due |
|---|---|---|---|---|---|---|
| First Interim Fee Application<br><br>06/08/08 through 10/31/08<br><br>Filed - 12/15/08<br><br>[Docket No. 1016] | $710,000.00 | $65,035.90 | $710,000.00 | $54,223.48 | $640,035.90 | $124,187.58 |
| 5th Monthly Fee Application<br><br>11/01/08 through 11/30/08<br><br>Filed - 03/20/09<br>[Docket No. 1359] | $150,000.00 | $54,687.90 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $174,687.90 | $30,000.00 |
| 6th Monthly Fee Application<br><br>12/01/08 through 12/31/08<br><br>Filed - 04/09/09<br>[Docket No. 1425] | $150,000.00 | $20,230.45 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $140,230.45 | $30,000.00 |
| 7th Monthly Fee Application<br><br>01/01/09 through 01/31/09<br><br>Filed - 04/09/09<br>[Docket No. 1426] | $150,000.00 | $11,039.36 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $131,039.36 | $30,000.00 |
| 8th Monthly Fee Application<br><br>02/01/09 through 02/28/09<br><br>Filed- 04/09/09<br>[Docket No. 1427] | $150,000.00 | $13,504.01 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $133,504.01 | $30,000.00 |

| Fee Application Period, Filing Date & Docket No. | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Amount Paid | Holdback Amount / Balance Due |
|---|---|---|---|---|---|---|
| Second Interim Fee Application<br><br>11/01/08 through 02/28/09<br><br>Filed - 04/09/09<br><br>[Docket No. 1428] | $600,000.00 | $99,461.72 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $579,461.72 | $120,000.00 |
| 9th Monthly Fee Application<br><br>03/01/09 through 03/31/09<br><br>Filed - 08/12/09<br>[Docket No. 2268] | $373,655.00 | $9,408.27 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $0.00 | $383,063.27 |
| 10th Monthly Fee Application<br><br>04/01/09 through 04/30/09<br><br>Filed - 08/12/09<br>[Docket No. 2269] | $150,000.00 | $6,487.12 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $0.00 | $156,487.12 |
| 11th Monthly Fee Application<br><br>05/01/09 through 05/31/09<br><br>Filed - 08/12/09<br>[Docket No. 2270] | $150,000.00 | $3,228.44 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $0.00 | $153,228.44 |
| 12th Monthly Fee Application<br><br>06/01/09 through 06/30/09<br><br>Filed - 08/12/09<br>[Docket No. 227] | $150,000.00 | $23,282.77 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $0.00 | $173,282.77 |

| Fee Application Period, Filing Date & Docket No. | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Amount Paid | Holdback Amount / Balance Due |
|---|---|---|---|---|---|---|
| Third Interim Fee Application<br><br>12/01/08 through 03/31/09<br><br>Filed - 08/13/09<br><br>[Docket No. 2285] | $823,655.00 | $42,406.60 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $0.00 | $866,061.60 |
| 13thMonthly Fee Application<br><br>07/01/09 through 07/31/09<br><br>Filed - 09/22/09<br>[Docket No. tbd] | $4,864,293.75 | $6,524.71 | Approval Pending Interim Hearing | Approval Pending Interim Hearing | $0.00 | $4,870,818.46 |
| Final Fee Application<br><br>06/08/08 through 07/31/09<br><br>Filed - 09/29/09<br><br>[Docket No. tbd] | $6,997,948.75 | $202,616.52[3] | $710,000.00 | $54,223.48 | $1,219,497.62 | $5,981,067.65 |

---

[3] Amount reflects the Fee Auditor's recommended expense reductions for the First Interim Period totaling $10,812.42.

## HOURS EXPENDED BY PROFESSIONAL
## JUNE 8, 2008 THROUGH JULY 31, 2009

| Name of Professional | Title | Total Hours Billed |
|---|---|---|
| Barry W. Ridings | Managing Director | 113.4 |
| Ari Lefkovits | Director | 1,022.6 |
| Juan Correa | Vice President | 36.0 |
| Brandon Aebersold | Associate | 1,683.0 |
| Alice Chong | Associate | 1,907.9 |
| Scott Wisniewski | Summer Associate | 312.0 |
| Chris de la Motte | Financial Analyst | 120.0 |
| Alex Sacripanti | Financial Analyst | 1,021.0 |
| **TOTAL** | | **6,215.8** |

## HOURS EXPENDED BY PROJECT CATEGORY
## JUNE 8, 2008 THROUGH JULY 31, 2009

| Project Category | Total Hours |
|---|---|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 1,179.8 |
| Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 702.1 |
| Preparation and/or Review of Court Filings | 416.3 |
| Court Testimony/Deposition and Preparation | 227.5 |
| Valuation Analysis | 290.3 |
| Capital Structure Review and Analysis | 250.3 |
| Merger & Acquisition Activity | 2,781.1 |
| Financing Including DIP and Exit Financing | 122.7 |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 189.0 |
| Fee Application, Engagement | 56.0 |
| Employee Retention Program | 1.0 |
| **TOTAL** | **6,215.8** |

