# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------x
: 
*In re* : Chapter 11
:
LANDSOURCE COMMUNITIES : Case No. 08-11111 (KJC)
DEVELOPMENT LLC, *et al.*, :
: (Jointly Administered)
:
Debtors. : CONTESTED CLAIM MATTER
:
: Re: Docket Nos. 1905 and 2096
------------------------------------------------------x

## AGREED SCHEDULING ORDER

To promote the efficient and expeditious disposition of the contested claim of Berco Oil Company (Claim No. 678) (the "Contested Matter"), the following schedule shall apply.

**IT IS HEREBY ORDERED** that:

1. The parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than October 5, 2009.

2. All discovery shall be completed no later than January 29, 2010.

3. The parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator, together with a request that the Court select and appoint a mediator to the proceeding no later than November 19, 2009.

4. Within sixty (60) days after the entry of an Order Assigning the Contested Matter to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

5. All dispositive motions shall be filed and served at any time before, but in no event later than, February 12, 2010. Any responses to any dispositive motion must be filed no later than fourteen (14) days after service of the dispositive motion. Any reply in further support of any dispositive motion must be filed no later than seven (7) days after service of the response papers in opposition to the dispositive motion.

6. The parties shall file, no later than three (3) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Carey's chambers.

7. The Order assigning the contested matter to Mediation shall set the contested matter for trial one hundred and twenty (120) days after the entry of the Order, or thereafter as deemed appropriate by the Court.

8. The Debtors shall immediately notify Chambers upon the settlement, dismissal or other resolution of the Contested Matter proceeding subject to this Order and shall file with the court appropriate evidence of such resolution as soon thereafter as is feasible. The Debtors shall file a status report forty-five (45) days after the date of this scheduling order, each forty-five (45) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial, setting out the status of the Contested Matter if it is still unresolved. The Debtors shall immediately advise Chambers, in writing, of any occurrence or circumstance which the Debtors believe may suggest or necessitate the adjournment or other modification of the trial setting.

9. Deadlines contained in this Scheduling Order may be amended or extended by agreement of the parties, subject to approval by the Court.

2

RLF1-3440481-1

10. The Debtors shall serve this Scheduling Order on claimant Berco Oil Company within five (5) business days after the entry of this Order.

Dated: __Oct 2__, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE