**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| **LANDSOURCE COMMUNITIES** ) | | |
| **DEVELOPMENT LLC, et al.,** ) | | Case No. 08-11111 (KJC) |
| ) | | |
| Debtors. ) | | Jointly Administered |

**FEE AUDITOR'S FINAL REPORT REGARDING SECOND INTERIM AND FINAL FEE APPLICATIONS OF XROADS SOLUTIONS GROUP, LLC FOR COMPENSATION AND PAYMENT OF EXPENSES FOR THE PERIOD OF JUNE 20, 2008 THROUGH DECEMBER 8, 2008**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Second Interim and Final Fee Applications of Xroads Solutions Group, LLC for Compensation and Payment of Expenses for the period from June 20, 2008 through December 8, 2008</u> (the "Application").

**BACKGROUND**

1. Xroads Solutions Group, LLC ("XRoads") was retained as co-financial advisor to the Official Committee of Unsecured Creditors. In the Application, XRoads seeks approval of fees and expenses as follows: fees totaling $94,355.00 and $0.00 costs for its services from November 1, 2008 through December 8, 2008 (the "Second Interim Period"); and final allowance of fees totaling $421,855.00[1] and expenses totaling $8,846.58[2] for its services for the period commencing

---

[1] We note that the total of the fees requested in XRoads' prior fee application, plus the compensation sought for the Second Interim Period is $421,855.00. There were no reductions ordered by the Court for the prior interim period and thus XRoads has deducted no amounts from this sum in arriving at the fees it seeks of $421,855.00. We note that the Court has previously ruled on the First Interim Period, but that no rulings have been made on the Second Interim Period.

[2] We note that the total of the expenses requested in XRoads' prior fee application, plus the expenses sought for the Second Interim Period is $8,846.58. It appears that XRoads has deducted from this amount the reduction ordered by the Court for the First Interim Period, which

with XRoads' retention on June 20, 2008 through December 8, 2008[3] (the "Final Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### Second Interim Period

3. We have no objections to or issues with XRoads' fees or expenses for the Second Interim Period.

4. Thus we recommend approval of fees totaling $94,355.00 and $0.00 costs for its services for the Second Interim Period.

---

period is discussed in more detail in paragraph 5, to arrive at the figure it seeks of $8,846.58. We note that the Court has previously ruled on the First Interim Period, but that no rulings have been made on the Second Interim Period.

[3]Xroads' engagement ended on December 8, 2008, at which time FocalPoint Securities Group, LLC assumed Xroads' responsibilities as co-financial advisors to the official committee of unsecured creditors.

## Prior Interim Period

5.    We note that we previously filed the following final report for XRoads' prior interim application, which final report we incorporate by reference herein and we also note the following order that ruled on Xroads' prior interim fee application:

1st Period:    <u>Fee Auditor's Final Report Regarding Xroads Solutions Group, LLC for the First Interim Period</u> (Docket #2228) filed on or about August 3, 2009, in which we recommended approval of fees totaling $327,500 and expenses totaling $8,846.58, reflecting our recommended reduction of $389.03 in expenses, as more further explained in paragraphs 5, and 7 of that final report. These recommendations were adopted in the <u>Omnibus Order Approving First Interim Fee Application Requests</u>, dated September 23, 2009 (Docket #2432).

6.    We have reviewed the final report and order allowing fees and expenses for the prior interim period, and we do not believe there is any reason to change any of the amounts awarded for the prior interim period.

## CONCLUSION

7.     Thus we recommend final approval of fees totaling $421,855.00[4] and expenses totaling $8,846.58[5] for XRoads's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith
    Warren H. Smith
    Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Republic Center
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[4] We note that the total of the fees requested in XRoads' prior fee application, plus the compensation sought for the Second Interim Period is $421,855.00.  There were no reductions ordered by the Court for the prior interim period and thus XRoads has deducted no amounts from this sum in arriving at the fees it seeks of $421,855.00.  We note that the Court has previously ruled on the First Interim Period, but that no rulings have been made on the Second Interim Period.

[5] We note that the total of the expenses requested in XRoads' prior fee application, plus the expenses sought for the Second Interim Period is $8,846.58. It appears that XRoads has deducted from this amount the reduction ordered by the Court for the First Interim Period, which period is discussed in more detail in paragraph 5, to arrive at the figure it seeks of $8,846.58. We note that the Court has previously ruled on the First Interim Period, but that no rulings have been made on the Second Interim Period.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this 6th day of November, 2009.

Warren H. Smith

# SERVICE LIST

**The Applicant**
William K. Creelman
XRoads Solutions Group, LLC
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

**United States Trustee**
David L. Buchbinder, Esq.
Office of the United States Trustee
844 N. King Street, Room 2207
Lock Box 35
Wilmington, DE 19801

**Counsel to the Debtors**
Mark D. Collins, Esq.
Paul N. Heath, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Counsel to the Debtors**
Marcia L. Goldstein, Esq.
Debra A. Dandeneau, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**Financial Advisor to the Debtors**
Ari Lefkovits
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Independent Auditors and Accountants for the Debtors**
Benjamin Fried
Deloitte Tax LLP
Suite 1200
695 Town Center Drive
Costa Mesa, CA 92626-7188

**Special Counsel to the Debtors**
A. Catherine Norian, Esq.
Gordon Hart, Esq.
Katherine A. Traxler, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
25th Floor
Los Angeles, CA 90071

**Special Counsel to the Debtors**
R. Dale Ginter, Esq.
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

**Special Counsel to the Debtors**
Mark J. Dillon, Esq.
Gatzke Dillon & Ballance LLP
1525 Faraday Avenue, Suite 150
Carlsbad, CA 92008

**Ordinary Course Professionals to the Debtors**
Bruce Reed Goodmiller, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

**Special Corporate Counsel to the Debtors**
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131-2385

**Corporate Communications Consultants to the Debtors**
Michael S. Sitrick
Sitrick and Company Inc.
1840 Century Park East
Suite 800
Los Angeles, CA 90067

**Counsel to the Official Committee of Unsecured Creditors**
Laura Davis Jones, Esq.
Richard M. Pachulski, Esq.
Hamid R. Rafatjoo, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Co-Financial Advisor to the Official Committee of Unsecured Creditors**
Eric Carlson
Imperial Capital, LLC
55 Second Street, Suite 1950
San Francisco, CA 94105

**Co-Financial Advisor to the Official Committee of Unsecured Creditors**
Alex Stevenson
Xroads Solutions Group, LLC
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705

**Appraisers for the Official Committee of Unsecured Creditors**
Randall Bell
Bell Anderson & Sanders LLC
496 Broadway
Laguna Beach, CA 92651