**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x

*In re* : Chapter 11

LANDSOURCE COMMUNITIES :
DEVELOPMENT LLC, *et al.*,[1] : Case No. 08- 11111 (KJC)
: (Jointly Administered)

Debtors. :

---------------------------------------------------------------x

LNR-LENNAR WASHINGTON : Adversary Proceeding
SQUARE, LLC,
Plaintiff, :

: Adv. Proc. No. 09-50885 (KJC)

v. :

DOLCE VIEW (LOS ANGELES), LLC :
(fka DULCE VIEW (LOS ANGELES), LLC) :
and CIM FUND III, L.P., :

Defendants. :

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 23, 2009 AT 10:00 A.M.** [2]

## I.    CONTINUED MATTERS

1.    Debtors' Second Non-Substantive Objection to (I) Claims Filed in the Wrong
      Case and (II) Duplicative Claims [Docket No. 1170 - filed January 23, 2009]

---

[1] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on December 22, 2009.

Objection/Response Deadline: February 17, 2009 at 4:00 p.m.

Related Documents:

A.      Declaration of Donald L. Kimball in Support of the Debtors' Second Non-Substantive Objection to (I) Claims Filed in the Wrong Case and (II) Duplicative Claims [Docket No. 1171 - filed January 23, 2009]

B.      Order Granting Debtors' Second Non-Substantive Omnibus Objection to (I) Claims Filed in the Wrong Case and (II) Duplicative Claims [Docket No. 1287 - filed February 25, 2009]

Unresolved Responses Received:

i       Response of Zurich American Insurance Company to the Debtor's Second Non-Substantive Omnibus Objection to (1) Claims filed in the Wrong Case and (II) Duplicative Claims [Docket No. 1246 - filed February 17, 2009]

ii      Opposition of Oakridge Landscape, Inc. to Debtor's Second Non-Substantive Objection to (I) Claims Filed in the Wrong Case and (II) Duplicative Claims [Docket No. 1248 - filed February 17, 2009]

iii     Opposition of Nature-Gro Corporation to Debtor's Second Non-substantive Objection to (I) Claims filed in the Wrong Case and (II) Duplicative Claims [Docket No. 1249 - filed February 17, 2009]

iv      Opposition of Pacific Advanced Civil Engineering, Inc. to Debtor's Second Non-Substantive Objection to (I) Claims Filed in the Wrong Case and (II) Duplicative Claims [Docket No. 1250 - filed February 17, 2009]

v       Informal Response of Old Republic Insurance Company

Status: The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A. As all claims have either been resolved or continued, the Court need not hold a hearing on this matter at this time.

## II.    UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION

2.      Motion of Trustee of Class 5 Trust for Order Extending the Deadline to Object to Class 5 Claims [Docket No. 2531 - filed December 1, 2009]

Objection / Response Deadline: December 16, 2009 at 4:00 p.m.

RLF1 3505962v.1

Related Documents:

A.    Certification of No objection Regarding Motion of Trustee to Claim 5 Trust for Order Extending the Deadline to Object to Class 5 Claims [Docket No. 2555 - filed December 18, 2009]

B.    Proposed Order

Objections Received: None as of this date.

Status: The Trustee of Claim 5 Trust has filed a certification of no objection concerning this matter. Consequently, the hearing on this matter will only go forward to the extent the Court has questions.

## III.    STATUS CONFERENCE

3.    Debtors' Fifth Omnibus Objection (Substantive) to Claims [Docket No. 1905 - filed June 23, 2009]

Objection / Response Deadline: July 15, 2009 at 4:00 p.m.

Related Documents:

A.    Notice of Filing of Corrected Exhibit [Docket No. 1922 - filed June 23, 2009]

B.    Notice of Submission of Copies of Proofs of Claim for Debtors' Fifth Omnibus Objection (Substantive) to Claims [Docket No. 2060 - July 8, 2009]

C.    Agreed Scheduling Order [Docket No. 2468 - filed October 2, 2009]

D.    Debtors' Notice Regarding Mediation [Docket No. 2526 - filed November 20, 2009]

Objections Received:

i    Objection of Berco Oil Company to Debtors' Fifth Omnibus Objection (Substantive) to Claims [Docket No. 2096 - filed July 13, 2009]

ii    Informal Letter Response of Santa Clarita Organization for Planning and the Environment (Not on Docket)

Status: The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B. At the request of the Court, a status conference will be held concerning Berco Oil Company.

RLF1 3505962v.1

## IV.  SCHEDULING CONFERENCE

4.  Complaint of LNR-Lennar Washington Square, LLC Against Dolce View (Los Angeles), LLC (fka Duce View (Los Angeles), LLC) and CIM Fund III, L.P. for Breach of Contract, LNR-Lennar Washington Square, LLC v. Dolce View (Los Angeles), LLC (fka Dulce View (Los Angeles), LLC) and CIM Fund III, L.P., Adv. Pro. No. 09-50885 (KJC) [Docket No. 1401; Adv. Docket No. 1 - filed April 3, 2009]

Objection / Response Deadline: May 4, 2009

Related Documents:

A.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2 - filed April 3, 2009]

B.  First Joint Status Report [Adv. Docket No. 75 - filed December 16, 2009]

C.  Notice of Withdrawal [Adv. Docket No. 76 - filed December 18, 2009]

D.  Amended First Joint Status Report [Adv. Docket No. 77 - filed December 18, 2009]

Responses Received:

i  Verified Answer, Affirmative Defenses, and Counterclaim of Dolce View (Los Angeles), LLC and CIM Fund III, L.P. for Declaratory Judgment Pursuant to 28 U.S.C. §§ 2201 and 2202, Injunctive Relief, Specific Performance and, in the Alternative, Breach of Contract [Adv. Docket No. 8 - filed April 30, 2009]

Status: A scheduling conference on this matter will go forward.

## V.  FINAL FEE APPLICATIONS

5.  Final Fee Applications

Related Documents:  [See Exhibit C attached hereto]

Responses Received: [See Exhibit C attached hereto]

Status:  The hearing with respect to final fee applications will go forward.

4

Dated: December 21, 2009
Wilmington, Delaware

_____

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR REORGANIZED
DEBTORS

5