# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LANDSOURCE COMMUNITIES ) | Case No. 08-11111 (KJC) |
| DEVELOPMENT, LLC, *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | **Related Docket No.** 2531 |

## ORDER EXTENDING TIME FOR CLASS 5 TRUST TO OBJECT TO CLAIMS

Upon consideration of the Class 5 Trust's Motion to Extend Time To Object to Class 5 Claims (the "Motion"); and it appearing that good cause exists to grant the relief requested in the Motion; it is hereby

ORDERED that the deadline by which the Class 5 Trust must object to claims previously filed in these cases is extended to April 30, 2010. This order is without prejudice to the Class 5 Trust's right to seek a further extension.

Dated: December 21, 2009

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

---

[1] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, LLC.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

51357-002\DOCS_DE:155263.1