# EXHIBIT "A"

## Retiree Claim 1142

USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE ON OR AFTER JUNE 8, 2008.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

Please indicate the Debtor against which you assert a claim by checking the appropriate box below
(Check only one Debtor per claim form.)

- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT LLC - (CASE No. 08-11111)
- ☐ CALIFORNIA LAND COMPANY - (CASE No. 08-11112)
- ☐ FRIENDSWOOD DEVELOPMENT COMPANY, LLC - (CASE No. 08-11113)
- ☐ LENNAR LAND PARTNERS II - (CASE No. 08-11114)
- ☐ KINGS WOOD DEVELOPMENT COMPANY, L.C. - (CASE No. 08-11115)
- ☐ LSC ASSOCIATES, LLC - (CASE No. 08-11116)
- ☐ LENNAR MARE ISLAND, LLC - (CASE No. 08-11117)
- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT SUB, LLC - (CASE No. 08-11118)
- ☐ LENNAR MOORPARK, LLC - (CASE No. 08-11119)
- ☐ LENNAR STEVENSON HOLDINGS, L.L.C. - (CASE No. 08-11120)
- ☒ THE NEWHALL LAND AND FARMING COMPANY - (CASE No. 08-11121)
- ☐ LANDSOURCE HOLDING COMPANY, LLC - (CASE No. 08-11122)
- ☐ LNR-LENNAR WASHINGTON SQUARE, LLC - (CASE No. 08-11123)
- ☐ LENNAR BRESSI RANCH VENTURE, LLC - (CASE No. 08-11124)
- ☐ THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) - CASE No. 08-11125)
- ☐ NWHL GP LLC - (CASE No. 08-11126)
- ☐ TOURNAMENT PLAYERS CLUB AT VALENCIA, LLC - (CASE No. 08-11127)
- ☐ SOUTHWEST COMMUNITIES DEVELOPMENT LLC - (CASE No. 08-11128)
- ☐ VALENCIA CORPORATION - (CASE No. 08-11129)
- ☐ STEVENSON RANCH VENTURE LLC - (CASE No. 08-11130)
- ☐ VALENCIA REALTY COMPANY - (CASE No. 08-11131)

THIS SPACE IS FOR COURT USE ONLY.

NOTE: This Administrative Expense Proof of Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JUNE ALMAS (Retiree #2)

Name and address where notices should be sent:
JUNE ALMAS
13432 MISSION TIERRA WAY
GRANADA HILLS, CA 91344

Telephone number: (818) 360-6068

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

IMPORTANT: Please list the name and address of any property related to your claim (if applicable).
Property Name: _____
Property Address: _____

1. Basis for Claim: _____
(See instruction #1 on reverse side.)

2. Last four digits of any number by which creditor identifies debtor: _____

3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM: $ 214,837.06 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

4. BRIEF DESCRIPTION OF CLAIM (attach any additional information): Retirement Income - Pension Benefits (11 U.S.C §507(a)) unliquidated

5. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

6. Supporting Documents: Attach copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

DATE-STAMPED COPY: To receive an acknowledgment of the filing of your administrative expense proof of claim form, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim form, or you may view your claim information by visiting the website of the Claims Agent (www.kccllc.net/LandSource).

THIS SPACE IS FOR COURT USE ONLY.

RECEIVED
AUG 13 2009
KURTZMAN CARSON CONSULTANTS

IF THE ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM IS SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:

LandSource Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Please see instructions on back of Administrative Expense Proof of Claim Form

Date: 8/10/09

Signature: June Almas / JUNE ALMAS
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or b[oth]

June Almas
13432 Mission Tierra Way
Granada Hills, CA 91344

August 10, 2009

Land Source Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Dear Sir:

I am the beneficiary of my late husband (Thomas Almas) pension benefit. I received a notice from the US Bankruptcy Court that I need to file a claim. I actually received four notices with the following numbers:
PRF 17853   4634
PRF 17853   4635
PRF 17853   7460
PRF 17853   7569
I do not know why I received so many claim forms, nor do I know why I have four reference numbers. I called the phone number provided and left a voice message. No one returned my call. I have completed one claim form and attached the supporting documents.

Please notify me if you need further clarification.

