# EXHIBIT "B"

## Retiree Claim 1154

#1154

USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE ON OR AFTER JUNE 8, 2008.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

Please indicate the Debtor against which you assert a claim by checking the appropriate box below.
(Check only one Debtor per claim form.)

- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11111)
- ☐ CALIFORNIA LAND COMPANY - (CASE NO. 08-11112)
- ☐ FRIENDSWOOD DEVELOPMENT COMPANY, LLC - (CASE NO. 08-11113)
- ☐ LENNAR LAND PARTNERS II - (CASE NO. 08-11114)
- ☐ KINGS WOOD DEVELOPMENT COMPANY, L.C. - (CASE NO. 08-11115)
- ☐ LSC ASSOCIATES, LLC - (CASE NO. 08-11116)
- ☐ LENNAR MARE ISLAND, LLC - (CASE NO. 08-11117)
- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT SUB, LLC - (CASE NO. 08-11118)
- ☐ LENNAR MOORPARK, LLC - (CASE NO. 08-11119)
- ☐ LENNAR STEVENSON HOLDINGS, L.L.C. - (CASE NO. 08-11120)
- ☐ THE NEWHALL LAND AND FARMING COMPANY - (CASE NO. 08-11121)
- ☐ LANDSOURCE HOLDING COMPANY, LLC - (CASE NO. 08-11122)
- ☐ LNR-LENNAR WASHINGTON SQUARE, LLC - (CASE NO. 08-11123)
- ☐ LENNAR BRESSI RANCH VENTURE, LLC - (CASE NO. 08-11124)
- ☒ THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) - CASE NO. 08-11125
- ☐ NWHL GP LLC - (CASE NO. 08-11126)
- ☐ TOURNAMENT PLAYERS CLUB AT VALENCIA, LLC - (CASE NO. 08-11127)
- ☐ SOUTHWEST COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11128)
- ☐ VALENCIA CORPORATION - (CASE NO. 08-11129)
- ☐ STEVENSON RANCH VENTURE LLC - (CASE NO. 08-11130)
- ☐ VALENCIA REALTY COMPANY - (CASE NO. 08-11131)

NOTE: This Administrative Expense Proof of Claim form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases pursuant to 11 U.S.C. §503.

THIS SPACE IS FOR COURT USE ONLY.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Retiree #5

Name and address where notices should be sent:
Robert Burke
10490 Wilshire Blvd. No. 1104
Los Angeles, Ca. 90024

Telephone number: 310-475-9340

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 770
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

IMPORTANT: Please list the name and address of any property related to your claim (if applicable).
Property Name: _____
Property Address: _____

**1. Basis for Claim:** Loss of Retirement Benefit
(See instruction #1 on reverse side.)

**2.** Last four digits of any number by which creditor identifies debtor: _____

**3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:** $ 126,391.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**4. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
Special Severance Agreement

5. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
6. Supporting Documents: Attach copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:
DATE-STAMPED COPY: To receive an acknowledgment of the filing of your administrative expense proof of claim form, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim form, or you may view your claim information by visiting the website of the Claims Agent (www.kccllc.net/LandSource).

IF THE ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM IS SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:

LandSource Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Please see instructions on back of Administrative Expense Proof of Claim Form

THIS SPACE IS FOR COURT USE ONLY.

RECEIVED
AUG 28 2009
KURTZMAN CARSON CONSULTANTS

Date: 8-26-09
Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18

**Retiree # 5**

Amends a previously field claim.

## Schedule A

| | |
|---|---|
| Special Severance Agreement Claim | $126,391.00 |
| Total Claim Amount: | **$126,391.00** |

Pension Restoration benefit was calculated by the actuary of the plan:
Mary Beth Redding, Senior Vice President
Aon Consulting
707 Wilshire Blvd. Suite 2600
Los Angeles, CA 90017
Phone (213) 996-1513

Plan # 8

# The Newhall Land and Farming Company

## Special Severance Agreements

# Robert Burke Agreement

THE NEWHALL LAND AND FARMING COMPANY

*Post Office Box 55000*
*Valencia, California 91355*
*(805) 255-4000*

WRITER'S DIRECT DIAL NUMBER

April 18, 1986

TO: Robert S. Burke

FROM: R. D. Wilke

SUBJECT: Early Retirement

Based upon our desire to part company amicably and to fully set out the arrangements for your departure from Newhall Resources, this is to confirm our mutual agreement as follows:

1. The Newhall Land and Farming Company and Newhall Resources, hereinafter collectively referred to as Company/Partnership, accepts your resignation from employment, effective April 30, 1986, and your application for early retirement, effective May 1, 1986.

