# EXHIBIT "C"

**Declaration of Jeffrey R. Lawhon**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
*In re*                                       :    Chapter 11
                                              :
LANDSOURCE COMMUNITIES                        :
DEVELOPMENT LLC, *et al.*,                    :    Case No. 08-11111 (KJC)
                                              :
                                              :    (Jointly Administered)
          Reorganized Debtors.                :
                                              :
---------------------------------------------------------------x

## DECLARATION OF JEFFREY R. LAWHON
## IN SUPPORT OF THE NEWHALL LAND AND FARMING COMPANY
## (A CALIFORNIA LIMITED PARTNERSHIP) AND NEWHALL LAND AND
## FARMING COMPANY'S NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)
## TO ADMINISTRATIVE EXPENSES ASSERTED BY RETIREES

I, Jeffrey R. Lawhon, hereby declare that the following is true to the best of my knowledge, information and belief.

1. I am Vice President of Asset Management for The Newhall Land and Farming Company (A California Limited Partnership) ("*Newhall*").[1] Newhall and certain of its affiliated debtors, other than Lennar Mare Island, LLC (collectively, the "*Reorganized Debtors*") were debtors in the above-referenced chapter 11 cases and are now reorganized debtors.

2. The Reorganized Debtors' administrative expense claim reconciliation process involved the collective effort of a team of employees assembled from people specifically familiar with the operations and liabilities of Newhall and its affiliates. This team worked together and in conjunction with the Reorganized Debtors' counsel, Weil, Gotshal & Manges LLP, and the Reorganized Debtors' claims agent, Kurtzman Carson Consultants LLC, to review

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection as hereinafter defined.

administrative expenses asserted against the Reorganized Debtors (collectively, the "*Administrative Expenses*"). In preparation of Newhall and The Newhall Land and Farming Company's Omnibus Objection to Administrative Expenses Asserted by Retirees (the "*Omnibus Objection*") and under my direction and supervision, at least one employee of the Reorganized Debtors reviewed (i) the Administrative Expenses at issue in the Omnibus Objection and included in Exhibits "A" and "B" thereto (collectively, the "*Retiree Claims*"), (ii) the Reorganized Debtors' books and records, and (iii) the claims register. I have also personally reviewed the Omnibus Objection and the Exhibits attached thereto. Accordingly, I am familiar with the information contained therein.

3. To the best of my knowledge, information and belief, the Retiree Claims do not arise from postpetition transactions with the Reorganized Debtors.

4. In addition, to the best of my knowledge, information and belief, the information contained in the Omnibus Objection and any Exhibits attached thereto is true and correct.

## Conclusion

5.  Based upon the review by employees under my direction and supervision of the Retiree Claims, the Reorganized Debtors' books and records and the claims register, and my own personal review of the Omnibus Objection and the Exhibits attached thereto, I believe that granting the relief requested in the Omnibus Objection is warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January, 2010.

        The Newhall Land and Farming Company
        (A California Limited Partnership), a limited partnership

        By: NWHL GP LLC, a Delaware limited liability company,
             its general partner

        By: _____
            Jeffrey R. Lawhon
            Vice President of Asset Management

3

RLF1 3531785v.1

## Conclusion

5.  Based upon the review by employees under my direction and supervision of the Retiree Claims, the Reorganized Debtors' books and records and the claims register, and my own personal review of the Omnibus Objection and the Exhibits attached thereto, I believe that granting the relief requested in the Omnibus Objection is warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January, 2010.

> The Newhall Land and Farming Company
> (A California Limited Partnership), a limited partnership
>
> By: NWHL GP LLC, a Delaware limited liability company,
>     its general partner
>
> By: _/s/ Jeffrey R. Lawhon_
>     Jeffrey R. Lawhon
>     Vice President of Asset Management