# EXHIBIT A

# MWHP Claim

USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE ON OR AFTER JUNE 8, 2008.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

Please indicate the Debtor against which you assert a claim by checking the appropriate box below.
**(Check only one Debtor per claim form.)**

- ☒ LANDSOURCE COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11111)
- ☐ CALIFORNIA LAND COMPANY - (CASE NO. 08-11112)
- ☐ FRIENDSWOOD DEVELOPMENT COMPANY, LLC - (CASE NO. 08-11113)
- ☐ LENNAR LAND PARTNERS II - (CASE NO. 08-11114)
- ☐ KINGS WOOD DEVELOPMENT COMPANY, L.C. - (CASE NO. 08-11115)
- ☐ LSC ASSOCIATES, LLC - (CASE NO. 08-11116)
- ☐ LENNAR MARE ISLAND, LLC - (CASE NO. 08-11117)
- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT SUB, LLC - (CASE NO. 08-11118)
- ☐ LENNAR MOORPARK, LLC - (CASE NO. 08-11119)
- ☐ LENNAR STEVENSON HOLDINGS, L.L.C. - (CASE NO. 08-11120)
- ☐ THE NEWHALL LAND AND FARMING COMPANY – (CASE NO. 08-11121)
- ☐ LANDSOURCE HOLDING COMPANY, LLC - (CASE NO. 08-11122)
- ☐ LNR-LENNAR WASHINGTON SQUARE, LLC - (CASE NO. 08-11123)
- ☐ LENNAR BRESSI RANCH VENTURE, LLC - (CASE NO. 08-11124)
- ☐ THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) - CASE NO. 08-11125)
- ☐ NWHL GP LLC - (CASE NO. 08-11126)
- ☐ TOURNAMENT PLAYERS CLUB AT VALENCIA, LLC - (CASE NO. 08-11127)
- ☐ SOUTHWEST COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11128)
- ☐ VALENCIA CORPORATION - (CASE NO. 08-11129)
- ☐ STEVENSON RANCH VENTURE LLC - (CASE NO. 08-11130)
- ☐ VALENCIA REALTY COMPANY - (CASE NO. 08-11131)

NOTE: This Administrative Expense Proof of Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**MW Housing Partners III, L.P.**

Name and address where notices should be sent:
MW Housing Partners III, L.P.
c/o Weyerhaeuser Realty Investors, Inc.
14725 S.E. 36th Street, Suite 401
Bellevue, WA 98006

Telephone number: (425) 452-6541

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____ (If known)

Filed on:_____

Name and address where payment should be sent (if different from above):
N/A

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

IMPORTANT: Please list the name and address of any property related to your claim (if applicable).
Property Name: N/A
Property Address:_____

1. **Basis for Claim:** Services Performed
(See instruction #1 on reverse side.)

2. Last four digits of any number by which creditor identifies debtor:_____

3. **TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:** $ 1,190,266 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

4. **BRIEF DESCRIPTION OF CLAIM** (attach any additional information):
See Attachment A

5. **Credits**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
6. **Supporting Documents**: Attach copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:
**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your administrative expense proof of claim form, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim form, or you may view your claim information by visiting the website of the Claims Agent (www.kccllc.net/LandSource).

IF THE ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM IS SENT BY
MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:
LandSource Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Please see intructions on back of Administrative Expense Proof of Claim Form

THIS SPACE IS FOR COURT USE ONLY.

RECEIVED
SEP 16 2009
KURTZMANCARSONCONSULTANTS

Date: 9/14/09

Signature: _[signed]_ Jeanette L. Thomas, Attorneys for Claimant
Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

0811111090916000000000004



Jeanette L. Thomas
PHONE: (503) 727-2075
FAX: (503) 346-2075
EMAIL: JThomas@perkinscoie.com

1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
PHONE: 503.727.2000
FAX: 503.727.2222
www.perkinscoie.com

September 15, 2009

**VIA OVERNIGHT DELIVERY**

LandSource Claims Processing Center
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re: **In re Landsource Communities Development, LLC**
**USBC, District of Delaware Case No. 08-1111**

Dear LandSource Claims Processor:

In connection with the above-referenced case, enclosed for filing on behalf of MW Housing Partners, L.P. is an original of the following proofs of claim:

1. Administrative Expense Proof of Claim filed by MW Housing Partners, L.P.

2. Rejection Damages Proof of Claim filed by MW Housing Partners, L.P.

Also enclosed is a copy of each Claim. Please return file-stamped copies in the enclosed self-addressed stamped envelope.

Very truly yours,

Jeanette L. Thomas

JLT/et
Enclosures
cc: Attorneys for Reorganized Debtor:
 Mark D. Collins (w/c/encs)
  Richards, Layton & Finger, P.A.
 Marcia L. Goldstein (w/c/encs)
  Weil, Gotshal & Manges, LLP

31723-0016/LEGAL16950999.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

# ATTACHMENT A

## MW HOUSING PARTNERS III, L.P. ADMINISTRATIVE EXPENSE PROOF OF CLAIM

LandSource Communities Development LLC owes MW Housing Partners III, L.P. monthly Land Bank Management Fees of $85,019 based upon estimated Gross Revenues for the period commencing June 8, 2008 until the Effective Date pursuant to Section 10.16(a) of the LandSource Communities development LLC Second Amended and Restated Limited Liability Company Agreement effective as of February 27, 2007.