# EXHIBIT "B"

Proposed Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
*In re*                                       :   Chapter 11
                                              :
LANDSOURCE COMMUNITIES                        :
DEVELOPMENT LLC, *et al*,                     :   Case No. 08-11111 (KJC)
                                              :
                                              :   (Jointly Administered)
            Reorganized Debtors.              :
                                              :   Re: Docket No. ____
------------------------------------------------------------x

## ORDER GRANTING OBJECTION OF LANDSOURCE COMMUNITIES DEVELOPMENT LLC AND LENNAR STEVENSON HOLDINGS, L.L.C. TO ADMINISTRATIVE EXPENSES OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT

Upon consideration of the Objection to SJVUAPCD Administrative Expenses, dated January 27, 2010 (the "*Objection*"),[1] LandSource Communities Development, LLC and Lennar Stevenson Holdings, L.L.C. (collectively, the "*Reorganized Debtors*"), pursuant to section 503 of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules, requesting that the Court disallow and expunge the SJVUAPCD Administrative Expenses; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; and the Court hereby finding and determining that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the SJVUAPCD and all other

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

parties entitled to notice, and no other or further notice is necessary; and the legal and factual bases set forth in the Objection establishing just cause for the relief granted herein, it is therefore

ORDERED that the SJVUAPCD Administrative Expenses, as attached hereto in collective Exhibit "1," are hereby disallowed and expunged; and it is further

ORDERED that KCC is authorized and directed to modify the official claims registry in compliance with the terms herein; and it is further

ORDERED that this Court shall reserve jurisdiction to interpret and enforce this Order.

Dated: _____, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "1"

**The SJVUAPCD Administrative Expenses**

**USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE ON OR AFTER JUNE 8, 2008.**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

Please indicate the Debtor against which you assert a claim by checking the appropriate box below.
(Check only one Debtor per claim form.)

- ☒ LANDSOURCE COMMUNITIES DEVELOPMENT LLC - (CASE No. 08-11111)
- ☐ CALIFORNIA LAND COMPANY - (CASE No. 08-11112)
- ☐ FRIENDSWOOD DEVELOPMENT COMPANY, LLC - (CASE No. 08-11113)
- ☐ LENNAR LAND PARTNERS II - (CASE No. 08-11114)
- ☐ KINGS WOOD DEVELOPMENT COMPANY, L.C - (CASE No. 08-11115)
- ☐ LSC ASSOCIATES, LLC - (CASE No. 08-11116)
- ☐ LENNAR MARE ISLAND, LLC - (CASE No. 08-11117)
- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT SUB, LLC - (CASE No. 08-11118)
- ☐ LENNAR MOORPARK LLC - (CASE No. 08-11119)
- ☐ LENNAR STEVENSON HOLDINGS, L.L.C - (CASE No. 08-11120)
- ☐ THE NEWHALL LAND AND FARMING COMPANY - (CASE No. 08-11121)
- ☐ LANDSOURCE HOLDING COMPANY, LLC - (CASE No. 08-11122)
- ☐ LNR-LENNAR WASHINGTON SQUARE, LLC - (CASE No. 08-11123)
- ☐ LENNAR BRESSI RANCH VENTURE, LLC - (CASE No. 08-11124)
- ☐ THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) - CASE No. 08-11125)
- ☐ NWHL GP LLC - (CASE No. 08-11126)
- ☐ TOURNAMENT PLAYERS CLUB AT VALENCIA, LLC - (CASE No. 08-11127)
- ☐ SOUTHWEST COMMUNITIES DEVELOPMENT LLC - (CASE No. 08-11128)
- ☐ VALENCIA CORPORATION - (CASE No. 08-11129)
- ☐ STEVENSON RANCH VENTURE LLC - (CASE No. 08-11130)
- ☐ VALENCIA REALTY COMPANY - (CASE No. 08-11131)

NOTE: This Administrative Expense Proof of Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
San Joaquin Valley Unified Air Pollution Control District

**Name and address where notices should be sent:**

SJVUAPCD
1990 E. Gettysburg
Fresno, CA 93726

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number: 559-230-6033

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**IMPORTANT:** Please list the name and address of any property related to your claim (if applicable).
Property Name: APN No. 497-03-106
Property Address: TIM6916 Berkshire Road and Mountain Vista Drive

1. **Basis for Claim:** Air Pollution Mitigation\Permit Processing Fees. See Exhibit A for invoices.
(See instruction #1 on reverse side.)

