# EXHIBIT A

**The Stipulation**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------x
                                     :
In re                                :     Chapter 11
                                     :
LANDSOURCE COMMUNITIES               :     Case No. 08-11111 (KJC)
DEVELOPMENT LLC, et al.,             :
                                     :     (Jointly Administered)
         Reorganized Debtors.        :
                                     :
------------------------------------------------------x
```

## STIPULATION REGARDING THE EXTENT, VALIDITY, AND PRIORITY OF OAKRIDGE LANDSCAPE INC.'S MECHANIC'S LIENS

WHEREAS on June 8, 2008 (the "***Commencement Date***"), The Newhall Land and Farming Company (A California Limited Partnership) ("***Newhall***") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").

WHEREAS on May 9, 2008, Oakridge Landscape Inc. (the "***Oakridge***") recorded eleven liens, numbered 20080828125 through 20080828127, 20080828163 through 20080828165, 20080827788 through 20080827790, 20080828352, and 20080828353, in the Official Records Recorder's Office, Los Angeles County, California (collectively, the "***Oakridge Liens***"). True and correct copies of the Oakridge Liens are attached hereto as Exhibit "A."

WHEREAS the Oakridge Liens relate to work performed in various communities developed by Newhall.

WHEREAS on January 23, 2009, Newhall and its affiliated debtors filed their second non-substantive omnibus objection to claims (the "***Second Omnibus Claims Objection***"),

in which they objected to duplicative proofs of claim filed by Oakridge against both Newhall and certain of Newhall's affiliates, when a claim was only properly asserted against Newhall.

WHEREAS on February 17, 2009, Oakridge filed its opposition to the Second Omnibus Claims Objection.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1.      Oakridge hereby agrees to release all remaining liens and therefore no longer holds valid secured claim(s) with respect to the Oakridge Liens pursuant to section 506(a) of the Bankruptcy Code.

2.      Newhall agrees that Oakridge is owed $330,736.51 on account of work performed on Newhall's property prior to the Commencement Date. Accordingly, Oakridge hereby releases and withdraws any remaining liens(s) established by the Oakridge Liens, and the Parties agree that Oakridge shall have an allowed unsecured claim against Newhall's estate in the amount of $330,736.51.

3.      Oakridge hereby withdraws its opposition to the Second Omnibus Claims Objection.

2

4.        The Parties consent to the entry of an order of the Bankruptcy

Court approving the terms set forth herein.

Dated: _January 27_, 2010                          Encino, California
       Wilmington, Delaware


_____
Mark D. Collins (No. 2981)                         _____
Paul N. Heath (No. 3704)                           Craig G. Margulies
Andrew C. Irgens (No. 5193)                        THE MARGULIES LAW FIRM, APLC
RICHARDS, LAYTON & FINGER, P.A.                    16030 Ventura Blvd., Suite 470
One Rodney Square                                  Encino, CA 91436
920 North King Street                              Telephone: (818) 705-2777
Wilmington, DE 19801                               Facsimile: (818) 705-3777
Telephone: (302) 651-7700
Facsimile: (302) 651-7701                          Attorney for Oakridge

        -and-

Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Newhall

Dated: _____, 2010

# EXHIBIT A

**Oakridge Liens**

This page is part of your document - DO NOT DISCARD



**20080828353**

Pages
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County
California

05/09/08 AT 10:15AM

| | |
|---|---|
| Fees: | $18.0 |
| Taxes: | $0.0 |
| Other: | $6.0 |
| Paid: | $24.0 |

0001932238          200805090720012                    Counte

# TITLE(S) :



L  E  A  D        S  H  E  E  T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.          **Number of AIN's Shown**

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: WEST HILLS AREA B, TRACT 52455-02, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) EROSION CONTROL

Amount due after deducting all just credits and offsets...$1489.24

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD. VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD. VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008      Name of Claimant: _____OAKRIDGE LANDSCAPE INC._____
(Print name)

By: _____
(Signature)

SUSIE MEZA, OFFICE MANAGER
(Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
Signature of Claimant

This page is part of your document - **DO NOT DISCARD**



**20080828352**

Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/09/08 AT 10:15AM**

0001932237          200805090720012

| | |
|---|---|
| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

Counter

# TITLE(S) :

L E A D   S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**      **Number of AIN's Shown**

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080828352

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)
### (To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That **OAKRIDGE LANDSCAPE INC.** as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of **LOS ANGELES** State of California, said land described as follows:

STREET ADDRESS: NEWHALL RANCH ROAD MEDIANS, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) **LANDSCAPE OUTSOURCING**

Amount due after deducting all just credits and offsets...**$14,288.91**

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: **NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD, VALENCIA CA 91355**

That **NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD, VALENCIA CA 91355** is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008        Name of Claimant: _____**OAKRIDGE LANDSCAPE INC.**_____
                                                                (Firm Name)

                         By: _____

                              **SUSIE MEZA, OFFICE MANAGER**
                                        (Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
                                        (Signature of Claimant)

 This page is part of your document - DO NOT DISCARD

**20080828163**

Pages: 0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/09/08 AT 09:46AM

0001932110      200805090940021

| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

Counter

## TITLE(S) :



L E A D      S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company In black ink.      **Number of AIN's Shown**

 **THIS FORM IS NOT TO BE DUPLICATED**

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
9618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080828163

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structure, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: Chevron Relocation, The Old Road & Magic Mountain Parkway,
LEGAL DESCRIPTION: Santa Clarita, CA

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE & IRRIGATION

Amount due after deducting all just credits and offsets: $22,801.44

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008          Name of Claimant: OAKRIDGE LANDSCAPE INC.
