# EXHIBIT  E

Newhall Ranch Specific Plan
2003 Annual Report
Los Angeles County Agriculture Water Use
Mitigation Measure 4.11-15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus(furrow) | 59 | 6.31 | 372 | 2.64% | 12,286 | 325 | 5.51 | | | |
| Citrus(micro) | 492 | 4.73 | 2327 | 16.53% | | 2,030 | 4.13 | | | |
| Sudan Grass | 388 | 10.81 | 4194 | 29.79% | | 3,660 | 9.43 | 388 | 3,660 | 4,194 |
| Vegetables | 931 | 7.72 | 7187 | 51.04% | | 6,271 | 6.74 | 591 | 3,914 | 4,465 |
| Totals | | | | 100.00% | | 12,286 | | 969 | 7,573 | 8,680 |

## Newhall Ranch Specific Plan
## 2004 Annual Report
## Los Angeles County Agriculture Water Use
## Mitigation Measure 4.11 -15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus | 340 | 4.92 | 1673 | 10.86% | 12,828 | 1,393 | 4.10 | | | |
| Irrigated Hay | 160 | 2.95 | 472 | 3.06% | | 393 | 2.46 | 160 | 393 | 472 |
| Irrigated Pasture | 174 | 11.26 | 1959 | 12.72% | | 1,632 | 9.38 | 174 | 1,632 | 1,959 |
| Vegetables | 1,392 | 8.04 | 11192 | 72.67% | | 9,322 | 6.70 | 627 | 4,199 | 5,041 |
| Nursery | 30 | 3.52 | 106 | 0.69% | | 88 | 2.93 | | - | - |
| Totals | | | | 100.00% | | 12,828 | | 961 | 6,224 | 7,472 |

## Newhall Ranch Specific Plan
## 2005 Annual Report
## Los Angeles County Agriculture Water Use
### Mitigation Measure 4.11-15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus | 308 | 3.69 | 1137 | 12.61% | 8,800 | 1,110 | 3.60 | | | |
| Irrigated Hay | 160 | 6.03 | 965 | 10.70% | | 942 | 5.89 | 160 | 942 | 965 |
| Irrigated Pasture | 174 | 7.03 | 1223 | 13.57% | | 1,194 | 6.86 | 175 | 1,201 | 1,230 |
| Vegetables | 907 | 6.03 | 5469 | 60.68% | | 5,340 | 5.89 | 278 | 1,637 | 1,676 |
| Nursery | 83 | 2.64 | 219 | 2.43% | | 214 | 2.58 | | | - |
| Totals | | | | 100.00% | | 8,800 | | 613 | 3,780 | 3,871 |

## Newhall Ranch Specific Plan
## 2006 Annual Report
## Los Angeles County Agriculture Water Use
## Mitigation Measure 4.11-15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus | 278 | 4.07 | 1131 | 9.44% | | 1,295 | 4.66 | | | |
| Irrigated Hay | 233 | 6.65 | 1549 | 12.93% | 13,709 | 1,773 | 7.61 | 205 | 1,560 | 1,363 |
| Sudan Grass (double Crop) | | | 0 | 0.00% | | | | | | |
| Irrigated Pasture | 231 | 7.76 | 1793 | 14.96% | | 2,051 | 8.88 | 231 | 2,051 | 1,793 |
| Vegetables | 923 | 6.65 | 6138 | 51.23% | | 7,023 | 7.61 | 285 | 2,168 | 1,895 |
| Sod | 119 | 6.65 | 791 | 6.60% | | 905 | 7.61 | 119 | 905 | 791 |
| Nursery | 199 | 2.91 | 579 | 4.83% | | 663 | 3.33 | | | - |
| Totals | | | | 100.00% | | 13,709 | | 840 | 6,685 | 5,842 |

Newhall Ranch Specific Plan
2007 Annual Report
Los Angeles County Agriculture Water Use
Mitigation Measure 4.11 -15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus | 278 | 4.45 | 1237 | 8.88% | 11,781 | 1,046 | 3.76 | | | |
| Alfalfa | 205 | 7.27 | 1490 | 10.70% | | 1,261 | 6.15 | 205 | 1,261 | 1,490 |
| Irrigated Hay | 28 | 7.27 | 204 | 1.46% | | 172 | 6.15 | | | |
| Sudan Grass (double Crop) | | 0 | 0 | 0.00% | | - | | | | |
| Irrigated Pasture | 231 | 8.48 | 1959 | 14.07% | | 1,657 | 7.17 | 231 | 1,657 | 1,959 |
| Vegetables | 1,037 | 7.27 | 7539 | 54.13% | | 6,377 | 6.15 | 355 | 2,183 | 2,581 |
| Sod | 119 | 7.27 | 865 | 6.21% | | 732 | 6.15 | 119 | 732 | 865 |
| Nursery | 199 | 3.18 | 633 | 4.54% | | 535 | 2.69 | | | |
| Totals | | | | 100.00% | | 11,781 | | 910 | 5,833 | 6,895 |

## Newhall Ranch Specific Plan
## 2008 Annual Report
## Los Angeles County Agriculture Water Use
### Mitigation Measure 4.11-15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus | 273 | 4.63 | 1264 | 10.31% | 10,633 | 1,096 | 4.01 | | | |
| Alfalfa | 82 | 7.57 | 621 | 5.06% | | 538 | 6.56 | 82 | 538 | 621 |
| Irrigated Hay | 28 | 7.57 | 212 | 1.73% | | 184 | 6.56 | | | |
| Sudan Grass (double Crop) | | 0 | 0 | 0.00% | | - | | | | |
| Irrigated Pasture | 231 | 8.83 | 2040 | 16.63% | | 1,769 | 7.66 | 231 | 1,769 | 2,040 |
| Vegetables | 825 | 7.57 | 6245 | 50.93% | | 5,416 | 6.56 | 142 | 932 | 1,075 |
| Sod | 168 | 7.27 | 1221 | 9.96% | | 1,059 | 6.30 | 168 | 1,059 | 1,221 |
| Nursery | 199 | 3.31 | 659 | 5.37% | | 571 | 2.87 | | - | - |
| Totals | | | | 100.00% | | 10,633 | | 623 | 4,298 | 4,957 |