IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LANDSOURCE COMMUNITIES | ) Case No. 08-11111 (KJC) |
| DEVELOPMENT, LLC, *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Creditor Trusts in the above-captioned action, and that on the 26th day of February, 2010, she caused a copy of the following documents to be served upon the attached service lists in the manner indicated:

**Declaration of Steven D. Zimmer in Support of theClass 5 Trust's Opening Brief Regarding Objection to SCOPE's Claim; Exhibits A through G.**

_____
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 26th day of February 2010.

_____
Notary Public
My Commission Expires:

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011

---

[1] The Debtors in these cases are California Land Company; Friendswood Development Company, LLC; Kings Wood Development Company, L.C.; LandSource Communities Development LLC; LandSource Communities Development Sub LLC; LandSource Holding Company, LLC; Lennar Bressi Ranch Venture, LLC; Lennar Land Partners II; Lennar Mare Island, LLC; Lennar Moorpark, LLC; Lennar Stevenson Holdings, L.L.C.; LNR-Lennar Washington Square, LLC; LSC Associates, LLC; NWHL GP LLC; The Newhall Land and Farming Company (A California Limited Partnership); The Newhall Land and Farming Company; Southwest Communities Development LLC; Stevenson Ranch Venture LLC; Tournament Players Club at Valencia, LLC; Valencia Corporation; and Valencia Realty Company.

**LandSource – SCOPE Service List**
**Case No. 08-11111 (KJC)**
**Document No. 157865**
**1 – First Class Mail**

*First Class Mail*
Lynne Plambeck, President
David Lutness, Board Secretary
Santa Clarita Organization for Planning the Environment
PO Box 1182
Canyon Country, CA 91386

**LandSource - 2002 Service List**
Case No. 08-11111 (KJC)
Doc. No. 138316
03 – Interoffice Delivery (LA & NY & SF)
33 - Hand Delivery
67 - First Class Mail

(Counsel to the Official Committee of Unsecured Creditors)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

*Interoffice Delivery (LA)*
(Counsel to the Official Committee of Unsecured Creditors)
Richard M. Pachulski, Esquire
Hamid Rafatjoo, Esquire
Alan J. Kornfeld, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067

*Interoffice Delivery (NY)*
(Counsel to the Official Committee of Unsecured Creditors)
John A. Morris, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017-2024

*Interoffice Delivery (SF)*
(Counsel to the Official Committee of Unsecured Creditors)
Debra Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Office of the United States Trustee
David L. Buchbinder, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Debtors)
Mark D. Collins, Esquire
Paul N. Heath, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Barclays Bank PLC)
Edwin J. Harron, Esquire
Joseph M. Barry, Esquire
Young Conaway Stargatt & Taylor
1000 West St., 17th Floor
PO Box 391
Wilmington, DE 19899-0391

*Hand Delivery*
(Counsel to the Los Angeles County Tax Collector & Psomas fka Psomas and Associates)
Craig B Young, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N Orange St
PO Box 2207
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Bank of New York)
Adam G. Landis, Esquire
Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 N. Market Street, Suite 600
Wilmington, DE 19801

*Hand Delivery*
(Counsel to PCL Construction Services, Inc., Southern California Edison Company, and R.C. Becker & Sons, Inc.)
John D. Demmy, Esquire
Joseph H. Huston, Jr., Esquire
Stevens & Lee PC
1105 N. Market St., 7th Fl.
Wilmington, DE 19801

*Hand Delivery*
(Counsel to PCL Lennar Homes of California, Inc.)
David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*Hand Delivery*
)
Delaware Attorney General
Carvel State Office Building
820 N French St
Wilmington, DE 19801

*Hand Delivery*
)
Delaware Dept. of Justice
Attn: Bankruptcy Dept
Div of Securities
820 N French St 5th Fl
Wilmington, DE 19801

*Hand Delivery*
)
Department of Labor
Division of Unemployment Ins
4425 N Market Street
Wilmington, DE 19802

*Hand Delivery*
)
Randy R. Weller MS No 25
State of Delaware Division of Revenue
820 N French St 8th Floor
Wilmington, DE 19801-0820

