UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------x
                                                :
*In re*                                         :    Chapter 11
                                                :
LANDSOURCE COMMUNITIES                          :    Case No. 08-11111 (KJC)
DEVELOPMENT LLC, *et al*,                       :
                                                :    (Jointly Administered)
                    Reorganized Debtors.        :
                                                :    Re: Docket No. 2606, 2642
------------------------------------------------x

## ORDER APPROVING STIPULATION REGARDING THE DETERMINATION OF THE EXTENT, VALIDITY, AND PRIORITY OF OAKRIDGE LANDSCAPE, INC.'S MECHANIC'S LIENS

This matter coming before the Court on the motion dated January 27, 2010, (the "*Motion*")[1] of The Newhall Land and Farming Company (A California Limited Partnership) ("*Newhall*,") seeking approval of that certain stipulation between Oakridge Landscape, Inc. ("*Oakridge*") and Newhall (the "*Stipulation*"), a copy of which is annexed hereto as Exhibit "1"; and the Court having considered the Motion and the Stipulation; and it appearing that the Court has jurisdiction over this matter; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it further appearing that the relief requested in the Motion is fair, reasonable, and in the best interests of Newhall and its estate; and after due deliberation and due and sufficient cause appearing therefor, it is:

ORDERED that the terms of the Stipulation are approved, and paragraphs 1 through 4 of the Stipulation, inclusive, are deemed incorporated herein as if set forth in full herein; and it is further

---

[1] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

RLF1 3541901v 1

ORDERED that Oakridge does not hold a valid secured claim against Newhall's estate with respect to the Oakridge Liens; and it is further

ORDERED that Oakridge holds an allowed unsecured claim against Newhall's estate in the amount of $330,736.51; and it is further

ORDERED that Oakridge's duplicative claim, as reflected in proof of claim 537, is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Court will retain jurisdiction to consider any disputes or other issues that may arise relating to this Order or the Stipulation.

Dated: March ____, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

RLF1 3541901v 1