UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | Chapter 11 |
| LANDSOURCE COMMUNITIES DEVELOPMENT LLC, *et al*, | Case No. 08-11111 (KJC) |
| | (Jointly Administered) |
| Reorganized Debtors. | Re: Docket No. 2591 |

---

## ORDER GRANTING THE NEWHALL LAND AND FARMING COMPANY (A CALIFORNIA LIMITED PARTNERSHIP) AND NEWHALL LAND AND FARMING COMPANY'S NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO ADMINISTRATIVE EXPENSES ASSERTED BY RETIREES

Upon consideration of the Omnibus Objection to Certain Administrative Expenses Asserted by Retirees proofs of claim, dated January 27, 2010 (the "*Omnibus Objection*"),[1] of The Newhall Land and Farming Company (A California Limited Partnership) and The Newhall Land and Farming Company, as parties to the above-referenced chapter 11 cases (collectively, the "*Newhall Entities*"), pursuant to section 503 of the Bankruptcy Code, Rule 3007 of the Bankruptcy Rules, and Rule 3007-1 of the Local Rules, requesting that the Court reclassify Retiree Claim 1142 and Retiree Claim 1154 (together, the "*Retiree Claims*"); and the Court having jurisdiction to consider the Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Omnibus Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Omnibus Objection; and the Court hereby finding and determining that, pursuant to

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the holders of the Retiree Claims and all other parties entitled to notice, and no other or further notice is necessary; and the legal and factual bases set forth in the Omnibus Objection establishing just cause for the relief granted herein, it is therefore

ORDERED that each of the Retiree Claims is hereby reclassified to reflect its proper classification as a general unsecured claim, without prejudice to the right of any party in interest, including, without limitation, the Creditors' Trust, to object to the Retiree Claims on any other grounds; and it is further

ORDERED that KCC is authorized and directed to modify the official claims registry in compliance with the terms herein; and it is further

ORDERED that this Court shall reserve jurisdiction to interpret and enforce this Order.

Dated: March 3, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 3541891v 1