**ORIGINAL**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

---------------------------------------------------------x
                                               :

| | |
|---|---|
| *In re* | Chapter 11 |
| LANDSOURCE COMMUNITIES DEVELOPMENT LLC, *et al.*, | Case No. 08-11111 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | Re: Docket No. 2600 |

---------------------------------------------------------x

### ORDER GRANTING ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF LANDSOURCE COMMUNITIES DEVELOPMENT LLC TO ADMINISTRATIVE EXPENSES ASSERTED BY LNR LAND PARTNERS SUB, LLC

Upon the omnibus objection (the "*Objection*"), dated January 27, 2010, of LandSource Communities LLC ("*LandSource*") to (i) the administrative expense asserted by MW Housing Partners III, L.P. ("*MWHP*") against LandSource's estate on or about September 16, 2009, as reflected in proof of administrative expense number 1176 (the "*MWHP Claim*"), and (ii) the administrative expense asserted by LNR Land Partners Sub, LLC ("*LNR Land Partners*") against LandSource's estate on or about September 18, 2009, as reflected in proof of administrative expense number 1234 (the "*LNR Land Partners Claim*"); and MWHP having requested, and LandSource having agreed to, an extension of MWHP's time to respond to the Objection to March 9, 2010; and a hearing to consider the Objection solely with respect to the LNR Land Partners Claim having been held on March 3, 2010 at 2:00 p.m. (the "*Hearing*"); and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and the Court's consideration of the relief requested in the Objection being a core proceeding in accordance with 28 U.S.C. § 157(b); and due notice of the Objection having been provided to (i) the United States Trustee for the District of Delaware, (ii) counsel to the Creditors' Trust formed pursuant to the Plan, (iii) MWHP at the

address for notices set forth in the MWHP Claim, (iv) LNR Land Partners at the address for notices set forth in the LNR Land Partners Claim, and (v) each person or entity that has filed a notice of appearance and request for service of documents herein; and it appearing that such notice constitutes due and proper notice of the Objection and the Hearing, and that no other or further notice need be given; and based upon the Objection, good and sufficient cause appearing therefor, and after due deliberation, it is hereby

ORDERED that the Objection is GRANTED solely with respect to the LNR Land Partners Claim; and it is further

ORDERED that the LNR Land Partners Claim is hereby disallowed and expunged in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: March 3, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY COURT JUDGE