# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **LANDSOURCE COMMUNITIES DEVELOPMENT LLC,** *et al.*, | Case No. 08-11111 (KJC) |
| | Jointly Administered |
| *Reorganized Debtors.* | Re: Docket No. 2594, 2674 |

## ORDER APPROVING STIPULATION BETWEEN REORGANIZED LMI AND CITY OF VALLEJO REDUCING AND ALLOWING CLAIM NUMBER 1167

Upon review and consideration of the Stipulation Between Reorganized LMI[4] and the City of Vallejo Reducing and Allowing Claim Number 1167 (the "Stipulation"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation is hereby approved.

2. Claim Number 1167, currently seeking Administrative Priority status as a $40,816 Claim against LMI, shall be reduced and allowed as a $21,000 Administrative Expense Claim against LMI to be treated in accordance with the terms of the Plan.

3. LMI hereby withdraws its Substantive Objection solely with respect to its objection to Claim Number 1167.

4. The Stipulation is approved without prejudice to the rights of Reorganized LMI and Reorganized LandSource, as to each other, to argue that each is not responsible for payment of any Claims or obligations of LMI arising prior to the Effective Date of the Plan.

---

[4] Capitalized terms used herein without definition shall have the meanings set forth in the Stipulation.

5. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law. However, the Court's retention of jurisdiction is subject to the City's reservation of its right to challenge jurisdiction with respect to the City's remaining claims against LMI or otherwise. Reorganized LMI separately reserves its right to argue that the Court maintains jurisdiction with respect to the City's remaining claims against LMI.

Dated: March 9, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE