UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **LANDSOURCE COMMUNITIES DEVELOPMENT LLC,** *et al.,* <br><br> *Reorganized Debtors.* | Chapter 11 <br><br> Case No. 08-11111 (KJC) <br><br> Jointly Administered <br><br> Current Hearing Date: April 7, 2010 at 11:00 a.m. <br> New Hearing Date: May 19, 2010 at 3:30 p.m. <br> New Response Deadline: May 12, 2010 at 4:00 p.m. |

### ORDER APPROVING STIPULATION BETWEEN REORGANIZED LMI AND CITY OF VALLEJO CONTINUING HEARING ON SUBSTANTIVE OBJECTION TO CLAIM NO. 1166

Upon review and consideration of the Stipulation Between Reorganized LMI[3] and City of Vallejo Expunging Claim and Continuing Hearing on Other Objections to Claims (the "Stipulation"), and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation is hereby approved.

2. The hearing on Reorganized LMI's Substantive Objection to Claim No. 1166 filed by the City is hereby continued to May 19, 2010 at 3:30 p.m. The City shall respond to the Substantive Objection to Claim No. 1166 no later than May 12, 2010 at 4:00 p.m. (EST).

3. The Stipulation is approved without prejudice to the rights of Reorganized LMI and Reorganized LandSource, respectively, to argue that each is not responsible for payment of any claims or obligations of LMI prior to the Effective Date of the Plan.

4. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

Dated: March 1, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[3] Capitalized terms used herein without definition shall have the meanings set forth in the Stipulation.

OHS East:160700658.2            1