# EXHIBIT "1"

# NEWHALL LAND

April 5, 2010

Sam Dea
Supervising Regional Planner
County of Los Angeles
Department of Regional Planning
320 West Temple Street, 13th floor
Room 1362
Los Angeles, CA, 90012-3225

Dear Mr. Dea:

This correspondence and attachments are provided in compliance with the Newhall Ranch Specific Plan Final EIR Mitigation Measure 4.11-15 (below) to provide an annual report indicating the amount of groundwater used in Los Angeles County for irrigation.

4.11-15  Groundwater historically and presently used for crop irrigation on the Newhall Ranch Specific Plan site and elsewhere in Los Angeles County shall be made available by the Newhall Land and Farming Company, or its assignee, to partially meet the potable water demands of the Newhall Ranch Specific Plan. The amount of groundwater pumped for this purpose shall not exceed 7,038 AFY. This is the amount of groundwater pumped historically and presently by the Newhall Land and Farming Company in Los Angeles County to support its agricultural operations. Pumping this amount will not result in a net increase in groundwater use in the Santa Clarita Valley. <u>To monitor groundwater use, the Newhall Land and Farming Company, or its assignee, shall provide the County an annual report indicating the amount of groundwater used in Los Angeles County and the specific land upon which that groundwater was historically used for irrigation.</u> For agricultural land located off the Newhall Ranch Specific Plan site in Los Angeles County, at the time agricultural groundwater is transferred from agricultural uses on that land to Specific Plan uses, The Newhall Land and Farming Company, or its assignee, shall provide a verified statement to the County's Department of Regional Planning that Alluvial aquifer water rights on that land will now be used to meet Specific Plan demand. (emphasis added)

The information provided in the attached chart depicts the amount of irrigation water used on Newhall's Los Angeles County farm fields for crop season 2009, using the same methodology from the Final EIR (FEIR). Revised Table 2.5-32 from the FEIR is also attached showing the original information for the years 1996 – 2000 that served as the baseline for determining the estimated annual average usage of 7,038 acre feet. A map is also attached showing the specific land in Los Angeles County upon which the groundwater has historically been used.

Newhall's annual water use varies based upon the amount of irrigated acres, the type of irrigated crops and their water demand as determined by California Irrigation Management Information System.

If you have any questions regarding this letter or the attached exhibits please contact me at (661) 255-4449.

Newhall Land

Alex Herrell
Director, Community Development

Newhall Ranch Specific Plan
2009 Annual Report
Los Angeles County Agriculture Water Use
Mitigation Measure 4.11-15

| Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water use by Crop | Total Pumped Water Based on SCE (af) | Allocation of Total Pumped Water By Crop (af/yr) | Acre Feet/ Year per Acre of Crop | LA Co. Irrigated Crops (acres) | LA Co. Crop Share Of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|
| Citrus | 273 | 4.61 | 1259 | 9.44% | 11750 | 1109 | 4.06 | | | |
| Alfalfa | 82 | 7.52 | 617 | 4.63% | | 543 | 6.63 | 82 | 543 | 617 |
| Irrigated Hay | 28 | 7.52 | 211 | 1.58% | | 186 | 6.63 | | | |
| Sudan Grass (double Crop) | | 0 | 0 | 0.00% | | 0 | | | | |
| Irrigated Pasture | 231 | 8.77 | 2026 | 15.20% | | 1786 | 7.73 | 231 | 1786 | 2026 |
| Vegetables | 975 | 7.52 | 7332 | 55.00% | | 6462 | 6.63 | 281 | 1862 | 2113 |
| Sod | 164 | 7.52 | 1233 | 9.25% | | 1087 | 6.63 | 164 | 1087 | 1233 |
| Nursery | 199 | 3.29 | 655 | 4.91% | | 577 | 2.90 | | 0 | |
| **Totals** | | | | **100.00%** | | **11,750** | | **758** | **5,278** | **5,989** |

Revised Table 2.5-32
Los Angeles County Agricultural Water Use
Using Adjusted CIMIS ET Data to Allocate Actual Water Pumped

