# Exhibit "A"

## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x
: 
*In re* : Chapter 11
:
LANDSOURCE COMMUNITIES :
DEVELOPMENT LLC, *et al.*, : Case No. 08-11111 (KJC)
:
: (Jointly Administered)
:
Reorganized Debtors. :
: **Re: Docket No. __**
--------------------------------------------------------x

## ORDER (I) SHORTENING NOTICE FOR THE MOTION OF CERTAIN REORGANIZED DEBTORS FOR ENTRY OF A FINAL DECREE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 5009-1 CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES, (II) SHORTENING TIME FOR FILING FINAL REPORT, AND (III) SCHEDULING EXPEDITED HEARING

Upon the motion, dated November 4, 2011 (the "***Motion to Shorten***"),[1] of the Closing Reorganized Debtors, for entry of an order, pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), for entry of an order (i) shortening the notice period for the *Motion of Certain Reorganized Debtors for Entry of a Final Decree Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 5009-1 Closing Certain of the Reorganized Debtors' Chapter 11 Cases* (the "***Closing Motion***"), (ii) shortening the period for filing a final report pursuant to Local Rule 5009-1(c), and (iii) scheduling the hearing to consider the Closing Motion for November 17, 2011 at 1:30 p.m. (Eastern Time), with objections to the relief requested in the Closing Motion, if any, to be raised by November 16, 2011 at 4:00 p.m. (Eastern Time), all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to consider the Motion and the relief

---

[1] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion to Shorten.

requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Plan; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion to Shorten having been given; and no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion to Shorten; it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the period for filing the Final Report pursuant to Local Rule 5009-1(c) is shortened; and it is further

ORDERED that a hearing with respect to the Closing Motion will be held on November 17, 2011 at 1:30 p.m. (Eastern Time); and it is further

ORDERED that objections to the relief requested in the Closing Motion, if any, to be raised by November 16, 2011 at 4:00 p.m. (Eastern Time); and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon entry; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: November ___, 2011
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE