**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
LANDSOURCE COMMUNITIES                                     :
DEVELOPMENT LLC, et al.,                                   :   Case No. 08-11111 (KJC)
                                                           :
                                                           :   (Jointly Administered)
                    Reorganized Debtors.                   :
                                                           :   (Requested) Objection Deadline: 11/16/11 at 4:00 p.m. (EST)
                                                           :   (Requested) Hearing Date:  11/17/11 at 1:30 p.m. (EST)
-----------------------------------------------------------x
```

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that on November 4, 2011, the above-captioned reorganized debtors (the "*Reorganized Debtors*") filed the **Motion of Certain Reorganized Debtors for Entry of a Final Decree Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 5009-1 Closing Certain of the Reorganized Debtors' Chapter 11 Cases** (the "*Motion*") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "*Bankruptcy Court*").

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors contemporaneously filed the **Motion of Certain Reorganized Debtors (I) to Shorten Notice for the Motion of Certain Reorganized Debtors for Entry of a Final Decree Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 5009-1 Closing Certain of the Reorganized Debtors' Chapter 11 Cases, (II) Shortening Time for Filing Final Report, and (III) Scheduling Expedited Hearing** (the "*Motion to Shorten*") with the Bankruptcy Court, pursuant to which the Reorganized Debtors have requested approval of a shortened notice period and objection deadline relating to the Motion..

PLEASE TAKE FURTHER NOTICE that, if the Bankruptcy Court grants the relief

requested in the Motion to Shorten (i) a hearing will be held to consider the Motion before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **November 17, 2011 at 1:30 p.m. (EST)**, and (ii) objections to the Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Reorganized Debtor on or before **4:00 p.m. (EST) on November 16, 2011**.

PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court denies the relief requested in the Motion to Shorten, parties in interest will receive separate notice of the court-approved objection deadline and hearing date for the Motion.

Dated: November 4, 2011
      Wilmington, Delaware

    /s/ Robert C. Maddox
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Andrew C. Irgens (No. 5193)
Robert C. Maddox (No. 5363)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

-and-

Marcia L. Goldstein
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR REORGANIZED DEBTORS

RLF1 5557384v. 1