## Exhibit "A"

**Proposed Final Decree**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
LANDSOURCE COMMUNITIES                                         :
DEVELOPMENT LLC, *et al.*,                                     :   Case No. 08-11111 (KJC)
                                                               :
                                                               :   (Jointly Administered)
          Reorganized Debtors.   :
                                                               :   **Re: Docket Nos.** _____
                                                               :
---------------------------------------------------------------x

## ENTRY OF A FINAL DECREE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 5009-1 CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "*Motion*")[1] of the Closing Reorganized Debtors (as defined below), pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 5009-1 seeking to close the cases of the Reorganized Debtors listed in Exhibit "1" hereto (the "***Closing Reorganized Debtors***"); and the Court having been satisfied that the Reorganized Debtors have substantially consummated the Plan and that the estates of the Closing Reorganized Debtors have been fully administered in accordance with section 350(a) of the Bankruptcy Code; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Plan; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion having been given; and no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion; it is hereby

---

[1] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion.

ORDERED that the cases of the Closing Reorganized Debtors are hereby closed; *provided, however*, that the Court shall retain jurisdiction as is provided for in Article XIV of the Plan (Administrative Provisions); and it is further

ORDERED that the Closing Reorganized Debtors shall not be obligated to pay quarterly fees in respect of their chapter 11 cases to the U.S. Trustee in accordance with 28 U.S.C. § 1930(a)(6) for any period beyond the date of this Order; and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of any of the Closing Reorganized Debtors to seek to reopen its chapter 11 case for cause; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: November ___, 2011
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

**Closing Reorganized Debtors**

| DEBTOR NAME | CASE NUMBER |
|---|---|
| LandSource Holding Company, LLC | 08-11122 |
| Lennar Land Partners II | 08-11114 |
| Lennar Stevenson Holdings, L.L.C. | 08-11120 |
| LNR-Lennar Washington Square, LLC | 08-11123 |
| Stevenson Ranch Venture LLC | 08-11130 |