IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LANDSOURCE COMMUNITIES DEVELOPMENT LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11111 (KJC) |
| LANDSOURCE CREDITOR LITIGATION LIQUIDATING TRUST, BY AND THROUGH ITS LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v. | |
| ACKER & GUERRERO ROOF COMPANY, INC., | Adv. Case No. 10-51089 (KJC) |
| ADVANCED RECREATIONAL CONCEPTS, LLC, | Adv. Case No. 10-51091 (KJC) |
| BIGHAM, TAYLOR ROOFING CORPORATION, | Adv. Case No. 10-51097 (KJC) |
| BJ PALMER & ASSOCIATES, INC., | Adv. Case No. 10-51096 (KJC) |
| CITY NATIONAL BANK, a national banking association and U.S. BANK NATIONAL ASSOCIATION, a national banking association, | Adv. Case No. 10-51175 (KJC) |
| DEXTER WILSON ENGINEERING, | Adv. Case No. 10-51107 (KJC) |
| DONALD F. DICKERSON, ASSOCIATES, | Adv. Case No. 10-51108 (KJC) |
| DOWNRITE ENGINEERING CORP., | Adv. Case No. 10-51112 (KJC) |
| ESCHRICH GENERAL ENGINEERING, INC., | Adv. Case No. 10-51124 (KJC) |
| HRP LANDESIGN a/k/a HRP STUDIO, VALLEYCREST LANDSCAPE DEVELOPMENT, INC. and VALLEYCREST COMPANIES LLC, | Adv. Case No. 10-51160 (KJC) |
| HYDROPHIX INC. f/d/b/a ABTECH PACIFIC, | Adv. Case No. 10-51086 (KJC) |
| J.V. LUCAS PAVING, INC., | Adv. Case No. 10-51110 (KJC) |
| R & R PALACIOS CONSTRUCTION, INC., | Adv. Case No. 10-51136 (KJC) |
| R & R PIPELINE, INCORPORATED, | Adv. Case No. 10-51150 (KJC) |
| REGIS MALONE, individually and d/b/a R M CONSTRUCTION, | Adv. Case No. 10-51185 (KJC) |
| SONRISE CONSOLIDATED, INC., | Adv. Case No. 10-51131 (KJC) |
| THE MASONRY GROUP CALIFORNIA | Adv. Case No. 10-51146 (KJC) |

INC.,

               Defendants.

## STATUS REPORT WITH RESPECT
## TO CERTAIN ADVERSARY MATTERS

LandSource Creditor Litigation Liquidating Trust, by and through its Litigation Trustee, Plaintiff, in the above-referenced cases, hereby submits this status report pursuant to Judge Carey's Chambers Procedures in anticipation of the pre-trial conference on November 17, 2011 at 1:30 p.m.

Attached hereto as <u>Exhibit 1</u> is the status for each of the above-referenced cases associated with LandSource Communities Development LLC, et al., Case No. 08-11111 (KJC), on behalf of the estate of the above-captioned debtor.

Dated: November 15, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ signature/*

Laura Davis Jones (Bar No. 2436)
Kathleen P. Makowski (Bar No. 3648)
Steven J. Kahn (CA Bar No. 076933)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier No. 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      kmakowski@pszjlaw.com
      skahn@pszjlaw.com

Counsel for Plaintiff, the LandSource Creditor Litigation Liquidating Trust, by and through its Litigation Trustee

# **Exhibit 1**

**STATUS CATEGORY A:** Cases where service has not been completed.

    **None applicable.**

**STATUS CATEGORY B:** Cases where service has been completed, answers still due.

None applicable.

**STATUS CATEGORY C**: Cases where service has been completed, no answer filed, Motion/Request for Default Judgment filed.

| Adv. Case No. | Defendant(s) Name | Answer Due Date | Comment |
|---|---|---|---|
| 10-51124 (KJC) | ESCHRICH GENERAL ENGINEERING, INC. | Extended to 8/6/10 | Default Judgment entered 10/1/10. |
| 10-51131 (KJC) | SONRISE CONSOLIDATED, INC. | Extended to 8/6/10 | Default Judgment entered 10/1/10. |
| 10-51146 (KJC) | THE MASONRY GROUP CALIFORNIA INC. | Extended to 8/6/10 | Default Judgment entered 10/1/10. |

