# DECLARATION OF BONITA SANDOZ

I, Bonita Sandoz, declare as follows:

1. I am a Tax Services Supervisor II of Los Angeles Treasurer and Tax Collector (the "County"). I submit this declaration in support of the *Los Angeles County Treasurer and Tax Collector's Response to Class 5 Trust's Ninth Substantive Omnibus Objection to No Liability Claims.* I have personal knowledge of the matters for which are stated herein and, if called upon as a witness, I could and would competently testify thereto.

2. On July 1, 2008, the County filed Claim No. 38 for $36,798.55, of which $20,009.21 was secured claim and $16,789.34 was unsecured priority claim. A true and correct copy of Claim No. 38 is attached hereto as **Exhibit "A."**

3. On October 2, 2008, the County filed Claim No. 144 to amend Claim No. 38 for $30,819.34, of which $20,562.43 was secured claim and $10,256.91 was unsecured priority claim. A true and correct copy of Claim No. 144 is attached hereto as **Exhibit "B."**

4. On or about November 3, 2008, the County filed Claim No. 515/568 for $146,130.90, of which $33,436.40 was secured claim and $112,694.50 was unsecured priority claim. Claim No. 515/568 amended Claim Nos. 38 and 144. A true and correct copy of Claim No. 515/568 is attached hereto as **Exhibit "C."**

5. On July 14, 2009, the County filed Claim No. 1127 for $148,449.08 and amended Claim Nos. 38, 144, 568 and 515 and erroneously listed Claim Nos. 38, 144 as claims being amended (the Claim No. 1127 is hereon referred to as the "Remaining Claim"). The Remaining Claim also erroneously did not categorize a portion of it as secured claim. A true and correct copy of the Claim No. 1127 is attached hereto as **Exhibit "D."**

6. The County is informed and believes and therefore alleges that the amount of the Remaining Claim is $75,440.93. A true and correct copy of a list of Assessees and the revised total on the Remaining Claim is attached hereto as **Exhibit "E."**

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 10th day of November, 2011, at Los Angeles, California.

_Bonita Sandoz_
Bonita Sandoz

20002.003/70399.1