UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| **LANDSOURCE COMMUNITIES,** | : | |
| **DEVELOPMENT LLC, et al.**[1] | : | |
| | : | Case No. 08-11111 (KJC) |
| Debtors | : | (Re: D.I. 1905, 2034, 2096, 2818, 2951) |

### ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE CLAIM OF BERCO OIL COMPANY NORTH TAPO LEASE, LLC

AND NOW, this 11th day of January, 2013, upon consideration of the following:

(I)   Motion for Summary Judgment by The Newhall Land and Farming Company (A California Limited Partnership) ("Newhall") with Respect to the Alleged Cure Claim of Berco Oil Company North Tapo Lease, LLC ("Berco") (D.I. 2818) (the "Summary Judgment Motion"), and

(II)   Berco's Evidentiary Objections to Declarations Filed In Support of Motion for Summary Judgment (D.I. 2951) (the "Evidentiary Objection"),

and the respective responses and objections thereto, and for the reasons set forth in the foregoing

---

[1] The chapter 11 case of Landsource Communities Development LLC is being jointly administered with the chapter 11 cases of California Land Company, Friendswood Development Company LLC, Kings Wood Development Company, L.C., LandSource Communities, LandSource Communities Development Sub LLC, LandSource Holding Company, LLC, Lennar Bressi Ranch Venture, LLC, Lennar Land Partners II, Lennar Mare Island, LLC, Lennar Moorpark, LLC, Lennar Stevenson Holdings, LLC, LNR-Lennar Washington Square, LLC, LSC Associates, LLC, NWHL GP LLC, The Newhall Land and Farming Company (A California Limited Partnership), The Newhall Land and Farming Company, Southwest Communities Development LLC, Stevenson Ranch Venture LLC, Tournament Players Club at Valencia , LLC, Valencia Corporation, and Valencia Realty Company (jointly, the "Debtors") pursuant to an Order dated June 10, 2008 (D.I. 27).

1

Memorandum, it is hereby **ORDERED** that:

(1) the Evidentiary Objection is overruled;

(2) the Summary Judgment Motion with respect to Berco's claim will be: (i) **GRANTED, IN PART,** to sustain Newhall's objection to Berco's claim for reimbursement of the Environmental Incident clean-up costs, and (ii) **DENIED, IN PART**, with respect to Newhall's objection to Berco's claim for reimbursement of property taxes.

and it is further **ORDERED** that a hearing will be held on **February 12, 2013** at **3:30 p.m.** in Bankruptcy Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware to discuss the parties' remaining pre-hearing needs with respect to Berco's claim for reimbursement of property taxes.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Andrew C. Irgens, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.