UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re*                                                        :    Chapter 11
                                                               :
LANDSOURCE COMMUNITIES                                         :    Case No. 08-11111 (KJC)
DEVELOPMENT LLC, *et al.*,                                     :
                                                               :
         Reorganized Debtors.[1]                 :    Re: Docket Nos. 9, 28 and 3521
                                                               :
---------------------------------------------------------------x

### ORDER DISMISSING KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS AND NOTICING AGENT

Kurtzman Carson Consultants LLC ("*KCC*") having been retained and employed by the Debtors as the claims and noticing agent in the above-captioned chapter 11 cases (the "*Chapter 11 Cases*") pursuant to this Court's *Order Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) Authorizing (I) the Employment and Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors and (II) the Appointment of Kurtzman Carson Consultants LLC as Agent of the Bankruptcy Court* [Docket No. 28] (the "*Retention Order*"); and upon the *Certification of Counsel Regarding Order Dismissing Kurtzman Carson Consultants LLC as Claims and Noticing Agent* (the "*Certification*") filed by the Debtors on July 8, 2013; and the Court having reviewed the Retention Order and the Certification; and after due deliberation and sufficient cause appearing therfor; it is hereby

---

[1] On July 31, 2009, the *Second Amended Joint Chapter 11 Plans of Reorganization for LandSource Communities Development LLC and Each of Its Affiliated Debtors Proposed by Barclays Bank PLC, as Administrative Agent Under the Super-Priority Debtor-in-Possession First Lien Credit Agreement* became effective, and, as such, the above-captioned entities are no longer chapter 11 debtors, but are now reorganized entities. The Reorganized Debtors are referred to herein collectively as the "Debtors" for the period during which they were debtors and debtors in possession in these chapter 11 cases.

RLF1 8872183v.3

ORDERED that, upon completion of its duties and responsibilities, including, without limitation, those set forth herein and upon entry of a final decree closing the chapter 11 cases of LandSource Communities Development LLC and The Newhall Land and Farming Company (A California Limited Partnership) ("*Final Decree*"), KCC shall be dismissed as the Court's outside agent and its claims and noticing services in these Chapter 11 Cases shall be terminated; and it is further

ORDERED that, no later than thirty (30) days after the entry of the Final Decree, KCC shall, in accordance with Rule 2002-1(f)(ix) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("*Local Rules*") forward to the Clerk of Court: (a) an updated claims register; (b) a CD-ROM of all imaged claims; and (c) an excel spreadsheet containing all claims information, along with an updated 2002 list and updated creditor mailing list, which shall contain the names and addresses of all creditors; and it is further

ORDERED that, no later than thirty (30) days after the entry of the Final Decree, KCC shall box and transport all original claims to the Philadelphia Federal Records Center, 14700 Townsend Road, Philadelphia, Pennsylvania 19154; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: July 9, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 8872183v.3