# FINAL EXPENSE SUMMARY
## JUNE 8, 2008 THROUGH JULY 31, 2009

| Expense Category | Total Expenses |
|---|---|
| Car Services and Taxis | $18,064.82 |
| Courier/Shipping | $683.32 |
| Electronic Information Service | $2,863.16 |
| Employee Meals | $10,506.03 |
| Legal Expenses | $478.85 |
| Legal Fees | $47,854.37 |
| Meals-Meetings/Travel | $5,692.94 |
| Miscellaneous Travel Expense | $163.78 |
| Miscellaneous - Unapplied Expense Retainer | ($9,010.15) |
| Photocopying Costs | $603.60 |
| Printing Consumables | $60.98 |
| Telephone/Telex/Fax-Usage | $2,340.82 |
| Temporary Wages | $2,109.64 |
| Travel | $120,204.36 |
| **TOTAL** | **$202,616.52** |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LANDSOURCE COMMUNITIES | ) | Case No. 08-11111 |
| DEVELOPMENT LLC, et al. | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 19, 2009 @ 4:00 p.m. |
| | | Hearing Date TBD |

## FINAL FEE APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 8, 2008 THROUGH JULY 31, 2009

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the *"Bankruptcy Code"*), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the *"Local Rules"*) and the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 206] dated July 9, 2008 (the *"Administrative Order"*), Lazard Freres & Co. LLC (*"Lazard"*) hereby files this Final Fee Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors-in-Possession for the Period From June 8, 2009 through July 31, 2009 (the *"Application"*) as set forth in their engagement letter (the *"Engagement Letter"*), attached hereto as **Exhibit A**. By this Application, Lazard seeks a final allowance pursuant to the Administrative Order with respect to the sums of $6,997,948.75 as compensation and $202,616.52 for reimbursement of actual and necessary expenses, for a total of $7,200,565.27 for the period from June 8, 2009, through and including July 31, 2009 (the

"*Compensation Period*"). In support of this Application, Lazard respectfully represents as follows:

## Background

1. On June 8, 2008 (the "*Petition Date*"), the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. Lazard was retained effective as of the Petition Date by this Court's Order dated August 27, 2008 (the "*Retention Order*"). The Retention Order authorized Lazard to be compensated in accordance with the terms of its Engagement Letter, attached hereto as **Exhibit B**.

3. On July 20, 2009, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 2151] (the "*Confirmation Order*") confirming the Debtors' Second Amended Plans of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 1771] (the "*Plan*").

4. On July 31, 2009, the Plan became effective (the "*Effective Date*"). Pursuant to terms of the Confirmation Order and the Plan, all professionals employed by the Debtors and Official Committee of Unsecured Creditors must file final fee applications for all fees and expenses incurred through the Effective Date with 60 days of the Effective Date.

## Compensation Request

5. All services for which compensation is requested by Lazard were performed for or on behalf of the Debtors.

6. Lazard seeks final allowance of compensation for professional services rendered to the Debtor during the Compensation Period in the aggregate amount of $6,997,948.75.

7. Lazard, in its normal course of business, invoices its clients a flat monthly fee and does not charge by the hour. Thus, Lazard does not ordinarily keep time records. However, for the benefit of the Court, Lazard has recorded its hourly time and has provided above, a Summary of Services Rendered by Project as well as a Summary of Services Rendered by Professional for the Application Period.

### Actual and Necessary Expenses

8. Lazard also requests final allowance of **$202,616.52,** as reimbursement for actual and necessary expenses Lazard incurred during the period June 8, 2009, through July 31, 2009. Lazard has provided above a summary expenses incurred during the Application Period. Lazard reserves its right to request reimbursement at a later date for any unbilled items not included in this Application.

### Summary of Services Rendered

9. Lazard has acted as financial advisor to the Debtors since prior to the Petition Date. As an investment bank, Lazard is assisting the Debtors in their restructuring and asset sales, as well as offering advice to the Debtors' management and executive committee in other related matters. The Lazard professionals who have rendered professional services in these cases are as follows: Barry W. Ridings (Managing Director and Vice Chairman); Ari Lefkovits (Director); Brandon Aebersold (Associate); Alice Chong (Associate) and Alex Sacripanti

(Financial Analyst). In addition, certain Lazard professionals in other groups of the firm (e.g., real estate, utilities, and general M&A) have provided support on occasion.

10. During the Application Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters relating to the Debtors' restructuring, including strategy, asset sales, management issues, expert testimony, and interface and negotiation with key creditor groups and their respective advisors. As a result, Lazard's highly skilled restructuring professionals have devoted significant time and effort to perform properly and expeditiously the required professional services.

11. The services enumerated in paragraph 12 below were performed without duplication of those provided by any other professionals retained or proposed to be retained by the Debtors.