Sincerely yours,

June Almas

## NEWHALL LAND AND FARMING COMPANY

### APPLICATION FOR PENSION BENEFITS
(Retirement Income Agreement)

**To:** The Newhall Land and Farming Company Pension Benefits Committee

**From:** <u>Tom Almas</u>  <u>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</u>
Participants Name     Social Security Number

<u>13432 Mission Tierra Way</u>
Street Address

<u>Granada Hills,   CA     91344</u>
City,     State,     Zip Code     Legally Married  ☐ Yes  ☐ No

**OPTION 1:** ☐ 5 Year Certain and Life Annuity          $ 1,476.68

**OPTION 2:** ☐ 10 Year Certain and Life Annuity         $ 1,412.22

**OPTION 3:** ☐ Contingent Annuity with 50% to Primary Beneficiary   $ 1,286.28

**OPTION 4:** ☑ Contingent Annuity with 100% to Primary Beneficiary  $ 1,127.37

**OPTION 5:** ☐ Single Life Annuity                      $ 1,499.17

**OPTION 6:** ☐ Lump Sum                                 $ 214,837.06

If you are married and elect an option other than the Contingent Annuity Option 3 or 4, or designate a primary beneficiary other than your spouse, a Spousal Consent (Page 2) must be completed.

Primary Beneficiary - (Applicable only for Options 1,2,3,or 4)

<u>JUNE ALMAS</u>    <u>F</u>      <u>Wife</u>         <u>9/1/44</u>
Name            Sex       Relationship      Date of Birth

Secondary Beneficiary - (To be used only in the event Option 1 or 2 is elected)

_____  _____  _____  _____
Name            Sex       Relationship      Date of Birth

I hereby apply for pension benefits to commence on <u>3/01/99</u> and to be paid in accordance with the option as indicated above. This application revokes any previous application which I may have made. I understand that with my spouse's consent I may revoke this application or change my beneficiary designation at any time before payments actually commence.

_____
Signature of Participant    Date

## RETIREE AUTOMATIC PAYROLL DEPOSIT AUTHORIZATION

☑ Start
☐ Change
☐ Cancel

I hereby authorize, **The Newhall Land and Farming Company** to initiate deposits, (credits) and/or corrections to the previous credits to the finanacial institution indicated. The financial institution is authorized to credit and/or correct the amounts to my account. This authority is to remain in full force and effective until I revoke it by giving 15 days prior written notice to the Company designated above, or upon termination of my Retirement Benefits.

Type of account:
☑ Checking ☐ Savings

Account No. _0671-04394_

_Bank of America_
Financial Institution (Bank, Credit Union Etc.)

_Valencia_         _CA_
City                State

_Thomas H. Almos_   _2/24/99_
Retiree Signature       Date

_Thomas H. Almos_   _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_
Print Name              Social Security No.

_17472 Mission Tierra_   _Granada_
Address                  _Hills_
                         City
                _Way_

_Valencia_        _(818)360-6068_
State             Phone Number

**IMPORTANT:** For deposits to a checking account, please attach a voided check to this form.

| OFFICE USE ONLY |
| --- |
| ☐☐☐☐☐☐☐☐☐ |
| Transit ABA Number |
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| Account Number Information |




Newhall Land

## LUMP SUM 30 DAY WAIVER NOTICE

I understand that although I have the right to consider my direct rollover decision for 30 days following notification, I hereby waive that 30-day period. I understand I will automatically receive my entire plan benefit in a single lump sum cash distribution, unless I elect a rollover. I understand that upon Newhall's receipt of my properly completed election form, the Plan will distribute my Plan benefit as soon as administratively possible.

_____         _____
Signature                                Date  2/24/99

THE NEWHALL LAND AND FARMING COMPANY   23823 VALENCIA BOULEVARD  VALENCIA  CALIFORNIA 91355-2194   (805) 255-4000

# NEWHALL 🍃 LAND

## MEMORANDUM

October 10, 2008

**BY MAIL**
**June Almas**
13432 Mission Tierra Way
Granada Hills, CA 91344

      Re:    <u>The Newhall Land and Farming
Company Bankruptcy and Proofs of Claim</u>

Dear June Almas:

      You may have recently received or will receive a Notice of Deadlines for Filing Proofs of Claim (the "*Notice*") in the chapter 11 bankruptcy case of The Newhall Land and Farming Company ("*Newhall*"). You may also have received or will receive a Modified Form 10 – LandSource proof of claim form similar to the form enclosed with this letter (the "*Proof of Claim Form*").

      We sent these documents because, as a former employee of Newhall, you may have certain claims against Newhall. These claims might include, for example, a claim for amounts payable under the five-year benefit program; unused vacation, sick, and personal days accrued before the bankruptcy filing; and retiree benefits.

      A schedule of what Newhall shows as your claims is attached to the Proof of Claim Form enclosed with this letter ("*Schedule A*"). Please note that, in some instances, the amount of a claim can vary depending upon a variety of factors, in which case the claim is shown as "unliquidated" because the amount is not fixed at this time. Please note that certain retiree benefits are provided by Prudential Financial ("*Prudential*"). If your benefits are provided by Prudential, those benefits will be unaffected by Newhall's bankruptcy and are not included on Schedule A.