2. Upon receipt of this memo signed and dated by you and your wife and the documents called for in Paragraph 6., the Company/Partnership will:

    a) Continue your medical/dental insurance coverage, at no cost to you, until October 31, 1986.

    b) Start retirement payments to you, effective May 1, 1986 in the amount of $4,000.00 per month. Of that amount $2,366 will be paid out of The Newhall Land and Farming Company Retirement Plan with the remainder being paid by the Company/Partnership, jointly and severally. Those $4,000.00 per month payments will cease upon your death, are not assignable, nor payable to any beneficiary.

3. You acknowledge that by payment of the amounts set forth above, you will receive all money and other benefits due you as a result of your employment with and voluntary separation from the Company/Partnership.

4. You fully release and discharge The Newhall Land and Farming Company and Newhall Resources, and their past and present Officers and Directors, Partner, employees, agents and representatives, and each of them, and the Company/Partnership similarly releases and discharges you, of and from, without limitations, any and all rights, claims, liabilities, losses or expenses of any kind, whether arising out of, from or related to

your employment relationship with the Company/
Partnership or termination thereof or arising
out of any other matter between you and the
Company/Partnership.

You and the Company/Partnership understand and agree
that the claims released hereby are intended to and
do include any and all claims of every nature and
kind whatsoever, known, unknown, suspected or un-
suspected which you or the Company/Partnership have
or may have against each other and hereby waive any
and all rights you or the Company/Partnership have
or may have under Section 1542 of the Civil Code of
California. Section 1542 provides as follows:

> A general release does not extend to claims
> which the creditor does not know or suspect
> to exist in his favor at the time of executing
> the release, which if known by him must have
> materially affected his settlement with the
> debtor.

The releases contained in this Paragraph 4. shall not
apply to any rights you have or may have as a unit
holder of Newhall Resources.

5. This agreement shall be binding on the successors and
   assigns of the Company/Partnership.

6. You and your wife agree to execute whatever documents are
   necessary to waive your wife's spousal options under The
   Newhall Land and Farming Company Retirement Plan and ac-
   complish the purposes set forth above in Paragraph 2.

7. This is the entire agreement between you and the Company/
   Partnership concerning matters contained in this memo.

8. No amendments to this Agreement will be valid unless
   written and signed by you and the Company/Partnership.

I believe this memo fully describes our agreement and if you are in accord,
please sign and date below. We wish you the best in your future endeavors.

Sincerely,

*[signature: Robert D. Wilke]*
Robert D. Wilke
Executive Vice President
The Newhall Land and Farming Company
and General Partner, Newhall Resources

I agree to and accept the terms of this memo dated April 18, 1986.

_____  4/24/86          _____  4/24/86
Robert S. Burke            Date             Anne L. Burke            Date

CONTINUING PAYMENT DIRECTIVE

To: Corporate Accounting

From: Personnel

Subject: Retirement Plan Payment

I. <u>Annuitant Information</u>

Name: ROBERT S. BURKE   Soc. Sec. #: 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   Date of Birth: 5/14/27

Address: P.O. Box 250   Sex: MALE   U.S. Citizen?: Yes

Piru, CA 93040

II. <u>Contingent Annuitant/Beneficiary Information</u>

Name: _____   Soc. Sec. #: _____   Date of Birth: _____

Address: _____   Sex: _____   Relationship: _____

III. <u>Benefit Information</u>

Certif. #: 260   Reason for Payment: ☒ Retirement   ☐ Death

Date of Occurrence: 5/1/86   ☐ Termination   ☐ Disability
Date 1st Payment Due: 5/1/86   of Service

Form of Payment:   TO ALSO BE PAID $1,633.96 PER MONTH FOR LIFETIME FROM NLF GENERAL FUNDS

☒ Life Annuity - monthly payments of $ 2,366.04 made for annuitant's lifetime.

☐ Joint and ___% contingent annuitant annuity - monthly payments of $_____ to annuitant and $_____ to contingent annuitant upon death of retiree.

☐ Life Annuity with ___ months of payment certain - monthly payment of $_____ made for lifetime of annuitant. Any guaranteed minimum number of payments remaining at death paid to designated beneficiary.

Employee Contributions: $ 1,741.50 - without interest (non-taxable)

$ 1,225.12 - interest (taxable)

$ 2,966.62 - total guaranteed payment amount

Authorizing Signature _R. Jacobs 5/2/86_