2. Last four digits of any number by which creditor identifies debtor: _____

3. **TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

$ 105,211.20 (Total)

4. **BRIEF DESCRIPTION OF CLAIM** (attach any additional information):

5. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
6. **Supporting Documents:** Attach copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:
DATE-STAMPED COPY: To receive an acknowledgment of the filing of your administrative expense proof of claim form, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim form, or you may view your claim information by visiting the website of the Claims Agent (www.kccllc.net/LandSource).

THIS SPACE IS FOR COURT USE ONLY.

**RECEIVED**
AUG 24 2009
KURTZMANCARSONCONSULTAN

IF THE ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM IS SENT BY
MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:

LandSource Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Please see instructions on back of Administrative Expense Proof of Claim Form

Date: 8·20·09

Signature: [signed] Catherine T. Redmond, Ass't District Counsel
the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years.



# San Joaquin Valley
## AIR POLLUTION CONTROL DISTRICT

| Due Date | Amount Due |
|---|---|
| 6/9/2008 | $ 104,369.20 |

Amount Enclosed

ISR ADM C20060162
300313 C125234 4/9/2008

**RETURN THIS TOP PORTION ONLY, WITH REMITTANCE TO:**

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

SJVAPCD
1990 E. Gettysburg Avenue
Fresno, CA 93726-0244

*Thank You!*

---



# San Joaquin Valley
## AIR POLLUTION CONTROL DISTRICT

| Applicant ID | Invoice Date | Invoice Number |
|---|---|---|
| C300313 | 4/9/2008 | C125234 |

Invoice Type
ISR Project: C20060162

SJVAPCD Tax ID: 77-0262563

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

**PROJECT NUMBER: 20060162**

| | |
|---|---|
| MITIGATION FEES | $ 100,355.00 |
| MISCELLANEOUS PROJECT FEES | $ 4,014.20 |
| TOTAL FEES | $ 104,369.20 |
| LESS PREVIOUSLY PAID PROJECT FEES APPLIED TO THIS INVOICE | $ 0.00 |
| **PROJECT FEES DUE** (Enclosed is a detailed statement outlining the fees for each item.) | $ 104,369.20 |

San Joaquin Valley Air Pollution Control District
1990 E. Gettysburg Avenue, Fresno, CA 93726-0244, (559) 230-6020, Fax (559) 230-6063

® Printed on Recycled Paper

San Joaquin Valley Air Pollution Control District
# Invoice Detail

Applicant ID: C300313

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

Invoice Nbr: C125234
Invoice Date: 4/9/2008
Page: 1

## Mitigation Fees

| Project Nbr | Description | Fee |
|---|---|---|
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 1 | $ 13,594.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 1 | $ 1,175.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 2 | $ 9,817.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 2 | $ 12,164.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 3 | $ 11,687.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 3 | $ 12,164.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 4 | $ 7,713.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 4 | $ 12,164.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 5 | $ 7,713.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 5 | $ 12,164.00 |

**Total Mitigation Fees: $ 100,355.00**

## Miscellaneous Project Fees

| Project Nbr | Description | Fee |
|---|---|---|
| C20060162 | Mitigation Fee 4% Administrative Fee. Based on Total Mitigation Fees of $ 100,355.00 | $ 4,014.20 |