                           By: _____
                           SUSIE MEZA, OFFICE MANAGER
                           (Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
(Signature of Claimant)

This page is part of your document - DO NOT DISCARD

**20080828164** Pages: 0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/08/08 AT 09:46AM

0001932111          200605090940021

| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

Counter

# TITLE(S) :



L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.       Number of AIN's Shown

THIS FORM IS NOT TO BE DUPLICATED

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080828184

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That **OAKRIDGE LANDSCAPE INC.**, as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of **LOS ANGELES** State of California, said land described as follows:

STREET ADDRESS: River Village Tract 53435-02 Lots 215-246

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials (describe labor, services, equipment or materials in detail) **LANDSCAPE OUTSOURCING**.

Amount due after deducting all just credits and offsets... **$16,701.00**

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: **NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355**

That **NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355** is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008          Name of Claimant: **OAKRIDGE LANDSCAPE INC.**
                                                        (Firm Name)

          By: _____
                                    (Signature)

          **SUSIE MEZA, OFFICE MANAGER**
                                    (Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the **Office Manager** of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
                                    Signature of Claimant

**This page is part of your document - DO NOT DISCARD**



## 20080828165

Pages:
0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

| | |
|---|---|
| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

**05/09/08 AT 09:46AM**

0001932112       200805090940021

Counter

## TITLE(S) :



L E A D   S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.       **Number of AIN's Shown**



**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8615 HASKELL AVE
NORTH HILLS CA 91343



05/09/08

20080828166

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC., as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq, of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: Commerce Center PM 26363 Parcel

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE OUTSOURCING

Amount due after deducting all just credits and offsets... $15,007.80

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD. VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD. VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008       Name of Claimant:     OAKRIDGE LANDSCAPE INC.
                                                      (Firm Name)
                        By:    _____
                                                     (Signature)
                               SUSIE MEZA, OFFICE MANAGER
                                          (Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
                                                  (Signature of Claimant)

This page is part of your document - DO NOT DISCARD



**20080828125**

Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/09/08 AT 09:41AM**

| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

0001932090    200805090940020    Counter

# TITLE(S) :

L E A D     S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**          **Number of AIN's Shown**

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080828125

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: WEST CREEK AREA C, TRACT 52455-01, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE OUTSOURCING

Amount due after deducting all just credits and offsets...$32,447.16

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008     Name of Claimant: _____ OAKRIDGE LANDSCAPE INC.

By: _____

SUSIE MEZA, OFFICE MANAGER

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

This page is part of your document - DO NOT DISCARD

## 20080828126

Pages: 0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/09/08 AT 09:41AM

0001982091        200805090940020

| Fees: | $16.00 |
|---|---|
| Taxes: | $0.00 |
| Other: | $8.00 |
| Paid: | $24.00 |

Counter

## TITLE(S) :



L E A D   S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)
### (To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS WEST CREEK AREA C, TR MTS 54454-01, VALENCIA CA 91

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE OUTSOURCING

Amount due after deducting all just credits and offsets... $33,675.70

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO. 23863 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008

Name of Claimant: OAKRIDGE LANDSCAPE INC.