*Hand Delivery*
)
Ellen W. Slights, Esquire
US Attorneys Office
1007 Orange Street 7th Floor
PO Box 2046
Wilmington, DE 19899-2046

*Hand Delivery*
(Counsel to Altfillisch Contractors, Inc.)
Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel to City of Santa Clarita, California)
Richardo Palacio, Esquire
Benjamin Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Park West Landscape, Inc.)
Thomas M. Horan, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Environ Corp.)
Warren T. Pratt, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Caterpillar Financial Services Corp.)
Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DMJM Harris; Westchester Fire Insurance Company and ACE USA)
Tobey M. Daluz, Esquire
Katie A. D'Emilio, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Southern Sun Construction Co., Inc., Counsel to Pacific Advanced Civil Engineering, Inc., Oakridge Landscape Inc. and Nature-Gro Corp.)
Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
Suite 1210, 300 Delaware Avenue
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Community Resource Systems Group)
Stephen W. Spence, Esquire
Scott L. Adkins, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Counsel to GE Capital Commercial Inc. f/k/a Citicorp Leasing, Inc.("GECCI"))
Kimberly E. C. Lawson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Old Republic Insurance Company)
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

*Hand Delivery*
(Counsel to CH2M Hill, Inc.)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
1105 N. Market Street, 16th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to National City Golf Finance, a Division of National City Commercial Capital Company, LLC, Successor by Merger with National City Commercial Capital Corporation ("National City"))
Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
825 Market Street, Suite 1001
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Steadfast Insurance Company)
Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Capri Construction Corp.)
Carl K. Kunz, III, Esquire
Ericka F. Johnson, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(Counsel to Sam Hill & Sons, Inc.)
William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to The Masonry Group California, Inc.)
Brian J. McLaughlin, Esquire
Monzack, Merksy, McLaughlin and Browder P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Pacific Coast Elevator Corporation d/b/a Amtech Elevator Services)
Ian Connor Bifferato, Esquire
Bifferato, LLC
800 N. King Street, First Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to City of Vallejo)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King St., Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel to American Heritage Landscape, LP)
Michael D. DeBaecke, Esquire
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to ValleyCrest Landscape Companies)
David M. Powlen, Esquire
Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801

*First Class Mail*
(Counsel to the Debtors)
Marcia L. Goldstein, Esquire
Debra A. Dandeneau, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*First Class Mail*
(Counsel to the Bank of New York)
Andrew R. Rosenberg, Esquire
Alice Belisle Eaton, Esquire
Lindsay F. Cohen, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*First Class Mail*
(Counsel to PCL Construction Services, Inc.)
Thomas M. Byrne
Sutherland Asbill & Brennan LLP
999 Peachtree St. Ne
Atlanta, GA 30309-3996

*First Class Mail*
(Counsel to the Los Angeles County Tax Collector & Psomas fka Psomas and Associates)
Barry S. Glaser, Esquire
Steckbauer Weinhart Jaffe, LLP
333 S. Hope Street, 36th Floor
Los Angeles, CA 90071

*First Class Mail*
(Counsel to Downrite Engineering Corp.)
Jose M. Chanfrau IV, Esquire
Legal Solutions Group, P.L.
18305 Biscayne Blvd., Suite 200
Aventura, FL 33160-2172

*First Class Mail*
(Counsel to PCL Lennar Homes of California, Inc.)
Ben Logan, Esquire
Andrew Parlen, Esquire
Emily R. Culler, Esquire
Andrew Escobar, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

*First Class Mail*
(Counsel to Miami-Dade County Tax Collector)
Melinda S. Thornton, Esquire
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N. W. First Street
Miami, FL 33128-1993

*First Class Mail*
)
Office of the State Treasurer Delaware
820 Silver Lake Boulevard, Ste. 100
Dover, DE 19904

*First Class Mail*
)
Delaware Secretary of the State
Division of Corporations
Franchise Tax Division
PO Box 7040
Dover, DE 19903

*First Class Mail*
)
Mark Schonfeld Regional Director
Securities & Exchange Commission
Northeast Regional Office
3 World Financial Center Room 4300
New York, NY 10281