| Year | Crop Type | Total Irrigated Acres | Adjusted CIMIS Water Use (af/ac) | Adjusted CIMIS Water Use (af/yr) | % of Water Use by Crop | Total Pumped Water Based on SCB (af) | Allocation of Total Pumped Water by Crop (af/yr) | Acre Feet per Year per Acre of Crop | LA Co. Crop Irrigated Crops (acres) | LA Co. Crop Share of Actual Pumped Water (af/yr) | LA Co. Crop Share Using Adjusted CIMIS (af/yr) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | Citrus (furrow) | 291 | 6.05 | 1,761 | 12.35% | 13,798 | 1,704 | 5.86 | | | |
| | Citrus (micro) | 811 | 4.54 | 3,682 | 25.83% | | 3,565 | 4.40 | | | |
| | Alfalfa (flood) | 55 | 10.37 | 570 | 4.00% | | 552 | 10.04 | 55 | 552 | 570 |
| | Sudan/pasture (flood) | 150 | 10.37 | 1,556 | 10.91% | | 1,506 | 10.04 | 150 | 1,506 | 1,556 |
| | Isd. Vegetables (sprinkler) | 902 | 7.41 | 6,684 | 46.90% | | 6,471 | 7.17 | 722 | 5,180 | 5,350 |
| | | | | | 100.00% | | 13,798 | | 927 | 7,238 | 7,476 |
| 1999 | Citrus (furrow) | 291 | 6.13 | 1,784 | 12.56% | 16,131 | 2,025 | 6.96 | | | |
| | Citrus (micro) | 781 | 4.6 | 3,593 | 25.29% | | 4,079 | 5.22 | | | |
| | Alfalfa (flood) | 55 | 10.51 | 578 | 4.07% | | 656 | 11.93 | 55 | 656 | 578 |
| | Sudan/pasture (flood) | 150 | 10.51 | 1,577 | 11.10% | | 1,790 | 11.93 | 150 | 1,790 | 1,577 |
| | Isd. Vegetables (sprinkler) | 889 | 7.51 | 6,676 | 46.99% | | 7,580 | 8.53 | 709 | 6,046 | 5,325 |
| | | | | | 100.00% | | 16,131 | | 914 | 8,492 | 7,479 |
| 1998 | Citrus (furrow) | 291 | 5.48 | 1,595 | 13.47% | 11,477 | 1,546 | 5.31 | | | |
| | Citrus (micro) | 743 | 4.11 | 3,054 | 25.80% | | 2,961 | 3.99 | | | |
| | Alfalfa (flood) | 115 | 9.4 | 1,081 | 9.13% | | 1,048 | 9.11 | 115 | 1,048 | 1,081 |
| | Sudan/pasture (flood) | 100 | 9.4 | 940 | 7.94% | | 911 | 9.11 | 100 | 911 | 940 |
| | Isd. Vegetables (sprinkler) | 770 | 6.71 | 5,167 | 43.65% | | 5,010 | 6.51 | 590 | 3,839 | 3,959 |
| | | | | | 100.00% | | 11,477 | | 805 | 5,798 | 5,980 |
| 1997 | Citrus (furrow) | 291 | 5.96 | 1,734 | 12.12% | 14,862 | 1,801 | 6.19 | | | |
| | Citrus (micro) | 803 | 4.47 | 3,589 | 25.08% | | 3,727 | 4.64 | | | |
| | Walnuts (micro) | 33 | 4.47 | 148 | 1.03% | | 153 | 4.64 | | | |
| | Alfalfa (flood) | 160 | 10.22 | 1,635 | 11.42% | | 1,698 | 10.61 | 160 | 1,698 | 1,635 |
| | Sudan/pasture (flood) | 103 | 10.22 | 1,053 | 7.35% | | 1,093 | 10.61 | 103 | 1,093 | 1,053 |
| | Isd. Vegetables (sprinkler) | 843 | 7.3 | 6,154 | 43.00% | | 6,390 | 7.58 | 663 | 5,026 | 4,840 |
| | | | | | 100.00% | | 14,862 | | 926 | 7,816 | 7,528 |
| 1996 | Citrus (furrow) | 291 | 5.96 | 1,734 | 12.84% | 13,702 | 1,760 | 6.05 | | | |
| | Citrus (micro) | 801 | 4.47 | 3,580 | 26.51% | | 3,633 | 4.54 | | | |
| | Walnuts (micro) | 33 | 4.47 | 148 | 1.09% | | 150 | 4.54 | | | |
| | Alfalfa (flood) | 105 | 10.21 | 1,072 | 7.94% | | 1,088 | 10.36 | 105 | 1,088 | 1,072 |
| | Sudan/pasture (flood) | 170 | 10.21 | 1,736 | 12.85% | | 1,761 | 10.36 | 170 | 1,761 | 1,736 |
| | Isd. Vegetables (sprinkler) | 717 | 7.3 | 5,234 | 38.76% | | 5,311 | 7.41 | 537 | 3,978 | 3,920 |
| | | | | | 100.00% | | 13,702 | | 812 | 6,826 | 6,728 |
| Average | | | | | | 13,994 | 13,994 | | 877 | 7,234 | 7,038 |

CIMIS = California Irrigation Management Information System. Does not include dryland farming or Christmas tree use.
af = acre-feet; ac = acres; yr = year.



Newhall Land Historically Irrigated Agricultural Areas within Los Angeles County

Legend:
- Newhall Ranch Specific Plan Boundary
- Irrigated Agricultural Lands - NRSP
- Irrigated Agricultural Lands - outside NRSP