**STATUS CATEGORY D:** Cases where settlement agreement has been filed.

**None applicable pursuant to terms of confirmed Plan.**

## STATUS CATEGORY E: Resolved/Settled cases, dismissal cannot yet be filed.

| Adv. Case No. | Defendant(s) Name | Exp. Date of Dismissal | Comment |
|---|---|---|---|
| 10-51089 (KJC) | ACKER & GUERRERO ROOF COMPANY, INC. | 1/15/12 | Settled – payments due through 11/14/11 (late). |
| 10-51091 (KJC) | ADVANCED RECREATIONAL CONCEPTS, LLC | 3/15/12 | Settled – payments due through 2/28/12. |
| 10-51097 (KJC) | BIGHAM, TAYLOR ROOFING CORPORATION | 9/1/12 | Settled – payments due through 8/15/12. |
| 10-51096 (KJC) | BJ PALMER & ASSOCIATES, INC. | 3/1/12 | Settled – payments due through 2/15/12. |
| 10-51107 (KJC) | DEXTER WILSON ENGINEERING | 3/15/12 | Settled – payments due through 3/1/12. |
| 10-51108 (KJC) | DONALD F. DICKERSON, ASSOCIATES | 12/11/11 | Settled – awaiting clearance of last payment. |
| 10-51112 (KJC) | DOWNRITE ENGINEERING CORP. | 3/15/12 | Settled – payments due through 2/28/12. |
| 10-51118 (KJC) | EAST BAY CONSTRUCTION COMPANY, INC. | 2/1/12 | Settled – awaiting signed settlement agreement remaining (late) payments. |
| 10-51160 (KJC) | HRP LANDESIGN a/k/a HRP STUDIO, VALLEYCREST LANDSCAPE DEVELOPMENT, INC. and VALLEYCREST COMPANIES LLC | 12/15/11 | Settled – awaiting signed agreement and payment. |
| 10-51086 (KJC) | HYDROPHIX INC. f/d/b/a ABTECH PACIFIC | N/A | Stipulated Judgment entered 2/28/11. Case closed 3/22/11. |
| 10-51136 (KJC) | R & R PALACIOS CONSTRUCTION, INC. | 12/1/11 | Settled – payments due through 11/15/11. |
| 10-51185 (KJC) | REGIS MALONE, individually and d/b/a R M CONSTRUCTION | 12/1/11 | Settled – awaiting last (late) payment. |

**STATUS CATEGORY F**: Cases where service is completed, answer has been filed, discovery/disclosures are underway.

| Adv. Case No. | Defendant(s) Name | Exp. Date of Completion of Discovery/Disclosure | Comment |
|---|---|---|---|
| 10-51175 (KJC) | CITY NATIONAL BANK, a national banking association and U.S. BANK NATIONAL ASSOCIATION, a national banking association | 10/24/11 | Amended Scheduling Order Entered 10/13/11. |
| 10-51150 (KJC) | R & R PIPELINE, INCORPORATED | 10/12/11 | Amended Scheduling Order Entered 11/30/10. |

## STATUS CATEGORY G: Mediator has been selected or appointed.

| Adv. Case No. | Defendant(s) Name | Comment |
|---|---|---|
| 10-51089 (KJC) | ACKER & GUERRERO ROOF COMPANY, INC. | Mediator Appointed. (Settled) |
| 10-51091 (KJC) | ADVANCED RECREATIONAL CONCEPTS, LLC | Mediator Appointed. (Settled) |
| 10-51097 (KJC) | BIGHAM, TAYLOR ROOFING CORPORATION | Mediator Appointed. (Settled) |
| 10-51096 (KJC) | BJ PALMER & ASSOCIATES, INC. | Mediator Appointed. (Settled) |
| 10-51175 (KJC) | CITY NATIONAL BANK, a national banking association and U.S. BANK NATIONAL ASSOCIATION, a national banking association | Mediator Appointed. |
| 10-51159 (KJC) | CONTINENTAL GRADING COMPANY | Mediator Appointed. (Settled) |
| 10-51107 (KJC) | DEXTER WILSON ENGINEERING | Mediator Appointed. (Settled) |
| 10-51108 (KJC) | DONALD F. DICKERSON, ASSOCIATES | Mediator Appointed. (Settled) |
| 10-51112 (KJC) | DOWNRITE ENGINEERING CORP. | Mediator Appointed. (Settled) |
| 10-51118 (KJC) | EAST BAY CONSTRUCTION COMPANY, INC. | Mediator Appointed. (Settled) |
| 10-51160 (KJC) | HRP LANDESIGN a/k/a HRP STUDIO, VALLEYCREST LANDSCAPE DEVELOPMENT, INC. and VALLEYCREST COMPANIES LLC | Mediator Appointed. (Settled) |
| 10-51110 (KJC) | J.V. LUCAS PAVING, INC. | Mediator Appointed. (Settled) |
| 10-51114 (KJC) | LA JOLLA PACIFIC OF CALIFORNIA, LTD. | Mediator Appointed. (Settled) |
| 10-51116 (KJC) | LEIGHTON AND ASSOCIATES, INC. | Mediator Appointed. (Settled) |
| 10-51128 (KJC) | NORTHWEST EXCAVATING INC. | Mediator Appointed. (Settled) |
| 10-51136 (KJC) | R & R PALACIOS CONSTRUCTION, INC. | Mediator Appointed. (Settled) |
| 10-51150 (KJC) | R & R PIPELINE, INCORPORATED | Mediator Appointed. |