12. Pursuant to the Engagement Letter, Lazard has, in consideration of the compensation provided in the Engagement Letter, as modified by the Retention Order, performed the following investment banking services as the Company may reasonably request, including

> (a) *Assisting in Securing DIP Financing:* Lazard professionals assisted the Debtors in structuring and negotiating the terms of their DIP financing. Lazard also solicited a broad range of alternative lenders on the Debtors' behalf to obtain competing DIP financing proposals. Lazard subsequently testified in support of the DIP financing and assisted the Debtors, the secured lenders, and the Unsecured Creditors' Committee in negotiations to settle the ultimate terms of the DIP financing.
>
> (b) *Assisting in Obligations Under the DIP Financing:* Lazard professionals participated in calls with the DIP lenders and assisted in the preparation of reporting information as required by the DIP financing. Specifically, Lazard professionals assisted the Debtors in updating the 13-week cash flow and covenant variance analyses. In addition, Lazard negotiated with the DIP facility lenders regarding certain modifications to the agreement.

(c) *Assistance with General Bankruptcy:* Throughout the Debtors' bankruptcy cases, Lazard professionals participated in weekly, if not daily, planning sessions and other periodic meetings with the Debtor and its legal counsel concerning process and strategy issues related to the bankruptcy. In addition, Lazard participated in numerous meetings of the Debtors' chief restructuring officers and presented materials regarding bankruptcy process and strategic issues. Lazard professionals also worked with the Debtors and the proponent of the plan of reorganization to prepare numerous court filings and provide testimony for the confirmation hearing.

(d) *Assisted in Developing Employee Incentive Plan:* Lazard assisted the Debtors in developing employee incentive plans, negotiating the terms of the plans with numerous parties in interest, and seeking court approval for the plans.

(e) *M&A Process:* Lazard professionals conducted multiple M&A processes for the Debtors that included the preparation of marketing materials, selecting and contacting potential buyers, multiple rounds of bidding, detailed due diligence and site visits as well as negotiations with potential buyers. These processes required Lazard professionals to respond to a host of inquiries from various potential buyers and creditors. During the month of March 2009, the Debtors closed the following transactions: (i) the sale of lots in Greenbriar Cape May Condominium, Middle, New Jersey to Conifer Greenbriar, LLC for a purchase price of $2,910,000 and (ii) the sale of lots in Tinton Falls, New Jersey to Putnam at Tinton Falls for a purchase price of $8,000,000. During the month of July 2009, the Debtors closed the following transactions: (i) the sale of certain real property in Marina del Ray, California held by LNR-Lennar Washinton Square, LLC to VII Pier Pointe Owner, LLC, for a purchase price of $39,250,000, (ii) the sale of lots in Reno, Nevada, to Lewis Investment Company of Nevada, LLC, for a purchase price of $6,625,000, (iii) the sale of lots in Las Vegas, Nevada, to Vegas Valley Land Holdings LLC, for a purchase price of $8,500,000 and (iv) the sale of lots in Southern California to Lamar 2000 Holding Corporation for a purchase price of $6,710,000. Lazard advised the Debtors with respect to these four transactions and was integrally involved in the solicitation, negotiation, and closing of each transaction.

(f) *Development of Business Plan:* Lazard professionals worked with the Debtors to update their business plan and financial projections. In addition, Lazard assisted the Debtors in conducting a due diligence process for the advisors of the creditors to understand the business plan.

(g) *Development of Plan of Reorganization:* Lazard professionals provided continued guidance to the Debtors, their chief restructuring officers and certain creditor groups on strategic options and assisted in developing restructuring proposals. Specifically, Lazard professionals assisted in structuring the financial aspects of the plan of reorganization, including the

rights offering, the investment by Lennar and equity distributions, that was filed with, and approved by, the Court. In addition, Lazard professionals participated in negotiations with multiple parties in interest that lead to the development of a consensus for the plan among the creditor constituencies.

(h) *Rights Offering Negotiation and Marketing Process*: In addition to assisting the Debtors in negotiating the rights offering backstop agreement, Lazard assisted in the marketing the rights offering by contacting various potential investors, fielding diligence questions and participating in negotiations regarding proposed economic terms.

(i) *Preparation and Participation in Meetings with Creditors:* Lazard prepared, reviewed, advised and assisted in the preparation of presentation materials for each of the Debtors creditor constituents. In addition, Lazard engaged in nearly daily conversations with many of the Debtors' creditors and their advisors.

## Conclusion

13. It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Lazard has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

Dated:	September 29, 2009
	New York, New York

	LAZARD FRÈRES & CO. LLC

	_____
	Ari Lefkovits
	Director
	Lazard Frères & Co. LLC
	30 Rockefeller Plaza, 61st Floor
	New York, NY 10020
	(212/632-6000)
	Financial Advisor to the Debtors and
	Debtors-in-Possession