      To assist you with preserving your claims, we have enclosed with this letter the Proof of Claim Form, which has been customized with your employee claim information. Please review this form to make sure the information on the Proof of Claim

Form and Schedule A is correct. If you believe the information is correct, please sign and execute the Proof of Claim Form at the bottom of the form. In accordance with the instructions in the Notice, please return the Proof of Claim Form and Schedule A so they are **actually received by November 14, 2008** to the following address:

> LandSource Claims Processing
> c/o Kurtzman Carson Consultants LLC
> 2335 Alaska Ave
> El Segundo, CA 90245

The LandSource Claims Processing center will *not* accept any form by facsimile or e-mail. Because we value your privacy, we shall treat any personal information contained on the Proof of Claim Form and Schedule A as confidential, and any public record of your claim shall only reference the retiree number shown next to your name and the claim amount.

To assert your benefit claims, you do not need to take any steps other than signing and returning the enclosed form to the LandSource Claims Processing center by November 14, 2008. If you have any other claims against Newhall, you may wish to consult an attorney to determine if further steps are necessary.

If you have any questions or concerns with regards to your retirement benefits or the amounts listed on Schedule A, please feel free to contact Alma Terranova, at (661) 255-4055 or aterranova@newhall.com.

For any other questions or concerns, please feel free to contact Conray Tseng at (212) 310-8601 or conray.tseng@weil.com.

Sincerely,

*Steven Zimmer* (signature)

Steven Zimmer
Executive Vice President

| | UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|

Indicate the Debtor against which you assert a claim by checking the appropriate box below. (Check only one Debtor per claim form.)

- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11111)
- ☐ CALIFORNIA LAND COMPANY - (CASE NO. 08-11112)
- ☐ FRIENDSWOOD DEVELOPMENT COMPANY, LLC - (CASE NO. 08-11113)
- ☐ LENNAR LAND PARTNERS II - (CASE NO. 08-11114)
- ☐ KINGS WOOD DEVELOPMENT COMPANY, L.C. - (CASE NO. 08-11115)
- ☐ LSC ASSOCIATES, LLC - (CASE NO. 08-11116)
- ☐ LENNAR MARE ISLAND, LLC - (CASE NO. 08-11117)
- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT SUB, LLC - (CASE NO. 08-11118)
- ☐ LENNAR MOORPARK, LLC - (CASE NO. 08-11119)
- ☐ LENNAR STEVENSON HOLDINGS, L.L.C. - (CASE NO. 08-11120)
- ☐ THE NEWHALL LAND AND FARMING COMPANY - CASE NO. 08-11121
- ☐ LANDSOURCE HOLDING COMPANY, LLC - (CASE NO. 08-11122)
- ☐ LNR-LENNAR WASHINGTON SQUARE, LLC - (CASE NO. 08-11123)
- ☐ LENNAR BRESSI RANCH VENTURE, LLC - (CASE NO. 08-11124)
- ☒ THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) - CASE NO. 08-11125
- ☐ NWHL GP LLC - (CASE NO. 08-11126)
- ☐ TOURNAMENT PLAYERS CLUB AT VALENCIA, LLC - (CASE NO. 08-11127)
- ☐ SOUTHWEST COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11128)
- ☐ VALENCIA CORPORATION - (CASE NO. 08-11129)
- ☐ STEVENSON RANCH VENTURE LLC - (CASE NO. 08-11130)
- ☐ VALENCIA REALTY COMPANY - (CASE NO. 08-11131)

NOTE: *Other than claims under 11 U.S.C. § 503(b)(9), this form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Retiree #2**

Name and address where notices should be sent: Name Id: 4349709      Pack No. 9
c/o The Newhall Land and Farming Company
23823 Valencia, CA 91355-2194

Telephone number:

Name and address where payment should be sent (if different from above):
**June Almas**
13432 Mission Tierra Way
Granada Hills, CA 91344

(818) 360-6068

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    **$ See Schedule A**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

If all or part of your claim is entitled to administrative priority under 11 U.S.C. § 503(b)(9), complete item 6.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Section 503(b)(9) Claim (See instruction #6 on reverse side.)
   Complete this section if your claim is for the value of goods received by the debtor within 20 days before the date of commencement of the case. Include or attach documentation identifying the particular invoices for which any such 503(b)(9) Claim is being asserted and any demand to reclaim goods sold to the Debtor under section 546(c) of the Bankruptcy Code.

   Section 503(b)(9) Claim: $_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

**$ See Schedule A**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

FOR COURT USE ONLY

Date: 10/18/08

Signature: *June Almas*  JUNE ALMAS
the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Only original proofs of claim will be deemed acceptable for purposes of claims administration.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

081112508091816445800217

## Schedule A

Retiree Life Claim: Not Applicable

Other Retirement and Savings Plans and Benefits Claims: Unliquidated

**Total Claim Amount:** Unliquidated

**Amount of Total Claim Entitled to Priority (under 11 U.S.C. § 507(a)):** Unliquidated