**Total Miscellaneous Project Fees: $ 4,014.20**

San Joaquin Valley Air Pollution Control District

# Account Summary

Customer ID: C300313

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

Statement Date: 8/18/2009

| Invoice Date | Invoice Number | Invoice Due Date | Description of Fees | | | Amount Due |
|---|---|---|---|---|---|---|
| 04/09/2008 | C125233 | 06/08/2008 | ISR Project: C20060162 | Fees Invoiced<br>Payments<br>Balance Due | $ 1,242.00<br>($ 400.00) | $ 842.00 |
| 04/09/2008 | C125234 | 06/09/2008 | ISR Project: C20060162 | | | $ 104,369.20 |
| | | | | **Total Outstanding Balance:** | | **$ 105,211.20** |

USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE ON OR AFTER JUNE 8, 2008.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

Please indicate the Debtor against which you assert a claim by checking the appropriate box below.
(Check only one Debtor per claim form.)

- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11111)
- ☐ CALIFORNIA LAND COMPANY - (CASE NO. 08-11112)
- ☐ FRIENDSWOOD DEVELOPMENT COMPANY, LLC - (CASE NO. 08-11113)
- ☐ LENNAR LAND PARTNERS II - (CASE NO. 08-11114)
- ☐ KINGS WOOD DEVELOPMENT COMPANY, L.C. - (CASE NO. 08-11115)
- ☐ LSC ASSOCIATES, LLC - (CASE NO. 08-11116)
- ☐ LENNAR MARE ISLAND, LLC - (CASE NO. 08-11117)
- ☐ LANDSOURCE COMMUNITIES DEVELOPMENT SUB, LLC - (CASE NO. 08-11118)
- ☐ LENNAR MOORPARK, LLC - (CASE NO. 08-11119)
- ☒ LENNAR STEVENSON HOLDINGS, L.L.C. - (CASE NO. 08-11120)
- ☐ THE NEWHALL LAND AND FARMING COMPANY – (CASE NO. 08-11121)
- ☐ LANDSOURCE HOLDING COMPANY, LLC - (CASE NO. 08-11122)
- ☐ LNR-LENNAR WASHINGTON SQUARE, LLC - (CASE NO. 08-11123)
- ☐ LENNAR BRESSI RANCH VENTURE, LLC - (CASE NO. 08-11124)
- ☐ THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) - CASE NO. 08-11125)
- ☐ NWHL GP LLC - (CASE NO. 08-11126)
- ☐ TOURNAMENT PLAYERS CLUB AT VALENCIA, LLC - (CASE NO. 08-11127)
- ☐ SOUTHWEST COMMUNITIES DEVELOPMENT LLC - (CASE NO. 08-11128)
- ☐ VALENCIA CORPORATION - (CASE NO. 08-11129)
- ☐ STEVENSON RANCH VENTURE LLC - (CASE NO. 08-11130)
- ☐ VALENCIA REALTY COMPANY - (CASE NO. 08-11131)

NOTE: This Administrative Expense Proof of Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
San Joaquin Valley Unified Air Pollution Control District

Name and address where notices should be sent:
SJVUAPCD
1990 E. Gettysburg
Fresno, CA 93726

Telephone number: 559-230-6033

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

IMPORTANT: Please list the name and address of any property related to your claim (if applicable).

Property Name: APN No. 497-03-106
Property Address: TTM6916 Berkshire Road and Mountain Vista Drive

☐ Check this box if you are the debtor or trustee in this case.

1. Basis for Claim: Air Pollution Mitigation\Permit Processing Fees. See Exhibit A for invoices.
(See instruction #1 on reverse side.)

2. Last four digits of any number by which creditor identifies debtor:_____

3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

$ 105,211.20 (Total)

4. BRIEF DESCRIPTION OF CLAIM (attach any additional information):

5. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
6. Supporting Documents: Attach copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:
DATE-STAMPED COPY: To receive an acknowledgment of the filing of your administrative expense proof of claim form, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim form, or you may view your claim information by visiting the website of the Claims Agent (www.kccllc.net/LandSource).