By: _____

SUSIE MEZA, OFFICE MANAGER

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
Signature of Claimant

This page is part of your document - DO NOT DISCARD



## 20080828127

**Pages:** 0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/09/08 AT 09:41AM

| | |
|---|---|
| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

0001932092            200805090940020            Counter

# TITLE(S) :



L E A D    S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.            **Number of AIN's Shown**



THIS FORM IS NOT TO BE DUPLICATED



OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080828127

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land, situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: RIVER VILLAGE TRACT 53425, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE & IRRIGATION

Amount due after deducting all just credits and offsets... $23,556.82

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008

Name of Claimant: OAKRIDGE LANDSCAPE INC.

By: _____

SUSIE MEZA, OFFICE MANAGER

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
Signature of Claimant

This page is part of your document - DO NOT DISCARD

**20080827788**



Pages:
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/09/08 AT 09:12AM

| | |
|---|---|
| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

0001931959     200805090940013

Counter

## TITLE(S) :



L E A D     S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown

## THIS FORM IS NOT TO BE DUPLICATED

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8619 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080827768

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: WEST CREEK AREA C, PASEOS, TRACT 52455-01, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE & IRRIGATION

Amount due after deducting all just credits and offsets... $36,992.67

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO, 23863 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008          Name of Claimant: OAKRIDGE LANDSCAPE INC.

By: _____

SUSIE MEZA, OFFICE MANAGER
*(Authorized Capacity)*

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
*Signature of Claimant*



This page is part of your document - DO NOT DISCARD

## 20080827789

Pages: 0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/09/08 AT 09:12AM

| | |
|---|---|
| Fees: | $18.00 |
| Taxes: | $0.00 |
| Other: | $6.00 |
| Paid: | $24.00 |

0001931960      200805090940013      Counter

## TITLE(S) :



L E A D      S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.      Number of AIN's Shown

THIS FORM IS NOT TO BE DUPLICATED




RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUSIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080827789

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That OAKRIDGE LANDSCAPE INC. as claimant claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: WEST HILLS AREA B, TRACT 52455, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) LANDSCAPE & IRRIGATION

Amount due after deducting all just credits and offsets...$360,167.06

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO, 23823 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO, 23823 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008     Name of Claimant: _____ OAKRIDGE LANDSCAPE INC. _____

By: _____

SUSIE MEZA, OFFICE MANAGER

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
Signature of Claimant

This page is part of your document - DO NOT DISCARD

## 20080827790

Pages: 0002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/09/08 AT 09:12AM

0001931961          200805090940013

Fees:     $18.00
Taxes:    $0.00
Other:    $6.00
Paid:     $24.00

Counter

# TITLE(S) :



L E A D      S H E E T

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**      **Number of AIN's Shown**

### THIS FORM IS NOT TO BE DUPLICATED

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

OAKRIDGE LANDSCAPE INC.
ATTN: SUZIE MEZA
8618 HASKELL AVE
NORTH HILLS CA 91343

05/09/08

20080827790

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# Mechanics' Lien
## (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN, That OAKRIDGE LANDSCAPE INC., as Claimant, claims a lien for labor, service, equipment, or materials under Section 3082 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials, were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of LOS ANGELES State of California, said land described as follows:

STREET ADDRESS: WEST HILLS AREA A, WEST COPPERHILL DR & SOUTH WEST HILLS DR, TRACT 52455-03, VALENCIA CA

LEGAL DESCRIPTION:

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) EROSION CONTROL

Amount due after deducting all just credits and offsets...$116,479.08

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: NEWHALL LAND AND FARMING CO. 23823 VALENCIA BLVD, VALENCIA CA 91355

That NEWHALL LAND AND FARMING CO. 23823 VALENCIA BLVD, VALENCIA CA 91355 is/are the reputed owner(s) of said building and/or premises, or some interest therein.

Date: May 8, 2008          Name of Claimant: OAKRIDGE LANDSCAPE INC.

By: _____

SUSIE MEZA, OFFICE MANAGER
(Authorized Capacity)

## VERIFICATION

I, the undersigned, certify that I am the Office Manager of the claimant named in the foregoing Mechanics' Lien. I have read said claim of Mechanics' Lien and know the contents thereof, and I certify that the same is true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2008, in the City of North Hills, State of California.

_____
Signature of Claimant