*First Class Mail*
)
Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

*First Class Mail*
)
Securities & Exchange Commission
15th & Pennsylvania Avenue NW
Washington, DC 20020

*First Class Mail*
)
Michael B. Mukasey, Esquire
US Attorney General US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

*First Class Mail*
)
Internal Revenue Service
Attn: Bankruptcy Unit
PO Box 21126
Philadelphia, PA 19114-0326

*First Class Mail*
(Claims Agent)
LandSource Claims Processing
c/o Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

*First Class Mail*
(Counsel to City of Santa Clarita, California)
Joseph P. Buchman, Esquire
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

*First Class Mail*
(Counsel to Oakridge Landscape, Inc. and Southern Sun Construction Co., Inc.)
Craig G. Margulies, Esquire
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436

*First Class Mail*
(Counsel to Southern California Edison Company)
Russell R. Johnson, III, Esquire
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

*First Class Mail*
(City of Vallejo)
City Attorney's Office
City of Vallejo - City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590

*First Class Mail*
(Counsel to RT Frankian & Associates)
Victor A. Sahn, Esquire
Elissa D. Miller, Esquire
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

*First Class Mail*
(Counsel to Pension Benefit Guaranty Corp. ("PBGC"))
Deborah J. Bisco, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

*First Class Mail*
(Counsel to Maricopa County Treasurer)
Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327

*First Class Mail*
(Counsel to Bank of America, N.A.)
Brian Sirower, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

*First Class Mail*
(Counsel to Sprint Nextel Corporation)
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102

*First Class Mail*
(Counsel for Helix Electric, Inc.)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA 92101

*First Class Mail*
(Counsel to County of Tulare, California)
Tulare County Tax Collector
Attn: John Whipple
221 S. Mooney Boulevard, Room 104-E
Visalia, CA 93291-4593

*First Class Mail*
(Counsel to SAP America, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

*First Class Mail*
(Counsel to California Public Employees
Retirement System "CalPERS")
Steven H. Felderstein, Esquire
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

*First Class Mail*
(Counsel to Lennar Homes of California)
William N. Lobel, Esquire
Alan J. Friedman, Esquire
Irell & Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660

*First Class Mail*
(Counsel to Westchester Fire Insurance
Company and ACE USA)
Robert McL. Boote, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

*First Class Mail*
(Los Angeles County Treasurer and Tax
Collector)
Joyce M. Owens
Los Angeles County Treasurer and Tax
Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

*First Class Mail*
(Counsel to Iron Mountain Information
Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

*First Class Mail*
(Counsel to Katy ISD, Harris County,
Cypress – Fairbanks ISD, Montgomery
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
(Counsel to Golden Eagle Construction
Corp.)
Louis J. Esbin, Esquuire
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, CA 91355-1857

*First Class Mail*
)
Protection One
Attn: P.B. Mason, Authorized
P.O. Box 740933
Dallas, TX 75374

*First Class Mail*
(Counsel to Tres Robles, Inc. dba Kovach
Marketing)
Lawrence G. Campitiello, Esquire
Sullivan, Hill, Lewin, Rez & Engel
A Professional Law Corporation
550 West C Street, Suite 1500
San Diego, CA 92101

*First Class Mail*
(Counsel to Creditor, David George + Associates, Inc. and John A. Martin & Associates, Inc.)
Peter L. Stacy, Esquire
Weil & Drage, APC
23046 Avenida de la Carlota, Suite 350
Laguna Hills, CA 92653

*First Class Mail*
(Counsel to GE Capital Commercial Inc. f/k/a Citicorp Leasing, Inc.("GECCI"))
Elena P. Lazarou, Esquire
Debra S. Turetsky, Esquire
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022

*First Class Mail*
(Counsel to Oberg Contracting Corp.)
Russell H. Rapoport, Esquire
Alan I. Nahmias, Esquire
Plotkin, Rapoport & Nahmias, P.C.
16633 Ventura Boulevard, Suite 800
Encino, CA 91436

*First Class Mail*
(Counsel to County of Riverside, California)
Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

*First Class Mail*
(Counsel to City of Miramar, Florida)
Douglas R. Gonzales, Esquire
Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301