| | | |
|---|---|---|
| 10-51185 (KJC) | REGIS MALONE, individually and d/b/a R M CONSTRUCTION | Mediator Appointed. (Settled) |
| 10-51156 (KJC) | SCOHIL CONSTRUCTION SERVICES, L.L.C. | Mediator Appointed. (Settled) |
| 10-51129 (KJC) | SMITH DENISON CONSTRUCTION CO. | Mediator Appointed. (Settled) |
| 10-51137 (KJC) | TETRA TECH, INC. | Mediator Appointed. (Settled) |
| 10-51140 (KJC) | THE COLLABORATIVE WEST INC. | Mediator Appointed. (Settled) |
| 10-51157 (KJC) | VALLEY CREST TREE COMPANY | Mediator Appointed. (Settled) |
| 10-51173 (KJC) | WESTERN GOLF PROPERTIES OF TPC/VALENCIA, LLC, a California limited liability company and WESTERN GOLF PROPERTIES, LLC, a California limited liability company | Mediator Appointed. (Settled) |

**DISMISSED MATTERS:** Cases that have been dismissed.

| Adv. Case No. | Defendant(s) Name | Dismissal Date |
|---|---|---|
| 10-51090 (KJC) | ACTIVEQUEST, INC. | 1/20/11 |
| 10-51177 (KJC) | ACUSHNET COMPANY d/b/a TITLEIST DRAWER, a Delaware corporation | 7/9/10 |
| 10-51174 (KJC) | AMERICAN REPROGRAPHICS COMPANY d/b/a RELIABLE GRAPHICS, a Delaware corporation | 4/1/11 |
| 10-51087 (KJC) | AON RISK INSURANCE SERVICES WEST, INC., successor by merger with AON RISK SERVICES, INC. OF SOUTHERN CALIFORNIA INSURANCE SERVICES | 2/17/11 |
| 10-51088 (KJC) | A PLUS TREE INCORPORATED | 1/20/11 |
| 10-51092 (KJC) | ARCHITECTS ORANGE | 3/31/11 |
| 10-51093 (KJC) | ASPEN ENVIRONMENTAL GROUP | 4/18/11 |
| 10-51094 (KJC) | AUSTIN-FOUST ASSOCIATES, INC., | 8/2/10 |
| 10-51095 (KJC) | BDE ARCHITECTURE, INC. | 10/5/10 |
| 10-51098 (KJC) | BLACKSTONE MASTER ASSOCIATION | 6/18/10 |
| 10-51099 (KJC) | BLOOM BIOLOGICAL, INC. | 2/18/11 |
| 10-51100 (KJC) | C. A. RASMUSSEN, INC. | 8/18/11 |
| 10-51101 (KJC) | CAGWIN & DORWARD | 11/12/10 |
| 10-51102 (KJC) | CALIFORNIA STRATEGIES, LLC | 9/28/10 |
| 10-51103 (KJC) | CANANWILL, INC. | 2/17/11 |
| 10-51104 (KJC) | C. F. ENGINEERING CONTRACTOR | 7/20/10 |
| 10-51105 (KJC) | COMPLIANCE BIOLOGY, INC. | 9/20/11 |
| 10-51159 (KJC) | CONTINENTAL GRADING COMPANY | 7/12/11 |
| 10-51106 (KJC) | DESILVA GATES CONSTRUCTION L.P. | 11/11/11 |
| 10-51115 (KJC) | DUDEK, a California corporation, a/k/a DUDEK AND ASSOCIATES, INC. | 10/26/10 |
| 10-51120 (KJC) | ENGEO INCORPORATED | 3/9/11 |
| 10-51122 (KJC) | ENVIRON INTERNATIONAL CORPORATION | 6/26/10 |
| 10-51127 (KJC) | TINY LITTLE STEPS LLC f/k/a FF4 LLC | 10/26/10 |
| 10-51158 (KJC) | GARRETT B. GIBBS; GIBBS & ASSOCIATES | 9/20/11 |
| 10-51135 (KJC) | GEOSYNTEC CONSULTANTS, INC. | 2/8/11 |
| 10-51139 (KJC) | THE GOLDEN STATE GATEWAY COALITION | 10/13/10 |
| 10-51149 (KJC) | GRANITE CONSTRUCTION COMPANY | 9/20/11 |
| 10-51141 (KJC) | GSI WATER SOLUTIONS, INC. | 9/8/10 |
| 10-51164 (KJC) | WILLIS NORTH AMERICA INC. dba HILB ROGAL & HOBBS INSURANCE SERVICES OF CALIFORNIA, and HILB ROGAL & HAMILTON COMPANY OF ARIZONA d/b/a HILB ROGAL & HOBBS OF ARIZONA | 12/1/10 |
| 10-51144 (KJC) | IMPACT SCIENCES, INC. | 8/9/10 |