THIS SPACE IS FOR COURT USE ONLY.

**RECEIVED**
AUG 24 2009
KURTZMANCARSONCONSUL

IF THE ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM IS SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:
LandSource Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Please see instructions on back of Administrative Expense Proof of Claim Form

Date: 8·20·09

Signature: _[signed]_ Catherine T. Redmond, Ass't District Counsel
the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

022992_17853_PRODUCT_1_DOMESTIC_1/008252/0495126


# San Joaquin Valley
## AIR POLLUTION CONTROL DISTRICT


Due Date
6/9/2008


Amount Due
$ 104,369.20

Amount Enclosed

ISR ADM C20060162
300313 C125234 4/9/2008

**RETURN THIS TOP PORTION ONLY, WITH REMITTANCE TO:**

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

SJVAPCD
1990 E. Gettysburg Avenue
Fresno, CA 93726-0244

*Thank You!*

---


# San Joaquin Valley
## AIR POLLUTION CONTROL DISTRICT


Applicant ID
C300313


Invoice Date
4/9/2008


Invoice Number
C125234

Invoice Type
ISR Project: C20060162

SJVAPCD Tax ID: 77-0262563

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

**PROJECT NUMBER: 20060162**

| | |
|---|---:|
| MITIGATION FEES | $ 100,355.00 |
| MISCELLANEOUS PROJECT FEES | $ 4,014.20 |
| TOTAL FEES | $ 104,369.20 |
| LESS PREVIOUSLY PAID PROJECT FEES APPLIED TO THIS INVOICE | $ 0.00 |
| **PROJECT FEES DUE** (Enclosed is a detailed statement outlining the fees for each item.) | **$ 104,369.20** |

San Joaquin Valley Air Pollution Control District
1990 E. Gettysburg Avenue, Fresno, CA 93726-0244, (559) 230-6020, Fax (559) 230-6063

Printed on Recycled Paper

# Invoice Detail

Applicant ID: C300313

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

Invoice Nbr: C125234
Invoice Date: 4/9/2008
Page: 1

## Mitigation Fees

| Project Nbr | Description | Fee |
|---|---|---|
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 1 | $ 13,594.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 1 | $ 1,175.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 2 | $ 9,817.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 2 | $ 12,164.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 3 | $ 11,687.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 3 | $ 12,164.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 4 | $ 7,713.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 4 | $ 12,164.00 |
| C20060162 | NOx Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 5 | $ 7,713.00 |
| C20060162 | PM10 Offsite Mitigation Fee - Project: TTM 6916 BERKSHIRE RD & MOUNTAIN VISTA DR For Project Phase: 5 | $ 12,164.00 |

**Total Mitigation Fees:** $ 100,355.00

## Miscellaneous Project Fees

| Project Nbr | Description | Fee |
|---|---|---|
| C20060162 | Mitigation Fee 4% Administrative Fee. Based on Total Mitigation Fees of $ 100,355.00 | $ 4,014.20 |

**Total Miscellaneous Project Fees:** $ 4,014.20

San Joaquin Valley Air Pollution Control District

# Account Summary

Customer ID: C300313

LENNAR HOMES
5251 OFFICE PARK DR
SUITE 400
BAKERSFIELD, CA 93309

Statement Date: 8/18/2009

| Invoice Date | Invoice Number | Invoice Due Date | Description of Fees | | | Amount Due |
|---|---|---|---|---|---|---|
| 04/09/2008 | C125233 | 06/08/2008 | ISR Project: C20060162 | Fees Invoiced<br>Payments<br>Balance Due | $ 1,242.00<br>($ 400.00) | $ 842.00 |
| 04/09/2008 | C125234 | 06/09/2008 | ISR Project: C20060162 | | | $ 104,369.20 |
| | | | | **Total Outstanding Balance:** | | **$ 105,211.20** |