*First Class Mail*
(Counsel to Wine Central, LLC)
Merle C. Meyers, Esquire
Michele Thompson, Esquire
Meyers Law Group, P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

*First Class Mail*
(Counsel to Old Republic Insurance Company)
Margaret M. Anderson, Esquire
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

*First Class Mail*
(Counsel to National City Golf Finance, a Division of National City Commercial Capital Company, LLC, Successor by Merger with National City Commercial Capital Corporation ("National City"))
Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

*First Class Mail*
(Counsel to California Department of Fish and Game and California Dept. of Toxic Substance Control)
Edmund G. Brown, Jr., Esquire
Richard Magasin, Esquire
Noah Golden-Krasner, Esquire
Edward H. Ochoa, Esquire
300 South Spring Street, Suite 1700
Los Angeles, CA 90013

*First Class Mail*
(Counsel to Touro University and Touro College)
Nathan Schwed, Esquire
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

*First Class Mail*
(Counsel to Westye Group – West, Inc.)
Denise Field, Esquire
Craig Chiang, Esquire
Buchalter Nemer,
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

*First Class Mail*
(Counsel to Steadfast Insurance Company)
Karen L. Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street – 22nd Floor
Philadelphia, PA 19102

*First Class Mail*
(Counsel to R.C. Becker & Sons, Inc.)
Elan S. Levey, Esquire
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403

*First Class Mail*
(Counsel to Sam Hill & Sons, Inc.)
Michael R. Sment, Esquire
Law Offices of Michael R. Sment
770 County Square Drive, Suite 210
Ventura, CA 93003

*First Class Mail*
(Counsel to California Regional Water Quality Control Board, San Francisco Bay Region, and California State Water Resources Control Board)
Mary E. Hackenbracht, Esquire
Robert W. Byrne, Esquire
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

*First Class Mail*
(Counsel to Oracle Credit Corporation)
Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

*First Class Mail*
(Counsel to Barclays Bank PLC)
Bruce R. Zirinsky, Esquire
Nathan A. Haynes, Esquire
David Y. Wolnerman, Esquire
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

*First Class Mail*
(Counsel to Barclays Bank PLC)
Nancy A. Peterman, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

*First Class Mail*
(Counsel to the Debtors)
Christopher R. Pace, Esquire
Edward McCarthy, Esquire
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131

*First Class Mail*
(Counsel for Bay South Community Development District)
Michael C. Eckert, Esquire
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, FL 32301

*First Class Mail*
)
William Cohen
ValleyCrest Landscape Development, Inc.
and its affiliate HRP Studio
24151 Ventura Boulevard
Calabasas, CA 91302

*First Class Mail*
(Counsel to ValleyCrest Landscape
Development, Inc. and its affiliate HRP
Studio)
John W. Mills, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, NE
Atlanta, GA 30309-4530

*First Class Mail*
(Counsel to The Masonry Group California,
Inc.)
Lynsey M. Eaton, Esquire
Ronald S. Sofen, Esquire
Gibbs, Giden, Locher, Turner & Senet LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067

*First Class Mail*
(Counsel to Steadfast Insurance Company)
Mark G. Ledwin, Esquire
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
3 Gannett Drive
White Plains, NY 10604

*First Class Mail*
(Counsel to Verizon Wireless (SCPM))
William H. Kiekhofer, III, Esquire
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

*First Class Mail*
(Counsel to California Regional Water
Quality Control Board, San Francisco Bay
Region, and California State Water
Resources Control Board, Creditor)
Ellyn S. Levinson, Esquire
1515 Clay Street, Suite 2000
Oakland, CA 94612

*First Class Mail*
(Counsel to Barclays Bank PLC)
Joseph P. Davis III, Esquire
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

*First Class Mail*
(Counsel to VII Pier Pointe Owner, LLC)
Richard Levin, Esquire
Cravath, Swain & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*First Class Mail*
(Counsel to CH2M HILL Constructors Inc.)
Michael A. Rosenthal, Esquire
Rachel F. Castelino, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*First Class Mail*
(Counsel to City of Vallejo)
Marc A. Levinson, Esquire
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

*First Class Mail*
(Counsel to City of Vallejo)
Courtney Rogers, Esquire
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103