| | | |
|---|---|---|
| 10-51109 (KJC) | INDEPENDENT CONSTRUCTION CO., INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS INDEPENDENT GRADING AND PAVING, INC. | 6/18/10 |
| 10-51111 (KJC) | KEADJIAN ASSOCIATES, LLC | 9/8/10 |
| 10-51113 (KJC) | DANA KOVACH, individually and d/b/a KOVACH MARKETING | 9/12/11 |
| 10-51114 (KJC) | LA JOLLA PACIFIC OF CALIFORNIA, LTD. | 7/12/11 |
| 10-51116 (KJC) | LEIGHTON AND ASSOCIATES, INC. | 6/17/11 |
| 10-51119 (KJC) | LOS ANGELES TIMES COMMUNICATIONS LLC | 7/19/10 |
| 10-51121 (KJC) | NATURE-GRO CORPORATION | 11/12/10 |
| 10-51125 (KJC) | NORTH BAY CONSTRUCTION, INC. | 3/31/11 |
| 10-51128 (KJC) | NORTHWEST EXCAVATING INC. | 4/27/11 |
| 10-51182 (KJC) | OUTDOOR SIGN SYSTEMS | 7/29/10 |
| 10-51134 (KJC) | PACIFIC COAST CIVIL, INC. | 4/19/11 |
| 10-51138 (KJC) | PACIFIC STATES ENVIRONMENTAL CONTRACTORS, INC. | 9/28/11 |
| 10-51142 (KJC) | PAM BLOHM INTERIORS, L.L.C. | 12/6/10 |
| 10-51117 (KJC) | PARK WEST LANDSCAPE MAINTENANCE, INC.; aka PARKWEST LANDSCAPING, INC.; aka PARKWEST LANDSCAPE NO. CALIFORNIA | 2/16/11 |
| 10-51123 (KJC) | PHILIP WILLIAMS & ASSOCIATES, LTD | 10/20/10 |
| 10-51130 (KJC) | PINNACLE LAND SURVEYING, INC. | 9/27/10 |
| 10-51126 (KJC) | PINNACLE LAND SERVICES CORPORATION | 9/27/10 |
| 10-51178 (KJC) | PITTSBURG POWER COMPANY d/b/a ISLAND ENERGY, a California municipal joint powers authority | 7/13/11 |
| 10-51132 (KJC) | QUALITY AG INC. | 2/25/11 |
| 10-51176 (KJC) | QUINN COMPANY, QUINN GROUP, INC. and QUINN RENTAL SERVICES | 11/3/11 |
| 10-51154 (KJC) | RAHIMIAN MANAGEMENT AND CONSULTING, INC. d/b/a RMC INC. | 12/2/10 |
| 10-51151 (KJC) | RAINBOW WATERPROOFING & RESTORATION CO. | 12/17/10 |
| 10-51153 (KJC) | RODRIGUEZ CONSULTING, INC. | 9/27/10 |
| 10-51155 (KJC) | SCHWARTZ OIL COMPANY, INC. | 12/17/10 |
| 10-51156 (KJC) | SCOHIL CONSTRUCTION SERVICES, L.L.C. | 8/15/11 |
| 10-51129 (KJC) | SMITH DENISON CONSTRUCTION CO. | 7/12/11 |
| 10-51187 (KJC) | STEINY AND COMPANY, INC., a California corporation | 7/29/10 |
| 10-51152 (KJC) | STORMWATER CENTRAL, INC. f/k/a REH CONTRACTING CO., INC. | 7/13/11 |
| 10-51162 (KJC) | SYSCO VENTURA, INC. d/b/a SYSCO FOOD SERVICES OF VENTURA, INC. | 7/29/10 |
| 10-51133 (KJC) | T & D ELECTRIC, INC. | 7/7/10 |
| 10-51137 (KJC) | TETRA TECH, INC. | 8/8/11 |

| 10-51140 (KJC) | THE COLLABORATIVE WEST INC. | 5/4/11 |
| --- | --- | --- |
| 10-51143 (KJC) | THE CONCORD GROUP, LLC | 2/17/11 |
| 10-51145 (KJC) | THE LEE GROUP, INC. | 10/4/10 |
| 10-51147 (KJC) | TREADWELL & ROLLO, INC. | 9/28/10 |
| 10-51165 (KJC) | UNIVERSAL PROTECTION SERVICE GP, INC. aka UNIVERSAL PROTECTION SERVICE, INC. | 10/13/11 |
| 10-51157 (KJC) | VALLEY CREST TREE COMPANY | 8/8/11 |
| 10-51148 (KJC) | WESTCOURT INVESTMENT COMPANY | 11/3/11 |
| 10-51173 (KJC) | WESTERN GOLF PROPERTIES OF TPC/VALENCIA, LLC, a California limited liability company and WESTERN GOLF PROPERTIES, LLC, a California limited liability company | 8/2/11 |
| 10-51161 (KJC) | WILLIAM HEZMALHALCH ARCHITECTS, INC. | 10/27/10 |
| 10-51163 (KJC) | WZI INC. | 8/15/11 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LANDSOURCE COMMUNITIES<br>DEVELOPMENT LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11111 (KJC) |
| LANDSOURCE CREDITOR LITIGATION<br>LIQUIDATING TRUST, BY AND<br>THROUGH ITS LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v. | |
| ACKER & GUERRERO ROOF COMPANY, INC., | Adv. Case No. 10-51089 (KJC) |
| ADVANCED RECREATIONAL CONCEPTS, LLC, | Adv. Case No. 10-51091 (KJC) |
| BIGHAM, TAYLOR ROOFING CORPORATION, | Adv. Case No. 10-51097 (KJC) |
| BJ PALMER & ASSOCIATES, INC., | Adv. Case No. 10-51096 (KJC) |
| CITY NATIONAL BANK, a national banking association and U.S. BANK NATIONAL ASSOCIATION, a national banking association, | Adv. Case No. 10-51175 (KJC) |
| DEXTER WILSON ENGINEERING, | Adv. Case No. 10-51107 (KJC) |
| DONALD F. DICKERSON, ASSOCIATES, | Adv. Case No. 10-51108 (KJC) |
| DOWNRITE ENGINEERING CORP., | Adv. Case No. 10-51112 (KJC) |
| ESCHRICH GENERAL ENGINEERING, INC., | Adv. Case No. 10-51124 (KJC) |
| HRP LANDESIGN a/k/a HRP STUDIO, VALLEYCREST LANDSCAPE DEVELOPMENT, INC. and VALLEYCREST COMPANIES LLC, | Adv. Case No. 10-51160 (KJC) |
| HYDROPHIX INC. f/d/b/a ABTECH PACIFIC, | Adv. Case No. 10-51086 (KJC) |
| J.V. LUCAS PAVING, INC., | Adv. Case No. 10-51110 (KJC) |
| R & R PALACIOS CONSTRUCTION, INC., | Adv. Case No. 10-51136 (KJC) |
| R & R PIPELINE, INCORPORATED, | Adv. Case No. 10-51150 (KJC) |
| REGIS MALONE, individually and d/b/a R M | Adv. Case No. 10-51185 (KJC) |